**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), and National Spinal Cord Injury Association (NSCIA), Plaintiffs,**

v.

**ACUSPORT CORPORATION; Ellet Brothers, Inc., RSR Management Company, and RSR Group, Inc., individually and on behalf of similarly situated entities, Defendants.**

**National Association for the Advancement of Colored People (NAACP), et al., Plaintiffs,**

v.

**American Arms, Inc., et al., Defendants.**

**Nos. 99 CV 7037(JBW), 99 CV 3999(JBW).**

United States District Court,
E.D. New York.

Sept. 18, 2002.

Elisa Barnes, New York City, for Plaintiff National Association for the Advancement of Colored People (N.A.A.C.P.).

Budd Larner, Atlanta, GA, By Timothy A. Bumann, for Gorly Dist., et al.

Renzulli, Pisciotti & Renzulli, LLP, New York City, By John F. Renzulli, for Glock.

Wildman, Harrold, Allen & Dixon, Chicago, IL, By James P. Dorr, for Sturm, Ruger & Co.

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, New York City, By Robert L. Joyce, for Sigarms.

Holland & Knight, LLP, New York City, By Marc L. Antonecchia, for Heckler & Koch, Inc.

Pavia & Harcourt LLP, New York City, By Victor Genecin, for Fabbrica d'Armi, Pietro Beretta S.P.A.

Beckman and Associates, Philadelphia, PA, By Bradley T. Beckman, for North American Arms.

Leahey & Johnson, P.C., New York City, By James P. Tenney, for Jerry's Defendants.

Salviano & Tobias, P.C., New York City, By David G. Tobias, for Farber Bros., Inc., et al.

David R. Gross & Associates, Morristown, NJ, By David R. Gross, for Distributors.

Vincent Lipari, F. Franklin Amanat, Brooklyn, NY, for ATF, Department of Justice.

Barry S. Orlow, Philadelphia, PA, Brian C. Kenrick, for ATF, Department of the Treasury.

## MEMORANDUM & ORDER

WEINSTEIN, Senior District Judge.

### I. Procedural History

In June of 2000, plaintiffs served a subpoena upon the Federal Bureau of Alcohol, Tobacco, and Firearms (BATF). The BATF withheld information, citing law enforcement and privacy privileges. In October of 2000 plaintiffs sought an order to compel disclosure.

Plaintiffs and BATF agreed that the plaintiffs would withdraw the motion to compel and that the BATF would provide a partially encrypted data set for the years 1995 through 1999. The agreement required certain aspects of the disclosed information to be kept confidential. An order of protection was entered to ensure confidentiality. *NAACP v. AA Arms*, slip op. 99–CV–3999 (E.D.N.Y. July 13, 2001). Some, but not all, of the agreed upon data was provided.

In April of 2002, the plaintiffs again moved to compel disclosure of "complete and unredacted data on crime gun traces" maintained in BATF databases. This court heard oral argument in May. It indicated that plaintiffs should be provided any information the BATF was ordered to disclose to the City of Chicago pursuant to the litigation in the Northern District of Illinois. The order of disclosure in the Chicago litigation was stayed, however, pending decision on BATF's petition for an *en banc* rehearing; that petition was denied. *City of Chicago v. U.S. Dep't of Treasury*, 287 F.3d 628, *en banc reh. den. and order amended* 297 F.3d 672 (7th Cir.2002), *cert. granted,* —— U.S. ——, 123 S.Ct. 536, —— L.Ed.2d —— (2002).

On June 27, 2002, this court issued an order to show cause why an order should not be issued directing BATF to release to the parties the information ordered released in

*City of Chicago.* Extensive briefs were submitted and testimony was taken.

The court appointed Daniel M. Dockery, Esq. as special master to clarify for the court and parties the contents of the databases. Mr. Dockery issued a draft of his report and received corrections and comments from the parties and BATF. He then issued a final version of the report on August 16, 2002, following which the parties had 10 days to submit comments and criticism. The only criticism received was of a minor nature, which the court corrected by striking a phrase in the penultimate paragraph of the report. That report is now approved by this court and made a part of this memorandum and order as Appendix A.

The court ordered that the report be discussed at a hearing to be held on September 9. It requested plaintiff, defendants, and BATF to submit proposed orders indicating the scope of the proposed discovery and a secrecy order. Proposed orders were received from plaintiff, manufacturing defendants, distributor defendants, and BATF. Following a full hearing, manufacturer defendants submitted a request for amendments to BATF's proposed protective order.

On September 12, BATF submitted an amended proposed protective order and order requiring the submission of data. Some requests of plaintiffs and defendants were granted with the consent of BATF. The court has signed the BATF amended proposal, as supplemented by the requests made by the manufacturer defendants in their letter of September 11. The result is fair to all parties and protects third parties and the BATF files adequately.

## II. Power to Modify the July 2001 Stipulation

During the July 11 hearing, BATF questioned the power of the court to modify the stipulation entered into by plaintiff and BATF in July 2001. Courts have a large role in agreements between parties in "any suits affecting the public interest:" in the public interest or to reflect changed circumstances, the courts may modify secrecy or other stipulations of the parties. *See, e.g., Janus Films, Inc. v. Miller,* 801 F.2d 578, 582–83 (2d Cir.1986) (dealing with court approval of consent and settlement judgments, but discussing the active role of courts in ensuring the fairness of agreements in suits affecting the public interest); *see also In re Agent Orange Prod. Liab. Litig.,* 104 F.R.D. 559 (E.D.N.Y.1985), *aff'd* 821 F.2d 139 (2d Cir.1987); *In re Franklin Nat'l Bank Securities Lit.,* 92 F.R.D. 468 (E.D.N.Y.1981). In the present case preparation for trial, now set for November 18, 2003, reveals that more extensive revelation of BATF data than was provided for in July 2001, with adequate protection of third parties, is required.

## III. Conclusion

The attached report of the Special Master with attached tables is approved. *See* Appendix A. The attached order directing BATF to furnish material under a confidentiality and secrecy limitation with attached documents is approved. *See* Appendix B. This order is amended by manufacturer defendants' supplemental requests. *See* Appendix C.

SO ORDERED.

### Appendix A

Report of the Special Master Regarding Certain Data Maintained by the Bureau of Alcohol, Tobacco and Firearms ("BATF")

## TABLE OF CONTENTS

I. Introduction ..................................................... 271
II. Technical Information ........................................... 272
 A. Factual bases ............................................... 272
 B. What information BATF maintains ............................. 273
 1. Trace Information ...................................... 273
 2. Theft Information ...................................... 275

 3. Multiple Sales Information ..........................................276
 4. Demand Letter Information..........................................276
 5. BATF Investigations ...............................................276
 6. Out of Business Records ............................................277
 7. Federal Firearms Licensees .......................................277
 C. How BATF organizes information ......................................278
 1. Introduction ......................................................278
 2. Databases ........................................................278
 a. General information about databases ...........................278
 b. BATF data dictionaries ......................................280
 i. FTS data dictionary .......................................281
 ii. FLS data dictionary ......................................282
 3. Submodules.......................................................282
III. Non–technical Information .............................................283
 A. Experts' Requests.....................................................283
 B. Law Enforcement and Privacy Concerns .............................283
VI. Mediation .............................................................283

## I. Introduction

This Report is submitted to the court pursuant to the court's Amended Memorandum and Order of July 19, 2002. Amended Memorandum and Order, 216 F.Supp.2d 59 (E.D.N.Y.2002). This Report identifies with specificity:

1) what information BATF maintains; 2) what is the current scheme employed by BATF to organize information into modules, tables, and elements; 3) which data elements plaintiff's experts reasonably expect will be required for the preparation of evidence for trial; 4) which data elements defendant's experts reasonably expect will be required for the preparation of evidence for trial; 5) of the data elements that at least one side requires, which elements would, if revealed, pose a threat to effective law enforcement operations or any individual's legitimate privacy interest; 6) what confidentiality or protective safeguards would alleviate identified law enforcement or privacy concerns; and 7) of the data elements that at least one side requires, which elements are privileged and should not be ordered disclosed regardless of safeguards.

*Id.* at 61.

In the Memorandum and Order of July 15, 2002, the court directed that the Report include "findings of fact and conclusions of law". Memorandum and Order, CV 99–3999, slip op. at 5 (E.D.N.Y. July 15, 2002). On July 19, 2002, the court issued "an amended memorandum and order ... in response to objections and suggestions made by defendant's communications of July 17 and July 18, 2002 ... [that] replaces and supercedes the memorandum and order of July 15, 2002." Amended Memorandum and Order, 216 F.Supp.2d 59 (E.D.N.Y.2002). The Amended Memorandum and Order omitted any reference to findings of law or fact, instead specifying that the Report be "limited to ... technical information[.]" *Id.* at 62. This Report therefore includes no legal analysis and makes no findings of fact or law.

It is determined that the following information is technical:

1) what information BATF maintains; 2) what is the current scheme employed by BATF to organize information into modules, tables, and elements.

*Id.* at 61.

It is determined that the following information is non-technical:

3) which data elements plaintiff's experts reasonably expect will be required for the preparation of evidence for trial; 4) which data elements defendant's experts reasonably expect will be required for the preparation of evidence for trial; 5) of the data elements that at least one side requires, which elements would, if revealed, pose a threat to effective law enforcement operations or any individual's legitimate privacy interest; 6) what confidentiality or protective safeguards would alleviate identified

law enforcement or privacy concerns; and 7) of the data elements that at least one side requires, which elements are privileged and should not be ordered disclosed regardless of safeguards.

*Id.*

This Report summarizes and reports information that may be deemed technical. For the convenience of the court and the parties, non-technical information is reported without comment to the court in the form that it was submitted to the special master.

The Amended Memorandum and Order of July 19, 2002 authorizes the Special Master to conduct "informal mediation relevant to the issues enumerated above." The results of the mediation process are summarized.

## II. Technical Information

### A. *Factual bases.*

The facts set forth in this report are primarily derived from the representations of BATF personnel and the experts appointed by the parties at the series of conferences and teleconferences described below. Except for the conference of August 12, 2002, all contacts were informal—no transcripts were taken, and none of the participants were under oath. A transcript was made of the conference of August 12, 2002, hearing but no oaths were administered and no evidence was taken. Some information concerning BATF databases has also been obtained from prior submissions to the court by BATF, including the Memorandum of Law of the Bureau of Alcohol, Tobacco and Firearms in Opposition to Order to Show Cause for Disclosure of Firearms Tracing System Databases and the Declaration of David L. Benton of July 10.

A teleconference was held on July 23, 2002. Present by phone for the teleconference were myself; Plaintiffs' expert Howard Andrews; Distributor Defendants' expert Gustavo Bamberger; Jerry's Sport Defendants' experts Tim McInerney and Brian Kush; and personnel of the Bureau of Alcohol, Tobacco, and Firearms including Chief of National Tracing Center Charles Houser, Associate Counsel Richard Isen, Deputy Associate Counsel Barry Orlow, and Gary Foreman of Computer Operations. At this teleconference, participants set a tentative schedule and working goals for future meetings.

A conference was held in Washington, D.C., on July 29 and 30. Present at the conference were myself; Plaintiffs' expert Howard Andrews; Defendants' experts Gustavo Bamberger, Nancy Markowitz, and Tom Dubinin; Jerry's Sport Defendants' experts Tim McInerney and Brian Kush; and personnel of the BATF including Chief of National Tracing Center Charles Houser, Associate Counsel Richard Isen, Deputy Associate Counsel Barry Orlow, Gary Foreman of Computer Operations, Chief of Firearms, Explosives, and Arson Services Division Mary Joe Hughes and Specialist Lee Alston Williams. During this conference, BATF personnel discussed what kinds of information are maintained in the BATF databases; how that information is currently obtained, processed, and organized; and what information has been included in past Freedom of Information Act ("FOIA") releases. At this conference, BATF produced annotated data dictionaries of the Firearms Tracing System ("FTS") and Firearms Licensing System ("FLS") databases, attached as exhibits 1 and 2. BATF also presented an informative slide show, a printed version of which is attached as exhibit 3. A copy of a paper Trace Request Form was produced and is attached as exhibit 4. Significant time was devoted to answering questions about the contents and significance of particular fields and tables in BATF databases.

Following the Washington D.C. conference, the experts submitted lists of items requested from the FTS and FLS databases. These lists are attached as exhibits 5, 6, 7, and 8.

A teleconference was held on August 6. Present on the phone for the teleconference were myself; Plaintiffs' experts Howard Andrews and Lucy Allen; Defendants' expert Gustavo Bamberger; Jerry's Sport Defendants' expert Tim McInerney; and personnel of the BATF including Associate Counsel Richard Isen, Deputy Associate Counsel Barry Orlow, and Gary Foreman of Computer Operations. The focus of this conference

was to discuss with particularity what information BATF would be willing to disclose, and under what conditions they would be willing to do so. The FTS tables were discussed.

A teleconference was held on August 9. Present on the phone for the teleconference were myself; Plaintiffs' experts Howard Andrews and Lucy Allen; Distributor's Defendants' expert Gustavo Bamberger; Jerry's Sport Defendants expert Tim McInerney; and personnel of the BATF including Associate Counsel Richard Isen and Deputy Associate Counsel Barry Orlow. This conference was a continuation of the August 6 conference, with the focus being what information BATF might be willing to disclose. The FLS tables were discussed. Following this conference, the BATF submitted an annotated copy of the FTS data dictionary indicating which of the fields requested by parties' experts the BATF would be willing to reveal under condition of an acceptable protective order. This document is attached as exhibit 9.

On August 12, a conference was held at the United States Courthouse in Brooklyn for the purpose of settling, if possible, all outstanding requests of data maintained by BATF. All parties and experts were invited and encouraged to attend. Present at this conference were Elisa Barnes for plaintiff N.A.A.C.P.; David R. Gross for 22 defendant distributors; James P. Dorr for Sturm, Ruger & Co.; Robert L. Joyce for Sigarms; Mark R. Hall, Charles E. Bachman, and Lawrence P. Fletcher–Hill for Colt's Manufacturing Co.; Lauren E. Lacey for B.L. Jennings, Inc., Bryco Arms, Inc., and Bruce Jennings; James P. Tenney for Jerry's Sport defendants; Vincent Lipari, Assistant United States Attorney for the Eastern District of New York; Plaintiffs' expert Howard Andrews; Defendants' expert Gustavo Bamberger; and Jerry's Sport Defendants' expert Tim McInerney. Present by telephone were personnel of the Bureau of Alcohol, Tobacco, and Firearms including Associate Counsel Richard Isen and Deputy Associate Counsel Barry Orlow. By demand of the parties, a transcript was taken; no oaths were administered and no evidence was taken. Following this conference, additional documents were submitted by parties and experts for inclusion with this Report. These documents are attached as exhibits 10, 11, 12 and 13.

### B. What information BATF maintains.

Only a small portion of the information acquired and maintained by BATF is even arguably relevant to the present litigation. This Report is confined in scope to that portion of BATF information that relates to the tracing of particular guns, as maintained in the FTS database, or to Federal Firearms Licensees (FFLs) generally, as maintained in the FLS database.

### 1. Trace Information.

The FTS database is maintained by the National Trace Center ("NTC") of the BATF. One component of the National Trace Center is the National Tracing Branch. The purpose of the NTC, as set forth in its Mission Statement, is to "accurately and efficiently conduct firearms traces for local, state, federal, and international law enforcement to provide investigative leads." Ex. 3. A "trace" refers to the process of acquiring records about a particular weapon from the manufacturers and distributors and thereby uncovering its sales history. The goal of a trace is to identify the first non-FFL purchaser of the weapon being traced.

BATF does not maintain a comprehensive database of all gun purchases or sales. Each individual trace request usually involves a tracking process that requires obtaining information from outside sources.

Much of the information maintained by the NTC is obtained during the course of individual traces. It is thus helpful to have an understanding of how the trace process works. A trace begins when a law enforcement agency files a "trace request." Much of the key information for a trace is provided by the law enforcement agency at this stage.

The trace request may be filed in paper form or by computerized submission. Regardless of how the trace request is submitted, the information it contains is eventually stored in the same way in BATF's computer-

ized database. Paper requests are submitted, usually by fax, on a one-page standard form. *See* Exhibit 4 (OMB Form No. 1512–0541). Upon receipt, BATF employees or contractors manually enter the information contained on the paper request into the BATF computerized database.

When traces are filed using the computerized submission system, known as the Electronic Trace Submission System ("ETSS"), there is no need for BATF to perform manual entry. At an ETSS-equipped office, a requesting agent enters the necessary information on a digital version of the trace request form, and that information is directly transmitted to the BATF computer systems. The ETSS system can be stand-alone or networked. Data is exported in a batch file, which is transmitted via the BATF network or a dial-up connection. The data is stored in a Microsoft Access database for querying.

Both the computerized and paper formats have fields in which the requesting agency may enter information pertaining to the request. A copy of the paper format of the form is attached as exhibit 4. Certain fields are indicated as "required" on the paper request form. These fields include the trace priority, project code, NCIC crime code, Office Organizational Code, NCIC Originating Requestor Identifier, information about the gun to be traced (serial number, manufacturer, type, caliber, model, country of origin, importer, and additional markings), and information about when and where the gun was recovered (date, city, and state). This "required" information is not always submitted. The minimum amount of information needed to begin a trace is the manufacturer, serial number, and the requestor's identifying information.

The BATF requires law enforcement agencies to submit information about a gun in addition to the serial number because serial numbers are not always unique. No serial numbers were required by law before 1968. Serial numbers are expected to be unique *for each manufacturer*, and weapons recently produced are unlikely to have duplicate serial numbers.

Among the information which is optional for law enforcement agencies to submit is identifying information of the possessor and associate. If the firearm in question is in the possession of an individual when it is recovered, that individual is the possessor. Associates are non-possessors who are somehow associated with the recovered firearm; they may, for instance, have been in the company of the possessor or in the immediate vicinity of the recovered firearm. There is a field for "ID Number" for associates and purchasers; usually this ID number (if submitted) is a driver's license number or a social security number.

After the information has been entered into the database, but before the trace begins, the data goes through the Error Corrections Module (ECM). ECM verifies that all necessary fields have been completed. If it is determined that there are deficiencies or errors in the trace request, the requesting law enforcement agency is asked to correct the information or to provide additional information as needed.

Once BATF has acquired sufficient information to begin a trace, a search of the FTS database is conducted to determine if information about the gun already exists in the system. If the serial number matches that of a gun listed in the database as a result of a multiple sale, *see infra* II.B.3, than the trace is complete—the multiple purchase form submitted to the BATF lists the first non-FFL purchaser. Less than five percent of trace requests match a serial number in the Multiple Sales database. Similarly, if the serial number matches that of a gun reported stolen by an FFL or Interstate carrier, *see infra* II.B.2, the trace is complete. If the serial number is indexed in the Microfilm Retrieval System ("MRS"), *see infra* II.B.4, then the relevant microfilm is examined to determine to whom the gun was sold. If the buyer was an FFL, the trace proceeds normally; if the buyer was a non-FFL, then the trace is complete.

If the initial serial number search does not reveal a record of a non-FFL purchaser, BATF must trace the sales history of the handgun by contacting the FFLs that sold it. If the serial number search identified an out-

of-business FFL purchaser, the trace begins with that purchaser. Otherwise, the trace begins with the manufacturer, if the handgun was made in the United States, or the importer if it was produced abroad. The BATF provides the FFL with the serial number, make, and model of the gun, and the FFL informs BATF who the gun was sold to. The FFL is required to respond within 24 hours. The BATF records the information provided by the FFL in the database. If the FFL sold the gun to another FFL, BATF contacts the purchasing FFL and requests their sales records for the gun.

The traditional method of contacting FFLs for trace information is to contact them by fax or telephone. FFLs are only provided with the minimum information necessary for them to search their records and provide BATF with a response; FFLs are not provided with information about why the trace is being conducted (i.e., the crime code) or who has requested the trace. Some FFLs, particularly large volume manufacturers or distributors, provide BATF with direct access to the FFL's database. This allows the BATF to query the database electronically and receive an instant response from the FFL. The BATF can only query one serial number at a time; it does not have the ability to browse sales databases maintained by FFLs.

The inquiry process is repeated until the trace is "closed." A trace is closed when BATF identifies the first non-FFL purchaser, or when the trace is interrupted and cannot be continued. A trace that identifies a non-FFL purchaser is deemed "successful"; all other complete traces are "unsuccessful." When a trace is closed, the information gathered through the trace process is relayed to the law enforcement agency that requested the trace. If the trace is unsuccessful in a way that might be resolved if the requesting agency provides additional information, BATF communicates that to the requesting agency. If the requesting agency resends the trace with additional information, the preexisting trace may be continued or a new trace may be initiated under a new ID number, depending on the date the preexisting trace was marked closed.

The FTS database contains the records of approximately 1.5 million closed traces. Approximately 50% of these closed traces were successful.

NTC implements quality control procedures. Each module is assigned an analyst who determines the quality control priorities and procedures for that module; these have changed over time and continue to change. Neither quality control nor the Error Corrections Module verifies the truth of information submitted by local law enforcement agencies. Crime codes, for instance, are recorded as whatever the requesting law enforcement agency submits (as long as the code is a valid one).

BATF does not follow up on or maintain records on the progress of any investigations for which local law enforcement agencies request traces. There is no information in the BATF databases as to the suspects involved in such investigations, the outcomes of those investigations, or the role of the traced firearm in those investigations.

The NTC conducts approximately one thousand traces each day. Approximately 30 traces are urgent. A law enforcement agency may request an urgent trace by so indicating on the trace request. The BATF attempts to resolve all urgent traces within twenty-four hours of receipt, but are limited by the speed at which FFLs respond to their requests; the BATF presently achieves a 1.7 day average turn-around time on urgent traces.

Agencies may request records of any traces performed by BATF for that agency. The BATF does not provide an agency with records of traces performed for other agencies; however, BATF attempts to arrange communications between agencies so they can share information if both so wish.

## 2. Theft Information.

FFLs are required by law to report to the BATF if a firearm is stolen from them. Interstate carriers, meaning any common carrier, may voluntarily report to the BATF if a firearm is stolen during the course of delivery. Identifying information on the stolen weapons and information about the theft is

acquired and stored in the FTS. Information about the theft includes the location of the theft, the law enforcement agency investigating the theft, and the business from which the firearms was stolen. If a stolen handgun is recovered, the routine initial search of the database will alert the BATF that the gun was previously reported stolen. This usually completes the trace, as a theft usually marks the end of the sales history for which records will exist.

### 3. Multiple Sales Information.

FFLs are required to report to the BATF if any single non-FFL purchaser buys two or more pistols or revolvers, or any combination thereof, at one time or within any period of five business days. The multiple sales report includes identifying information on the firearms purchased and on the purchaser. All multiple sales reports are entered into the FTS database. If a firearm that was part of a multiple-sale is recovered, the routine initial search of the database will alert the BATF that the gun was part of a multiple sale. This completes the trace, as the multiple sale record will contain identifying information about the first non-FFL purchaser. After a multiple-sales record is two years old, the name field is deleted from the database.

### 4. Demand Letter Information.

Presently there are two types of demand letters that BATF may send an FFL. Demand letters are triggered by certain predefined conditions and trigger certain reporting requirements. Demand letters are not issued on any theory that the FFL is engaged in illicit behavior, and are intended only to aid and improve the tracing process. BATF maintains information on which FFLs are the subject of demand letters and the status of those demand letters.

The first type of demand letter, Letter One, is sent if an FFL refuses to cooperate with trace requests. Letter One requires the FFL to submit acquisition/disposition records to the BATF on a monthly basis. Once cooperation is established, the FFL is taken off demand status and the acquisi-

tion/disposition records sent to BATF are destroyed.

Letter Two is sent to FFLs who are part of at least 10 traces within the previous two years that have a "time to crime" of three years or less. "Time to crime" refers to the amount of time elapsed between first sale to a non-FFL purchaser and the time that a law enforcement recovers the firearm and files a trace request with BATF. The average time to crime is six years. Letter Two requires the FFL to submit acquisition/disposition records for sales of second-hand ("used") firearms to BATF on a quarterly basis. Letter Two Status continues until the FFL no longer meets the threshold of ten traces in two years with three years or less time to crime.

### 5. BATF Investigations.

BATF maintains certain information that it uses solely to assist with BATF investigations. These BATF investigations often concern illegal trafficking or violations by FFLs. The Suspect Guns and Suspect Persons submodules and the FFL Monitor Program and Do Not Contact Tables contain information that is used for BATF investigations and is not shared with local law enforcement agencies.

The Suspect Guns submodule allows the BATF to "flag" certain firearms by serial number. A BATF agent who requests that a firearm be flagged as a suspect gun is immediately notified if a trace request is ever submitted for that firearm.

Similarly, the Suspect Persons submodule allows the BATF to "flag" certain persons. A BATF agent who requests that a person be flagged as a suspect person is immediately notified if a trace request is ever submitted with that person listed as an associate or possessor or if a trace request ever successfully identifies that person as the first non-FFL purchaser.

The FFL Monitor program allows the BATF to flag certain FFLs that are the subjects of open investigations by the BATF. A BATF agent can "flag" the FFL only if the FFL meets certain criteria.

The Do Not Contact Table is a list of FFLs that should not be contacted (as they ordinarily would be) if they are identified as part of the sales chain for a firearm that is being traced for a local law enforcement agency. The Do Not Contact table is used to ensure that ongoing BATF investigations are not inadvertently revealed.

The Suspect Persons module and FFL Monitor program are infrequently used. The Suspect Guns module is more frequently used. Usually one or two traces per month involve an FFL listed on the Do Not Contact Table.

### 6. Out of Business Records.

When an FFL ceases to do business or loses its Firearms License, it is required by law to submit its business records to the BATF. These records are captured on microfilm and stored by BATF in the Microfilm Retrieval System ("MRS"). The contents of the records are not manually entered into the database. Instead, the records are indexed. All records are indexed by FFL number.

Approximately one third of the records receive "second-level indexing," which means they are indexed by serial number as well as FFL. Records which are second-level indexed are significantly easier to search. However, the indexing process is labor-intensive, and NTC does not have sufficient resources to second-level index all MRS records. Many factors determine which records receive second-level indexing, and there is no consistent rule for making this determination.

Some out of business FFLs may not turn in records for justifiable reason. Despite having an FFL license, the FFL may never have actually sold any firearms. Business records may have been destroyed. The business and its records may have been turned over to a successor that has an FFL license and is currently in business.

The MRS contains approximately 350 million frames of records, with each frame potentially containing multiple sales records. Approximately 1.4 million frames of records are added monthly.

### 7. Federal Firearms Licensees.

General information on Federal Firearms Licensees, such as addresses, application histories, etc. are maintained in the Federal Licensing System ("FLS"), which is a separate database from the FTS. The FLS includes records of Federal Firearms Licenses and Federal Explosives Licensees made pursuant to the Gun Control Act of 1968 and other controlling laws. A computerized FLS database has existed in some form since 1986. The current client-server arrangement has been in place since 2000.

Federal Firearms Licenses do not distinguish between wholesalers, distributors, and retailers.

There is presently a CD–ROM publicly available that associates FFL numbers with the names of active FFLs. At present, there are approximately 80,000 active FFLs. FLS has the capability to generate a list associating FFL numbers with all FFLs that have ever been active. "Inactive" licensees include those that have gone of business, those whose licenses expired without being renewed, and those whose applications were denied. Federal Firearms Licenses must be renewed every three years. A code in the expiration date field of the database indicates whether the license expired or was denied.

The list of active FFLs produced for FOIA does not include the names of "curios and relics" licensees. Curios and relics licenses are usually acquired by individual collectors who are not in the business of purchasing and selling firearms for profit. The firearms involved must be classified as curios or relics; these categories exclude firearms usually associated with crimes.

Some FFLs are individuals who acquire an FFL for business or personal reasons. Aside from licenses obtained for "curios and relics", FFLs are to be granted to those who have some business purpose. Therefore BATF actively discourages and denies the applications of those who seek to acquire FFL status for purely personal (gun acquisition) use. Some recorded addresses of FFLs contained in the FLS will be the home addresses of individuals who have acquired a Federal Firearms License.

Presently the FLS database includes records on approximately 104,000 active firearms licenses and 999,000 inactive firearms licenses.

### C. How BATF organizes information.

#### 1. Introduction.

The NTC stores and retrieves most of its data in an Oracle Database called the Firearms Tracing System ("FTS"). *See* Exhibit 1. The fundamental unit in the FTS is the data element, which is a field in which a string of characters or numbers can be stored. For example, there is a data element for the serial number on a recovered gun. There are 845 elements in the FTS.

Data elements are arranged in tables. A table is an array of data elements organized by topic. For example, there is a table which describes a recovered weapon; data elements in this table include, *inter alia*, the serial number of the gun, its make and model, and its finish. There are 72 tables in the FTS.

FTS information is also organized into submodules. Submodules are not part of the organizational structure of the database from a technical perspective; the database only recognizes elements and tables. Submodules are groups of tables that share a common purpose or are used in conjunction to perform a certain function or track a certain type of information.

The Federal License System ("FLS") is a separate Oracle database maintained by BATF. *See* Exhibit 2. The FLS contains, among other things, information on Federal Firearms Licensees. Like the FTS, the FLS database consists of fields and tables. The FLS database is smaller than the FTS, with only 304 fields and 31 tables.

Recent extractions listing the tables and elements are attached. The FTS extraction is accurate as of July 25, 2002. The FLS extraction is somewhat outdated, and does not reflect the current system perfectly. BATF attempted to produce a more recent extraction, but was unable to do so in a readable form. BATF represented that the older extraction is generally accurate, and the experts agreed that it was adequate for their purposes.

#### 2. Databases.

Prior to 1998, the FTS databases were maintained on an IBM mainframe. Since 1998, the databases have been maintained as a graphical database. The databases are currently maintained using Oracle software. There have been recent changes to the contents and organization of the database. These are described in Exhibit 1.

##### a. General information about databases.

A database is a structured collection of data. This section provides a rudimentary introduction to the structure that applies in Oracle databases, such as those used by the BATF. Generally, Oracle databases can be thought of as a collection of tables. Each table consists of a list of records—each record in a table has the same structure, each has a fixed number of "fields" of a given type. The examples and explanations in this section are largely derived from an article by Tim McClellan. Tim McClellan, *What is an Oracle Relational Database?* (1994), *at* http://www.islandnet.com/tmc/html/articles/ orareln. htm (last visited Aug. 12, 2002).

The following table will be used for purposes of illustration.

**Table 1**

| EMPLOYEE | | | | | |
|---|---|---|---|---|---|
| EMPL_ID | NAME_FIRST | NAME_LAST | DEPT | POSITION | SALARY |
| 1 | Horace | Slate | 1 | Owner | 29 |
| 4 | Fred | Flintstone | 2 | Excavator | 13 |
| 5 | Barney | Rubble | 2 | Laborer | 12 |
| 7 | Joe | Rockhead | 3 | Laborer | 11 |
| 11 | Shelly | Gravel | 1 | Secretary | 12 |

The fundamental units of data in a database are referred to as *data elements*. In the table above, "Horace", "Slate", and "Owner" are all data elements. Oracle stores each data element in its own *field*. For example, a person's first name, last name, and position are each stored in separate fields in Table 1. The *field name* usually reflects its contents, although the name will often use abbreviations that may be difficult to decipher for those unfamiliar with the database.

A field has little meaning unless it is seen within the context of other fields. In Oracle, the fields relating to a particular person, thing, or event are bundled together to form a single, complete unit of data, called a *record* (it can also be referred to as a row or an occurrence). Each record is made up of a number of fields. No two fields in a record can have the same field name.

Oracle stores records relating to each other in a *table*. A table is easily visualized as a tabular arrangement of data, not unlike a spreadsheet, consisting of vertical columns and horizontal rows. Each field occupies one column and each record occupies one row. The field names of each record in the table are the same, although the field values may differ. In Table 1, every employee record has a salary field, named SALARY. The values in the SALARY field can be different for each employee. Every table has a *table name*; the table name of Table 1 is "Employee". Like field names, a table name usually reflects the contents of the table, although often in an abbreviated fashion. Although no two fields in a table are allowed to have the same name, fields in one table may share the same name with fields in a different table. Fields with the same name in different tables may contain the same field values, but that is not required.

Each record is a unique entry and is independent of any other record in the table. Every table in Oracle has a field or a combination of fields that uniquely identifies each record in the table. This unique identifier is called the *primary key*, or simply the key. The primary key provides the means to distinguish one record from all the others in a table. It allows the user and the database system to identify, locate, and refer to one particular record in the table. Once a table has been assigned a primary key, Oracle won't allow more than one record in the table with the same value for the primary key.

Oracle databases are relational, meaning that data can be associated across tables. The link between the tables is based on one or more field values common to both tables. The names of the linked fields may be the same, but that is not required. Similarly, fields with the same name in different tables may be linked, but need not be.

The following table will be used for purposes of illustration in conjunction with Table 1.

**Table 2**

| DEPARTMENT | | |
| --- | --- | --- |
| DEPT_NO | DESCRIPTION | LOCATION |
| 1 | Administration | Bedrock |
| 2 | Quarry | Bedrock |
| 3 | Stockpile | Redcliff |

There is a department number field in both Table 1 and Table 2. In the EMPLOYEE table, the department number represents the department in which the employee works. In the DEPARTMENT table, the department number represents a valid department within the business. In both tables, they are department numbers; in essence, the contents of the DEPT field in the EMPLOYEE table represents the same thing as the contents of the DEPT_NO field in the DEPARTMENT table.

The relationship between the EMPLOYEE and DEPARTMENT tables is based on the department number. Each employee works in one specific department. The employee's department number is stored in the DEPT field of the EMPLOYEE table. An employee cannot be assigned to a department that is not defined in the DEPARTMENT table. A department can be defined in the DEPARTMENT table, yet have no employees assigned to it.

As stated previously. every oracle table has a primary key a field or fields making each record unique. In the employee table, the primary key is the employee ID number, and it is stored in the EMPL_ID field. In the DEPARTMENT table, the department number is the primary key and is stored in the DEPT_NO field.

When a field in one table matches the primary key of another table, the field is referred to as a *foreign key*. A foreign key is a field or a group of fields in one table whose values match those of the primary key of another table. One can think of a foreign key as the primary key of a foreign table. In the personnel database example, the DEPT field in the EMPLOYEE table is a of all tables in the FTS begin "FTS_". In the FLS directory, table names are given in the leftmost column, which is titled "Table Header". The names of all tables in the FLS begin "FLS_".

Within a table, the dictionaries list fields in the order they occur in a row. Put another way, if a row of data from a given table were printed out, the first element in the row would coincide with the first field listed for that table in the directory, the second element with the second listed field, and so on.

For each field, the directories list the field data type and the null option. The data type refers to what kind of information can be entered into a field. Three data types are utilized in the FLS and FTS data directories. Type "VARCHAR2(size)" is defined as a variable length character string having a maximum length of (size). Thus, a field described as "VARCHAR2 (12)" would contain a string of up to 12 characters. A character can be a letter, numeral, or symbol. Type "NUMBER" is defined as a floating point number. Type "DATE" is defined as a date field.

Null option refers to whether the field is permitted to be left empty. In the FTS directory, the null option column is titled "Null?" An notation of "Not null" means that a value is required for that field; otherwise, the field may be left blank. In the FLS directory, the null option column is titled "Null Option" and is noted either "Not Null" (meaning a value is required) or "Null" (meaning no value is required).

The FLS Data Dictionary also has two columns named "PK" and "FK". There is some confusion as to the meaning of these columns, although it is expected they mean "Primary Key" and "Foreign Key." The data in these columns appear to be incomplete (i.e.,; some fields that are foreign key. The DEPT_NO field is still the primary key of the DEPARTMENT table.)

When a foreign key exists in a table, the foreign key's table is sometimes referred to as a *lookup table*. The DEPARTMENT table in our example is a lookup table for the EMPLOYEE table. The value of an employee's department can be looked up in the DEPARTMENT table. All of the "Decode tables" in the FTS and FLS are lookup tables.

Oracle databases maintain consistency between linked tables. Ensuring that the data among related tables is correctly matched is referred to as maintaining referential integrity. For example, in the EMPLOYMENT table, Oracle will not accept a department number that is not in the DEPARTMENT table.

b. BATF data dictionaries.

The BATF has produced two annotated data dictionaries that identify what data is contained in its databases and how it is arranged. Data dictionaries are repositories of metadata, or information about data, such as its meaning, relationships to other data, origin, usage and format. Two dictionaries were necessary because, as indicated before, the FTS and FLS are separate databases maintained on separate servers.

The first dictionary details the tables and fields included in the FTS. This dictionary is included as exhibit 1. This data dictionary is highlighted to indicate those fields that are released under FOIA, and to indicate fields that have changed recently. The second dictionary details the fields and tables included in the FLS. This dictionary is included as exhibit 2. A list of FTS fields at issue in the *City of Chicago v. BATF* litigation is attached as exhibit 12.

Both dictionaries are organized alphabetically by table name. In the FTS dictionary, table names are in bold print and are numbered. The number is not part of the table name. (The names either foreign keys or primary keys are not designated as such). For the purposes of understanding the problems currently at issue, it is not necessary to have complete and accurate information on what fields are key fields.

In both data dictionaries, there is space on each row for notes that describe the contents of a named field. The FLS dictionary labels this the "Attribute Definition". The FTS dictionary has no label; this information appears in the space to the right of the "Type" column. Most fields in the FLS include a useful annotation about the contents of the fields; a few include the notation "TBD", meaning "To Be Determined."

i. FTS data dictionary.

The most important field in the FTS is the FTS_ID. This is the primary key for many of the most information-rich tables, and is also an important linking field. The FTS_ID field is a twelve character indexed data element that is used to cross reference the rows specific to a trace, multiple-sale, etc. within the many different tables that contain data for each specific trace, multiple-sale, etc. FTS_ID will usually be the first data element within a row.

The first position of the FTS_ID data element indicates the type of transaction. There are six transaction types, corresponding to six of the seven sub-modules: "T" for trace transactions; "M" for multiple-sales transactions; "F" for FFL–Theft transactions; "I" for Interstate–Theft transactions; "S" for Suspect–Gun transactions; and "D" for Demand transactions. Positions 2–5 of the FTS_ID indicate the calender year in which the transaction was created, e.g., "2001." Positions 6–12 are used as a counter to make the FTS_ID field unique for each trace, multiple-sale, etc., e.g., "0000001." To illustrate how a full FTS_ID would be generated, the 82nd trace transaction conducted in the year 2002 would receive the following unique FTS–ID: T20020000082.

Standard conventions for FTS Oracle tables dictate that all FTS tables contain data elements indicating when and by whom each row within a table was added, (ENTERED_TIME & ENTERED_USER), and data elements indicating when and by whom each row within a table was last updated (UPDATED_TIME & UPDATED_USER). These four elements are usually the last four data elements within any given row.

To identify FFLs, FTS tables may have a field titled "FFL_NUMBER". This field is an eight-character field that contains an eight character version of the 15 character "RDS_KEY" maintained in the FLS database. This version includes the first three and the last five positions of the full RDS_KEY.

Some tables have a field named SEQ or SEQ_NUMBER. This field acts as a counter that allows multiple records to exist in the same table for the same FTS_ID or other key number. For example, because a trace may be reopened after it has been closed, there may be multiple completion codes associated with the same trace. The first completion code associated with a trace would have a SEQ_NUMBER of 1, the second would have a SEQ_NUMBER of 2, and so on.

Tables that include _NOTES in the name contain notes that BATF investigators have written. In these tables, the NOTE_SEQ field is a counter that differentiates successive notes associated with the same transaction. The NOTE_TEXT field contains the actual text of the note. Some tables do not have _NOTES in the name but still have a field for notes or remarks.

Exhibit 14 is a document generated by the Special Master that contains supplemental information that may be of use in understanding particular fields or tables in the FTS. The information in Exhibit 14 is primarily derived from information presented by BATF at the conference in Washington, D.C. The information in exhibit 14 is intended to be used in conjunction with exhibit 1. If a table or field is not described in exhibit 14, that means the information contained in exhibit 1 concerning that table or field is sufficient.

ii. FLS data dictionary.

The most important field in the FLS is the RDS_KEY, also known as the FFL number. This is the primary key for many of the most information-rich tables, and is also an important linking field. The RDS_ID field is a fifteen character indexed data element that is used to cross reference the rows specific to a specific FFL within the many different tables that contain relevant data.

The first position of the RDS_KEY data element indicates the BATF region in which the FFL is located. Positions 2–3 of the RDS_KEY indicate the code for the Internal Revenue Service district in which the FFL is located. Positions 4–10 indicate the city, state, and dealer type, and expiration date of the license. Positions 11–15 are used as a counter to make the RDS_KEY field unique for each FFL.

3. Submodules.

There are seven submodules within the FTS. There is not a one-to-one relationship of tables to submodules. Some tables in the FTS are used in multiple sub-modules. Submodules are organized by function.

The "Trace Submodule" includes information related to the sales history of a firearm, beginning with the manufacturer or importer, through any wholesalers and retailers, and concluding (if successful) with the first purchaser of the firearm.

The "Suspect Persons Sub–Module" contains information on suspects currently under active criminal investigation who are suspect-ed of illegally using or trafficking in firearms. If the name of a suspect person is found to be associated with a firearm as it is being traced through FTS, the agent tracking the suspect is alerted.

The "Suspect Guns Sub–Module" contains information about unrecovered firearms associated with an open investigation. These firearms are often part of an FFL/Interstate theft or a multiple purchase. As with the Suspect Persons Sub–Module, the investigating agent is alerted if the suspect firearm is identified as part of an NTC trace.

The "FFL Theft Submodule" contains information about firearms reported stolen from FFLs. When a stolen firearm is recovered and traced, the trace will retrieve the information on the theft stored in this submodule. FFLs must report theft or loss to the BATF within 48 hours of the event.

The "Interstate Theft Submodule" is similar to the FFL Theft Submodule, except that the Interstate module contains information about firearms reported stolen from common carriers. Despite the name of the database, the common carriers need not have been intending to transport the firearm across state lines in order to file a theft report. Carriers are not required by law to report thefts of firearms to the BATF.

The "Multiple Sales Sub–Module" maintains records of purchases of multiple handguns from the same dealer within five business days. The purpose of this database is to assist law enforcement in identifying straw purchasers and other traffickers. A multiple sales report is sent to field divisions of the BATF every day.

The "Decode Sub–Module" primarily contains validation tables for the other submodules. They define the permissible entries for fields in other tables. Often, these entries are abbreviated or coded; the decode table usually elaborates on the meaning of the entry. For illustration purposes only: a decode table for race might include "W" as a permissible entry, so that "W" can will be accepted as a data entry for race in another table. The decode table might also indicate that "W" indicates "White/Caucasian."

The "Demand Sub–Module" contains information related to the dealers who are the subject of demand letters. The information includes what type of demand letter the FFL has been given, and the status of the letter.

### III. Non-technical Information.

#### A. *Experts' Requests.*

Field-by-field requests of plaintiffs' expert Howard Andrews and Lucy Allen are attached as exhibit 6. Supplementary requests by plaintiffs' experts Howard Andrews and Lucy Allen are attached as exhibits 7 and 10. Field-by-field requests of expert Gustavo Bamberger, expert for manufacturer and distributor defendants (except for Jerry's Sport defendants), is attached as exhibit 5. A letter from Tim McInerney, expert for the Jerry's Sport defendants, is attached as exhibit 8. A supplementary letter from Tim McInerney, expert for the Jerry's Sport defendants, is attached as exhibit 13.

#### B. *Law Enforcement and Privacy Concerns.*

A field-by-field response by BATF to plaintiffs' and defendants' requests is attached as Exhibit 9. A legend for the field-by-field annotations is included at the bottom of the first page of the exhibit. A letter indicating BATF responses to plaintiffs' and defendants' FLS requests is attached as exhibit 11.

### VI. Mediation

On August 12, a conference was held at the United States Courthouse in Brooklyn for the purpose of settling, if possible, all outstanding requests of data maintained by BATF. All parties and experts were invited and encouraged to attend. By demand of the parties, a transcript was taken; no oaths were administered and no evidence was taken.

No settlement agreement was reached. BATF and plaintiffs achieved general agreement concerning the release of information that plaintiff's experts desired and the confidentiality and usage conditions that would be imposed on that information. The position of those defendants present was that if any non-FOIA information was released by BATF, defendants would demand the release of significant amounts of additional non-FOIA information maintained by BATF. Those defendants present did not find the privacy or usage conditions tentatively approved by BATF to be acceptable, and no compromise was reached. A partial settlement between BATF and plaintiffs was impossible because any information released to plaintiffs would be released to defendants as well, and BATF would not agree to release information to plaintiffs unless all parties agreed to be bound by a protective order acceptable to BATF.

A copy of the transcript of the conference will be filed and docketed.

Daniel M. Dockery

Special Master

Dated: August 16, 2002.

284

# EXHIBIT 1

# Firearms Tracing System (FTS)

# Oracle Table & Data Element Descriptions

July 25, 2002

Notes:

The FTS_ID field is a 12 character indexed data element that is used to cross reference the rows specific to a trace, multiple-sale, etc., within the many different tables that contain data for each specific trace, multiple-sale, etc. This data element will usually be the first data element within a row. The first position of the FTS_ID data element indicates the type of transaction, e.g. "T" for traces, "M" for multiple-sales, etc. Positions 2-5 indicate the calendar year in which the transaction was created, e.g."2001", "2002", etc., and positions 6-12 are used as a counter to make the FTS_ID field unique for each trace, multiple-sale, etc., e.g. "0000001" through "9999999". An example of a FTS_ID for a trace would be "T19990012387". An example of a FTS_ID for a multiple-sale would be "M20010043598".

The possible types of transactions (sub-modules) within the FTS are as follows:

"D" for Demand transactions. (Data associated with Federal Firearms Licensees (FFLs) who were placed "on demand" and therefore required to report firearms transactions monthly to ATF.)

"F" for FFL-Theft transactions. (Data associated with the reporting of a theft of firearms from FFLs.)

"I" for Interstate-Theft transactions. (Data associated with the reporting of a theft of firearms from interstate shipments.)

"M" for Multiple-Sale transactions. (Data associated with the required reporting to ATF by FFLs of multiple handgun sales to an individual during a five day period.)

"S" for Suspect-Gun transactions. (Data associated with firearms that ATF agents have identified to receive notification of if the firearm is involved in any ATF activity.)

"T" for Trace transactions. (Data associated with tracing firearms from a manufacturer to a retail purchaser.)

Resulting from standard conventions used for FTS Oracle tables, all FTS tables contain data elements indicating when and by whom each row within a table was added (ENTERED_TIME & ENTERED_USER), and data elements indicating when and by whom each row within a table was updated (UPDATED_TIME & UPDATED_USER). These data elements are usually the last four data elements within the row. Names of ATF National Tracing Center (NTC) personnel are never released to the public.

Highlighting used in this document:

 = Data elements released under the most recent FOIA Trace Release (February 2002).

 = Tables or data elements added to the FTS since the most recent Trace FOIA release (February 2002).

 = Tables no longer used in the FTS since the most recent Trace FOIA release (February 2002).

1

## 1. FTS_ADMINISTRATIVE

This table contains data labels and actual data that were provided by a requestor (usually non-ATF) on their trace submission pursuant to an investigation. The ATF National Tracing Center (NTC) also uses this table for internal routine database management.

```
Name Null? Type
-------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: S, T)
FLD1_LABEL VARCHAR2(20)
FLD1_REMARK VARCHAR2(30) Labels & Remarks for Investigative Notes.
FLD2_LABEL VARCHAR2(20)
FLD2_REMARK VARCHAR2(30)
FLD3_LABEL VARCHAR2(20)
FLD3_REMARK VARCHAR2(30)
FLD4_LABEL VARCHAR2(20)
FLD4_REMARK VARCHAR2(30)
FLD5_LABEL VARCHAR2(20)
FLD5_REMARK VARCHAR2(30)
FLD6_LABEL VARCHAR2(20)
FLD6_REMARK VARCHAR2(30)
FLD7_LABEL VARCHAR2(20)
FLD7_REMARK VARCHAR2(30)
PROJECT_NATIONAL1 VARCHAR2(20) More Investigative Notes.
PROJECT_NATIONAL2 VARCHAR2(20)
PROJECT_NATIONAL3 VARCHAR2(20)
PROJECT_NATIONAL4 VARCHAR2(20)
PROJECT_LOCAL1 VARCHAR2(20) More Investigative Notes.
PROJECT_LOCAL2 VARCHAR2(20)
CASE_AGENT VARCHAR2(20)
ATF_CASE_NO1 VARCHAR2(15)
ATF_CASE_NO2 VARCHAR2(15)
LOCAL_OFFICER VARCHAR2(35)
LOCAL_CASE_NO1 VARCHAR2(15)
LOCAL_CASE_NO2 VARCHAR2(15)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 2. FTS_ATFOFFC

This table contains data used to identify ATF offices, and populate "SA-" fields within the FTS_TRACE table.

```
Name Null? Type
-------------------------- -------- ----
POD_TPIS NOT NULL VARCHAR2(6) (Used to populate BOC_NO)
POD_NAME VARCHAR2(30)
POD_STREET VARCHAR2(30)
POD_CITY VARCHAR2(20)
POD_STATE VARCHAR2(2)
POD_ZIP VARCHAR2(9)
POD_PHONE VARCHAR2(10)
POD_FAX VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

2

### 3. FTS_CALIBER

Table used to validate the caliber of a firearm submitted for tracing.

```
Name Null? Type
------------------------------- -------- ----
CALIBER NOT NULL VARCHAR2(6)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

### 4. (New 6-17-2002)

Table used to maintain a history of Comp-Code/Stat-Code and Remarks (notes) data when a trace is closed.

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Module: T)
SEQ_NUMBER NOT NULL NUMBER(4)
STAT_CODE NOT NULL VARCHAR2(2)
COMP_DATE DATE
COMP_USER VARCHAR2(10)
REMARKS_TO_REQSTR VARCHAR2(300)
```

### 5. (New 6-17-2002)

Decode table used in describing cooperation levels of FFLs when contacted by ATF NTC personnel.

```
Name Null? Type
------------------------------- -------- ----
COOPR NOT NULL VARCHAR2(2) ("C", "NR", "U", "R")
COOPERATION_DESC NOT NULL VARCHAR2(30)
INACTIVE_IND NOT NULL VARCHAR2(1)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

### 6. FTS_COUNTRY

Decode table used to cross-reference country names to their abbreviations.

```
Name Null? Type
------------------------------- -------- ----
COUNTRY_CODE NOT NULL VARCHAR2(2)
COUNTRY_NAME VARCHAR2(30)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

3

## 7. FTS_CRIMES

Decode table used to cross-reference crime-codes to a narrative of the crime that the trace was associated with.

| Name | Null? | Type | |
|------|-------|------|---|
| CRIME_CODE | NOT NULL | VARCHAR2(4) | (4 position code) |
| CRIME_DESC | | VARCHAR2(70) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 8. FTS_DEALTR

This table contains chronological disposition (FFL) data associated with specific Traces, Multiple-Sales, Suspect-Gun transactions, and Demand transactions. Positions 1-3 of the FFL_NBR, which can be used to identify the State the FFL is located in, are released under FOIA for traces entered during the previous 5 years. For example, the FOIA release of February 15, 2002 contains the complete FFL number for those traces entered through December 31, 1996. The POC_NAME, POC_FAX, and SHIP_TO_FFL are also NOT released for 5 years. The FFL_NBR is released under FOIA for Multiple-Sales.

| Name | Null? | Type | |
|------|-------|------|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: D, M, S, T) |
| SEQ_NO | NOT NULL | NUMBER | |
| INVOICE_NO | | VARCHAR2(15) | (Not used for Multiple-Sales) |
| TRANSACTION_DATE | | DATE | (Trace=Date prev FFL shipped to this FFL) |
| | | | (M-S=Purchase date for M-S firearm) |
| FFL_NBR | | VARCHAR2(8) | |
| INVERTED_SEQ | | NUMBER | |
| POC_NAME | | VARCHAR2(35) | (Not used for Multiple-Sales) |
| POC_FAX | | VARCHAR2(10) | (Not used for Multiple-Sales) |
| SHIP_TO_FFL | | VARCHAR2(8) | (Not used by any Sub-Module) |
| COOPR | | VARCHAR2(2) | |
| GUN_SALE | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| | | VARCHAR2(3) | (D1, D2) |

## 9. FTS_DEALTR_NOTES

This table contains notes entered by ATF NTC personnel relative to an FFL associated with a trace.

| Name | Null? | Type | |
|------|-------|------|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: M, S, T) |
| SEQ_NO | NOT NULL | NUMBER | |
| NOTE_SEQ | NOT NULL | NUMBER | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| NOTE_TEXT | | VARCHAR2(2000) | |

4

**10.** (Demand Decode)

This decode table describes the code used to identify FFLs who are/were placed "on demand".

```
Name Null? Type
------------------------------- -------- ----
DEMAND_TYPE NOT NULL VARCHAR2(3)
DEMAND_DESC VARCHAR2(20)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME . DATE
```

**11.** (Demand FFL Data)

This table contains data such as type, region, etc. for a "Demand" FFL.

```
Name Null? Type
------------------------------- -------- ----
FFL_NBR NOT NULL VARCHAR2(8)
DEMAND_DATE NOT NULL DATE
DEMAND_TYPE NOT NULL VARCHAR2(3) (D1, D2)
REGION VARCHAR2(15)
DIVISION VARCHAR2(25)
STATUS NOT NULL VARCHAR2(1) (I, A)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

**12.** (FFL Demand Status Data)

This table contains data showing the dates and status codes of a "Demand" FFL.

```
Name Null? Type
------------------------------- -------- ----
FFL_NBR NOT NULL VARCHAR2(8)
STATUS_DATE NOT NULL DATE
STATUS_CODE NOT NULL VARCHAR2(3) (001...999) (from FTS_DEMAND_STATUS_CODE)
DEMAND_DATE NOT NULL DATE
DEMAND_TYPE NOT NULL VARCHAR2(3) (D1, D2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

**13.** (FFL Demand Notes)

This table contains notes entered by ATF NTC personnel associated with a "Demand" FFL.

```
Name Null? Type
------------------------------- -------- ----
FFL_NBR NOT NULL VARCHAR2(8)
SEQ_NO NOT NULL NUMBER
NOTE_TEXT VARCHAR2(70)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
```

UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE

14. ▓▓▓▓▓▓▓▓▓▓▓▓▓ (Demand Decode)

This decode table describes the code associated with actions taken by ATF specific to a "demand" FFL.

| Name | Null? | Type | |
|------|-------|------|--|
| STATUS_CODE | NOT NULL | VARCHAR2(3) | (001…999) |
| STATUS_DESC | | VARCHAR2(50) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

15. ▓▓▓▓▓▓▓▓▓▓▓▓▓ (New 6-17-2002)

This decode table contains the FFL license type codes (07,08,09,10,11) associated with firearms distributors.

| Name | Null? | Type |
|------|-------|------|
| FFL_LIC_TYPE_CODE | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

16. FTS_DRILL_SIZE_CD

This decode table contains drill sizes commonly used to obliterate firearm serial numbers, e.g. 1/16, 1/8, 3/16, 1/4.

| Name | Null? | Type |
|------|-------|------|
| DRILL_SIZE_CD | NOT NULL | VARCHAR2(2) |
| DRILL_SIZE_DESC | | VARCHAR2(20) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

17. FTS_FFLINVST_NOTES ("DO NOT CONTACT" FFLs)

This table is used by the Trace sub-module to identify those FFLs who are currently listed as "Do not Contact", and to maintain notes associated with the FFLs. The trace firearm and the FFL that is "not contacted" are contained in the trace sub-module. Only positions 1-3 of the ▓▓▓▓▓▓▓ are released under FOIA..

| Name | Null? | Type |
|------|-------|------|
| FFLINVST_FFL | NOT NULL | VARCHAR2(8) |
| NOTE_SEQ | NOT NULL | NUMBER |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |
| NOTE_TEXT | | VARCHAR2(200) |

18. 

This table is used to store active Demand FFLs and their current demand type.

| Name | Null? | Type |
| --- | --- | --- |
| FFL_NBR | NOT NULL | VARCHAR2(8) |
| TYPE | NOT NULL | VARCHAR2(1) |
| FFL_NAME | | VARCHAR2(50) |
| TRANSACTION_DATE | | DATE |
| IND_1 | | VARCHAR2(1) |
| IND_2 | | VARCHAR2(1) |
| IND_3 | | VARCHAR2(1) |
| IND_4 | | VARCHAR2(1) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

19. FTS_FFL_THEFT (Data begins in 1995)

This table contains the basic data specific to a theft of firearms from an FFL that are reported by an FFL or law enforcement officer.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: F) |
| CALLER_LSTNME | | VARCHAR2(30) | |
| CALLER_FSTNME | | VARCHAR2(15) | |
| CALLER_MIDNME | | VARCHAR2(15) | |
| CALLER_PHONE | | VARCHAR2(10) | |
| CALLER_POSITION | | VARCHAR2(20) | |
| ATFF3310_RECV_DATE | | DATE | |
| FFL_NUMBER | | VARCHAR2(8) | |
| FFL_BUSINESS_NAME | | VARCHAR2(50) | |
| FFL_LICENSE_NAME | | VARCHAR2(50) | |
| FFL_STREET | | VARCHAR2(50) | |
| FFL_CITY | | VARCHAR2(20) | |
| FFL_STATE | | VARCHAR2(2) | |
| FFL_ZIP | | VARCHAR2(9) | |
| FFL_PHONE | | VARCHAR2(10) | |
| FFL_FAX | | VARCHAR2(10) | |
| THEFT_LOC_STREET | | VARCHAR2(50) | |
| THEFT_LOC_CITY | | VARCHAR2(20) | |
| THEFT_LOC_STATE | | VARCHAR2(2) | |
| THEFT_LOC_ZIP | | VARCHAR2(9) | |
| POLICE_DEPT_NAME | | VARCHAR2(50) | |
| POLICE_DEPT_INC_NO | | VARCHAR2(16) | |
| CASE_NUMBER | | VARCHAR2(13) | |
| ACTIVITY_CODE | | VARCHAR2(2) | (null) |
| FIELD_DIVISION | | VARCHAR2(15) | (from S-S-N Screen) |
| REPORTED_DATE | | DATE | |
| THEFT_DATE | | DATE | |
| THEFT_TYPE_CODE | | VARCHAR2(2) | (B, L, O, R) (O=Other or Inventory Loss) |
| NUMBER_INJURIES | | NUMBER | |
| NUMBER_KILLED | | NUMBER | |
| EST_WEAPONS_STOLEN | | NUMBER | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |

```
UPDATED_TIME DATE
OWNER_LSTNME VARCHAR2(30)
OWNER_FSTNME VARCHAR2(15)
OWNER_MIDNME VARCHAR2(15)
ATF_CASE_NUMBER VARCHAR2(15)
CALLER_EVE_PHONE VARCHAR2(10)
```

## 20. FTS_FFL_THEFT_MODOPS

This table contains the theft & modop codes that can be associated with a reported FFL Theft.

```
Name Null? Type
----------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: F, I)
THEFT_CD NOT NULL VARCHAR2(2) (B, I, L, O, R)
MODOP_CD NOT NULL VARCHAR2(3) (About 81 different codes)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 21. FTS_FFL_THEFT_NOTES

This table contains notes specific to an FFL theft.

```
Name Null? Type
----------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Module: F)
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 22. FTS_FIELD_DIVISION (Not up-to-date)

This table contains the POD_NO (post of duty) associated with an ATF field division.

```
Name Null? Type
----------------------------- -------- ----
POD_NO NOT NULL VARCHAR2(5)
FIELD_DIV VARCHAR2(15)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 23. FTS_FIELD_DIVISION_ZIP

This table contains the zip-codes of the regions that ATF Field Divisions are responsible for.

```
Name Null? Type
----------------------------- -------- ----
FIELD_DIV NOT NULL VARCHAR2(15)
BEGINNING_ZIP NOT NULL VARCHAR2(5) (Zips must be zero or valid zip-codes)
```

8

```
ENDING_ZIP VARCHAR2(5)
STATE NOT NULL VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 24. FTS_GUNTYPE

This decode table is used to cross reference the two position code to the description for the firearm type.

```
Name Null? Type
----------------------------- -------- ----
TYPE_CODE NOT NULL VARCHAR2(2)
TYPE_DESC VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 25. FTS_IDENT_TYPE_CD

This decode table is used to cross reference the three position identification type code to the description for the specific type of identification. e.g. "SSN" = Social Security Number.

```
Name Null? Type
----------------------------- -------- ----
IDENT_TYPE NOT NULL VARCHAR2(3)
IDENT_DESC VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 26. FTS_IMPORTER_LIST

This decode table is used to populate the Importer drop-down picklist in the FTS application (weapons screen).

```
Name Null? Type
----------------------------- -------- ----
IMPORTER_FFL NOT NULL VARCHAR2(8)
IMPORTER_NAME NOT NULL VARCHAR2(50)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

**27.** ▓▓▓▓▓▓▓▓

This was a decode table of indicators that were used to identify traces with specific events. It was combined into the FTS_TRACE_INDICATOR_REF table along with the FTS_PROJECT project-codes that were also used to identify traces with specific events. See table 61.

| Name | Null? | Type |
|------|-------|------|
| IND_CODE | NOT NULL | VARCHAR2(3) |
| IND_NAME | | VARCHAR2(30) |
| INACTIVE_IND | | VARCHAR2(1) |
| ENTERED_TIME | | DATE |
| UPDATED_TIME | | DATE |

**28.** ▓▓▓▓▓▓▓▓

This table was used to cross-reference specific indicators (that were used to identify traces with specific events) to the FTS_ID of a trace. It was combined into the FTS_TRACE_INDICATOR table along with the FTS_PROJECT_XREF data. See table 60.

| Name | Null? | Type |
|------|-------|------|
| IND_CODE | NOT NULL | VARCHAR2(3) |
| FTS_ID | NOT NULL | VARCHAR2(12) |
| ENTERED_TIME | | DATE |
| UPDATED_TIME | | DATE |

## 29. FTS_INDIVIDUAL

This table contains information about individuals associated with specific Traces, Multiple-Sales, and Suspect-Gun transactions. For traces, the INVOLVE_DATE is not released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains the INVOLVE_DATE for those traces entered through December 31, 1996. The INVOLVE_DATE is released for Multiple-Sales. Yellow highlighted fields are also released for Multiple-Sales transactions where Multiple-Sales data was recorded.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: M, S, T) | |
| INSEQNO | NOT NULL | NUMBER | (1 or greater) | |
| I_ROLE_PLAYED | | VARCHAR2(1) | (A, G, M, P, S, blank) | |
| I_LSTNME | | VARCHAR2(20) | A = Associate (trace) | |
| I_FSTNME | | VARCHAR2(15) | G = Suspect-Gun | |
| I_MIDNME | | VARCHAR2(15) | M = Multiple-Sale | |
| I_NAME_SUFFIX | | VARCHAR2(5) | P = Purchaser (trace) | |
| I_AKA_LSTNME | | VARCHAR2(20) | S = Possessor (trace) | |
| I_AKA_FSTNME | | VARCHAR2(15) | | |
| I_AKA_MIDNME | | VARCHAR2(15) | | |
| I_AKA_SUFFIX | | VARCHAR2(5) | | |
| I_DOB | | DATE | | |
| I_AKA_DOB | | DATE | (Not used for Multiple-Sales) | |
| I_DOB_CITY | | VARCHAR2(20) | | |
| I_DOB_COUNTY | | VARCHAR2(20) | | |
| I_DOB_STATE | | VARCHAR2(2) | | |
| I_DOB_COUNTRY | | VARCHAR2(2) | | |
| I_HEIGHT | | NUMBER | (0_99) | (Not used for Multiple-Sales) |
| I_WEIGHT | | NUMBER | (0_999) | (Not used for Multiple-Sales) |
| I_RACE | | VARCHAR2(1) | | |

10

| Name | Type | |
|---|---|---|
| I_SEX | VARCHAR2(1) | |
| I_ROUTE_NO | VARCHAR2(8) | |
| I_APT_NO | VARCHAR2(6) | |
| I_STREET_NO | VARCHAR2(6) | |
| I_STREET_DIR | VARCHAR2(2) | |
| I_STREET_NME | VARCHAR2(30) | |
| I_STREET_SUF | VARCHAR2(2) | |
| I_CITY | VARCHAR2(20) | |
| I_COUNTY | VARCHAR2(20) | |
| I_STATE | VARCHAR2(2) | |
| I_ZIP | VARCHAR2(9) | |
| I_COUNTRY | VARCHAR2(2) | |
| I_IDENT_TYPE1 | VARCHAR2(3) | (Type of ID used by an individual) |
| I_IDENT_STAT1 | VARCHAR2(2) | (State where the ID was issued) |
| I_IDENT_NO1 | VARCHAR2(20) | (Number associated with ID) |
| I_IDENT_TYPE2 | VARCHAR2(3) | (Not used for Multiple-Sales) |
| I_IDENT_STAT2 | VARCHAR2(2) | (Not used for Multiple-Sales) |
| I_IDENT_NO2 | VARCHAR2(20) | (Not used for Multiple-Sales) |
| I_INVOLVE_DATE | DATE | (If role is "P" or M-S, Date of Purchase; If role is "S" or "A", Date Seized) |
| I_MULT_PURCHNG | VARCHAR2(1) | ("Y" - Frequently buys guns per FFL) |
| I_POSSIBLE_COMBND | VARCHAR2(1) | ("Y") |
| I_STATE_REG_IND | VARCHAR2(1) | ("Y","N") |
| I_NICS_USED_IND | VARCHAR2(1) | ("Y" if SK KAR hit) |
| ENTERED_USER | VARCHAR2(10) | |
| ENTERED_TIME | DATE | |
| UPDATED_USER | VARCHAR2(10) | |
| UPDATED_TIME | DATE | |

## 30. FTS_INDIVIDUAL_NOTES

This table contains any notes that were recorded for an individual associated with a Multiple-Sale, Suspect-Gun, or Trace.

| Name | Null? | Type | |
|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: M, S, T) |
| I_SEQ_NUMBER | NOT NULL | NUMBER | |
| NOTE_SEQ | NOT NULL | NUMBER | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| NOTE_TEXT | | VARCHAR2(2000) | |

## 31.

This decode table is used to cross-reference the code for a role ("A", "P", "S", etc.) to the description of the role (Associate, Purchaser, Possessor, etc.)

| Name | Null? | Type |
|---|---|---|
| ROLE_CODE | NOT NULL | VARCHAR2(1) |
| ROLE_DESC1 | | VARCHAR2(25) |
| ROLE_DESC2 | | VARCHAR2(25) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

11

## 32. FTS_INTERSTATE_THEFT (Data begins in 1995)

This table contains voluntarily reported basic data specific to a theft of firearms by an interstate shipment.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: I) |
| SHIPPED_DATE | | DATE | |
| SHIPPER_FFL_NUMBER | | VARCHAR2(8) | |
| SHIPPER_BUS_NAME | | VARCHAR2(50) | |
| SHIPPER_LIC_NAME | | VARCHAR2(50) | |
| SHIPPER_STREET | | VARCHAR2(50) | |
| SHIPPER_CITY | | VARCHAR2(20) | |
| SHIPPER_STATE | | VARCHAR2(2) | |
| SHIPPER_ZIP | | VARCHAR2(9) | |
| SHIPPER_PHONE | | VARCHAR2(10) | |
| SHIPPER_FAX | | VARCHAR2(10) | |
| CONS_FFL_NUMBER | | VARCHAR2(8) | |
| CONS_BUS_NAME | | VARCHAR2(50) | |
| CONS_LIC_NAME | | VARCHAR2(50) | |
| CONS_STREET | | VARCHAR2(50) | |
| CONS_CITY | | VARCHAR2(20) | |
| CONS_STATE | | VARCHAR2(2) | |
| CONS_ZIP | | VARCHAR2(9) | |
| CONS_PHONE | | VARCHAR2(10) | |
| CONS_FAX | | VARCHAR2(10) | |
| CARRIER_NAME | | VARCHAR2(50) | |
| CARRIER_STREET | | VARCHAR2(50) | |
| CARRIER_CITY | | VARCHAR2(20) | |
| CARRIER_STATE | | VARCHAR2(2) | |
| CARRIER_ZIP | | VARCHAR2(9) | |
| CARRIER_PHONE | | VARCHAR2(10) | |
| CARRIER_FAX | | VARCHAR2(10) | |
| CASE_NUMBER | | VARCHAR2(13) | |
| FIELD_DIVISION | | VARCHAR2(15) | |
| THEFT_TYPE_CODE | | VARCHAR2(2) | ("I") |
| SHIPPER_CLAIM_NUM | | VARCHAR2(15) | |
| CARRIER_CLAIM_NUM | | VARCHAR2(15) | |
| REPORTING_COMPANY | | VARCHAR2(40) | |
| REPORTED_DATE | | DATE | |
| REPORTING_LSTNME | | VARCHAR2(30) | |
| REPORTING_FSTNME | | VARCHAR2(15) | |
| REPORTING_MIDNME | | VARCHAR2(15) | |
| REPORTING_PHONE | | VARCHAR2(10) | |
| REPORTING_FAX | | VARCHAR2(10) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| ATF_CASE_NUMBER | | VARCHAR2(15) | |

## 33. FTS_INTERSTATE_THEFT_NOTES

This table contains notes specific to an interstate theft of firearms.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: I) |
| NOTE_SEQ | NOT NULL | NUMBER | |

```
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 34. FTS_INVALID_FFL

This table contains "Z" or Invalid FFLs, i.e. substitute FFLs. These substitute FFLs are used when the actual FFL cannot be located or the purchaser of a firearm was not required to have a FFL (federal, state, local governments, military, foreign, etc.). The Z_LIC_NAME, Z_BUS_NAME, Z_STREET_NO, Z_STREET_DIR, Z_STREET_NME, Z_STREET_SUF, Z_CITY, Z_ZIP, and Z_PHONE are NOT released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, these data elements are not released.

```
Name Null? Type
------------------------ -------- ----
Z_FFL_ID NOT NULL VARCHAR2(8)
Z_SEQ NOT NULL NUMBER
Z_LIC_NAME VARCHAR2(50)
Z_BUS_NAME VARCHAR2(50)
Z_STREET_NO VARCHAR2(6)
Z_STREET_DIR VARCHAR2(2)
Z_STREET_NME VARCHAR2(30)
Z_STREET_SUF VARCHAR2(2)
Z_CITY VARCHAR2(20)
Z_STATE VARCHAR2(2)
Z_ZIP VARCHAR2(9)
Z_COUNTRY VARCHAR2(2)
Z_PHONE VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 35. FTS_INVALID_FFL_NOTES

This table contains notes specific to an invalid or substitute FFL (Z-FFL).

```
Name Null? Type
------------------------ -------- ----
Z_FFL_ID NOT NULL VARCHAR2(8)
Z_SEQ NOT NULL NUMBER
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 36. FTS_MANUF

This table contains the code assigned to firearms manufacturers, and other data such as country of manufacture.

```
Name Null? Type
------------------------ -------- ----
MFGCODE NOT NULL VARCHAR2(3)
```

```
MFG_NAME VARCHAR2(50)
MFG_COUNTRY_CODE NOT NULL VARCHAR2(2)
MFG_FFL VARCHAR2(7) (of 1085+ rows, only two rows with 7 pos. entries)
MFG_USER_ID VARCHAR2(6) (not used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 37. FTS_MODOP_CD

This decode table is used by the FFL Theft and Interstate Theft programs to record allowable codes used for types of theft.

```
Name Null? Type
------------------------- -------- ----
THEFT_CD NOT NULL VARCHAR2(2) (B, I, L, O, R)
MODOP_CD NOT NULL VARCHAR2(3) (90+ codes)
MOD_OPERATIVE_FLG VARCHAR2(1)
MOD_OPERATIVE_TIME DATE
MODOP_CD_DESC VARCHAR2(60)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 38. FTS_ORIOFFC

This decode table contains the ORI (Originating Requestor Identification) for agencies submitting trace requests to the ATF NTC. Associated address information for law enforcement agencies is also maintained here.

```
Name Null? Type
------------------------- -------- ----
ORI_STAT NOT NULL VARCHAR2(2)
ORI_OFFC NOT NULL VARCHAR2(3)
ORI_EMAIL NOT NULL VARCHAR2(2)
ORI_FC NOT NULL VARCHAR2(2)
ORI_NAME VARCHAR2(30)
ORI_STREET VARCHAR2(30)
ORI_CITY VARCHAR2(20)
ORI_STATE VARCHAR2(2)
ORI_ZIP VARCHAR2(9)
ORI_PHONE VARCHAR2(10)
ORI_FAX VARCHAR2(10)
ORI_COUNTY VARCHAR2(25)
ORI_COUNTRY VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

14

39. ▓▓▓▓▓▓▓▓▓▓ (New 6-17-2002)

This decode table contains the code to be used for the priority assigned to a trace (R=Routine, I=Information Purposes only, or U=Urgent)

```
Name Null? Type
------------------------------ -------- ----
PRIORITY NOT NULL VARCHAR2(1)
PRIORITY_DESC NOT NULL VARCHAR2(25)
INACTIVE_IND NOT NULL VARCHAR2(1) (Set to "Y" if code no longer used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

40. ▓▓▓▓▓▓▓▓▓▓

This was a decode table of project-codes that were used to identify traces with specific events. It was combined into the FTS_TRACE_INDICATOR_REF table along with the FTS_INDICATOR indicator-codes that were also used to identify traces with specific events. See table 61.

```
Name Null? Type
------------------------------ -------- ----
PROJ_CODE NOT NULL VARCHAR2(3)
PROJ_NAME VARCHAR2(30)
INACTIVE_IND VARCHAR2(1)
ENTERED_TIME DATE
UPDATED_TIME DATE
```

41. ▓▓▓▓▓▓▓▓▓▓

This table was used to cross-reference specific project-codes (that were used to identify traces with specific events) to the FTS_ID of a trace. It was combined into the FTS_TRACE_INDICATOR table along with the FTS_INDICATOR_XREF data. See table 60.

```
Name Null? Type
------------------------------ -------- ----
PROJ_CODE NOT NULL VARCHAR2(3)
FTS_ID NOT NULL VARCHAR2(12)
ENTERED_TIME DATE
UPDATED_TIME DATE
```

42. FTS_RACE

This decode table is used to cross reference the allowable race codes to the description for the race.

```
Name Null? Type
------------------------------ -------- ----
RACE_CODE NOT NULL VARCHAR2(1)
RACE_DESC VARCHAR2(12)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

15

### 43. FTS_RECOVERY_INFO

This table is used to maintain recovery location information for traces and suspect-gun transactions.

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: S, T)
REC_ROUTE_NO VARCHAR2(6)
REC_APT_NO VARCHAR2(6)
REC_STREET_NO VARCHAR2(6)
REC_STREET_DIR VARCHAR2(2)
REC_STREET_NME VARCHAR2(30)
REC_STREET_SUF VARCHAR2(2)
REC_CITY VARCHAR2(20)
REC_STATE VARCHAR2(2)
REC_ZIP VARCHAR2(9)
REC_COUNTRY VARCHAR2(2)
REC_LOC_TYPE VARCHAR2(2)
REC_DATE DATE
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
 VARCHAR2(20)
```

### 44. FTS_RECOVERY_INFO_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to the recovery location information for firearm traces.

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Module: T)
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

### 45. FTS_RECOVERY_LOC_CD

This decode table is used to cross reference the coded recovery location type to the narrative description for the type, e.g. Airport, Vehicle, Store, Gas Station, etc.

```
Name Null? Type
------------------------------- -------- ----
REC_LOC_TYPE NOT NULL VARCHAR2(2)
REC_LOC_DESC NOT NULL VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

16

## 46. FTS_RECOVERY_TYPE (10 rows)

This decode table is used to cross reference the coded recovery type to the narrative description for the type, e.g. "F/A RECOVERED DURING THE EXECUTION OF A SEARCH WARRANT", "F/A RECOVERED DURING AN ARREST", "F/A WAS USED IN CRIME BUT NO S/W OR ARREST CONDUCTED", etc. Used by FFL and Interstate Theft sub-modules.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| RECOV_TYP | NOT NULL | VARCHAR2(2) | (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS) |
| TYP_OPERATIVE_FLG | | VARCHAR2(1) | |
| TYP_OPERATIVE_TIME | | DATE | |
| RECOV_TYP_DESC | | VARCHAR2(140) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 47. FTS_REMOVAL_CD

This decode table contains codes for the commonly used methods to obliterate firearm serial numbers, e.g. "GRINDER", "DRILL", "ELECTRIC SCRIBE", etc.

| Name | Null? | Type |
| --- | --- | --- |
| REMOVAL_CD | NOT NULL | VARCHAR2(2) |
| REMOVAL_CD_DESC | | VARCHAR2(20) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 48. FTS_RESTORED_CD

This decode table contains codes for the degree of restoration obtained when restoring firearm serial numbers, e.g. "U=UNABLE TO RESTORE", "P=PARTIALLY RESTORED", "F=FULLY RESTORED", etc.

| Name | Null? | Type |
| --- | --- | --- |
| RESTORED_CD | NOT NULL | VARCHAR2(2) |
| RESTORED_CD_DESC | | VARCHAR2(20) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 49. FTS_SPERSON

This table contains data specific to CGAB's Suspect Person system.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| SP_ID_NO | NOT NULL | NUMBER | (ATF number assigned to this suspect person) |
| SP_INVEST_NO | | VARCHAR2(20) | |
| SP_LSTNME | | VARCHAR2(20) | |
| SP_FSTNME | | VARCHAR2(15) | |
| SP_MIDNME | | VARCHAR2(15) | |

17

```
SP_NAME_SUFFIX VARCHAR2(5)
SP_DOB DATE
SP_POB_CITY VARCHAR2(20)
SP_POB_COUNTY VARCHAR2(20)
SP_POB_STATE VARCHAR2(2)
SP_POB_COTRY VARCHAR2(15)
SP_HEIGHT VARCHAR2(2)
SP_WEIGHT VARCHAR2(3)
SP_RACE VARCHAR2(1)
SP_SEX VARCHAR2(1)
SP_SSN VARCHAR2(9)
SP_ROUTE_NO VARCHAR2(6)
SP_APT_NO VARCHAR2(8)
SP_STREET_NO VARCHAR2(8)
SP_STREET_DIR VARCHAR2(2)
SP_STREET_NME VARCHAR2(30)
SP_STREET_SUF VARCHAR2(2)
SP_CITY VARCHAR2(20)
SP_STATE VARCHAR2(2)
SP_ZIP VARCHAR2(5)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 50. FTS_SPERSON_NOTES

This table contains notes associated with those persons contained within CGAB's Suspect Person system.

```
Name Null? Type
----------------------------- -------- ----
SP_ID_NO NOT NULL NUMBER
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(70)
```

## 51. FTS_STATE_DECODE

This table contains two position codes for States, Possessions, etc., and Canadian provinces.

```
Name Null? Type
----------------------------- -------- ----
STATE_ID NOT NULL VARCHAR2(2)
STATE_NAME VARCHAR2(15)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

52. ▓▓▓▓▓▓▓▓ (New 8-17-2002)

This table is used to maintain information about those states that have a state registration system for purchases of firearms. Contains point-of-contact (POC) data and remarks.

| Name | Null? | Type |
| --- | --- | --- |
| STATE_ID | NOT NULL | VARCHAR2(2) |
| POC_NAME | | VARCHAR2(100) |
| POC_PHONE | | VARCHAR2(10) |
| POC_FAX | | VARCHAR2(10) |
| POC_EMAIL | | VARCHAR2(100) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |
| REMARKS | | VARCHAR2(2000) |

### 53. FTS_STATUS

This decode table contains the code and narrative description used when completing a trace.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| STATUSCODE | NOT NULL | VARCHAR2(2) | |
| INACTIVE_IND | | VARCHAR2(1) | (Set to "Y" when no longer used) |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| STATUS_DESC | | VARCHAR2(2000) | |
| | | VARCHAR2(1) | (Imported Firearm) |
| | | VARCHAR2(1) | (OBR used in trace completion) |
| | | VARCHAR2(1) | (Individual purchased multiple firearms) |
| | | VARCHAR2(1) | (Do not close using "smart" closeout logic) |
| | | VARCHAR2(1) | ("Successful" trace) |
| | | VARCHAR2(1) | (Trace Delayed) |
| | | VARCHAR2(1) | (Awaiting supervisory review) |

54. ▓▓▓▓▓▓▓▓ (new 6-17-2002)

Decode table of street direction possibilities, e.g. N, E, NW, SE, etc.

| Name | Null? | Type |
| --- | --- | --- |
| STREET_DIR | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

**55.** ▓▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

Decode table of street suffix possibilities, e.g. AV, BL, CT, DR, etc.

| Name | Null? | Type |
| --- | --- | --- |
| STREET_SUFFIX | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 56. FTS_THEFT_CD

This table contains theft codes used in the FFL Theft and Interstate Theft sub-modules.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| THEFT_CD | NOT NULL | VARCHAR2(2) | (B, R, L, O) |
| THF_OPERATIVE_FLG | | VARCHAR2(1) | |
| THF_OPERATIVE_TIME | | DATE | |
| THEFT_CD_DESC | | VARCHAR2(60) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 57. FTS_THEFT_RECOVERY

This table contains information relative to the specific location a firearm is recovered related to a FFL Theft or Interstate Theft.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: F, I) |
| MFG_CODE | NOT NULL | VARCHAR2(3) | |
| SERIAL_NO | NOT NULL | VARCHAR2(20) | |
| W_TYPE | NOT NULL | VARCHAR2(2) | |
| MODEL | NOT NULL | VARCHAR2(20) | |
| CALIBER | NOT NULL | VARCHAR2(6) | |
| RECOVERY_FTS_ID | | VARCHAR2(12) | (Null) |
| RECOVERY_TYPE | | VARCHAR2(2) | (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS,null) |
| RECOVERY_DATE | | DATE | |
| NCIC_CLEAR_DATE | | DATE | |
| FPC_CODE | | VARCHAR2(6) | |
| AGENT_LAST_NME | | VARCHAR2(30) | |
| AGENT_FIRST_NME | | VARCHAR2(15) | |
| AGENT_CITY | | VARCHAR2(20) | |
| AGENT_STATE | | VARCHAR2(2) | |
| AGENT_PHONE | | VARCHAR2(10) | |
| ORI_STAT | | VARCHAR2(2) | |
| ORI_OFFC | | VARCHAR2(3) | |
| ORI_EMAIL | | VARCHAR2(2) | |
| ORI_FC | | VARCHAR2(2) | |
| CASE_NUMBER | | VARCHAR2(15) | |
| OTHER_AGENCY | | VARCHAR2(30) | |
| OA_LAST_NME | | VARCHAR2(30) | |
| OA_FIRST_NME | | VARCHAR2(15) | |

```
OA_STREET_NO VARCHAR2(8)
OA_STREET_DIR VARCHAR2(2)
OA_STREET_NME VARCHAR2(35)
OA_STREET_SUF · VARCHAR2(2)
OA_CITY VARCHAR2(20)
OA_STATE VARCHAR2(2)
OA_ZIP VARCHAR2(9)
OA_COUNTRY VARCHAR2(2)
OA_PHONE VARCHAR2(10)
OA_FAX VARCHAR2(10)
THEFT_STREET_NO VARCHAR2(8)
THEFT_STREET_DIR VARCHAR2(2)
THEFT_STREET_NME VARCHAR2(35)
THEFT_STREET_SUF VARCHAR2(2)
THEFT_CITY VARCHAR2(20)
THEFT_STATE VARCHAR2(2) (Actually Recovery State)
THEFT_ZIP VARCHAR2(9)
THEFT_APT VARCHAR2(6)
THEFT_ROUTE VARCHAR2(8)
IND_LAST_NME VARCHAR2(30)
IND_FIRST_NME VARCHAR2(15)
IND_MIDDLE_NME VARCHAR2(15)
IND_NAME_SUFFIX VARCHAR2(5)
IND_RACE VARCHAR2(1)
IND_SEX VARCHAR2(1)
IND_DOB DATE
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 58. FTS_THEFT_RECOVERY_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to a firearm recovery location connected to an FFL Theft and Interstate Theft.

```
Name Null? Type
----------------------- --------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: F, I)
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
MFG_CODE NOT NULL VARCHAR2(3)
SERIAL_NO NOT NULL VARCHAR2(20)
W_TYPE NOT NULL VARCHAR2(2)
MODEL NOT NULL VARCHAR2(20)
CALIBER NOT NULL VARCHAR2(6)
```

## 59. FTS_TRACE

This table contains data specific to Traces, Multiple-Sales, Suspect-Gun, and Demand transactions. The BOC_NO, SA_INV_NUMBER, ORI_OFFICE, ORI_EMAIL, ORI_FC, OA_INV_NUMBER, OA_AGENCY, OA_STREET, OA_CITY, OA_ZIPCD, OA_PHONE, OA_FAX, and GANG_NAME are NOT released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, these data elements are not released. Only the FTS_ID, COMP_CODE, COMP_DATE, ENTERED_TIME, and UPDATED_TIME are used for Multiple-Sales.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: O, M, S, T) |
| REQ_DATE | | DATE | (Date trace was requested) |
| COMP_CODE | | VARCHAR2(3) | (from FTS_STATUS) |
| COMP_DATE | | DATE | |
| COMP_USER | | VARCHAR2(10) | |
| PREV_COMP_CODE | | VARCHAR2(3) | |
| TRACE_ORIGIN | | VARCHAR2(1) | (Method used to enter trace data into FTS) |
| PRIORITY | | VARCHAR2(1) | (R, I, U) |
| BOC_NO | | VARCHAR2(6) | (ATF office submitting trace) |
| SA_INV_NUMBER | | VARCHAR2(20) | (SA = ATF Special Agent) |
| SA_BADGE | | VARCHAR2(6) | |
| SA_LSTNME | | VARCHAR2(20) | |
| SA_FSTNME | | VARCHAR2(15) | |
| SA_CITY | | VARCHAR2(20) | (SA- fields from FTS_ATFOFFC) |
| SA_STATE | | VARCHAR2(2) | |
| SA_ZIPCD | | VARCHAR2(9) | |
| SA_PHONE | | VARCHAR2(10) | |
| SA_FAX | | VARCHAR2(10) | |
| ORI_STATE | | VARCHAR2(2) | |
| ORI_OFFICE | | VARCHAR2(3) | (Law enforcement Agency submitting trace) |
| ORI_EMAIL | | VARCHAR2(2) | |
| ORI_FC | | VARCHAR2(2) | |
| OA_INV_NUMBER | | VARCHAR2(20) | |
| OA_AGENCY | | VARCHAR2(30) | |
| OA_BADGE | | VARCHAR2(6) | (OA- fields from FTS_ORIOFFC) |
| OA_LSTNME | | VARCHAR2(20) | |
| OA_FSTNME | | VARCHAR2(15) | |
| OA_STREET | | VARCHAR2(30) | |
| OA_CITY | | VARCHAR2(20) | |
| OA_STATE | | VARCHAR2(2) | |
| OA_ZIPCD | | VARCHAR2(9) | |
| OA_COUNTRY | | VARCHAR2(2) | |
| OA_PHONE | | VARCHAR2(10) | |
| OA_FAX | | VARCHAR2(10) | |
| SPEC_INST | | VARCHAR2(250) | (From requester) |
| REMARKS_TO_REQSTR | | VARCHAR2(300) | (Remarks to be sent back to requester) |
| TRACE_PROJ | | VARCHAR2(1) | |
| GANG_NAME | | VARCHAR2(30) | |
| CRIME | | VARCHAR2(4) | (Type of crime associated with trace) |
| ORIG_NUM | | VARCHAR2(20) | |
| YES_IND | | VARCHAR2(1) | |
| FAIL_ORIG_PRINT_IND | | VARCHAR2(1) | |
| NEW_PRINT_IND | | VARCHAR2(1) | |
| REOPEN_USER | | VARCHAR2(10) | (Person re-opening a trace) |
| REOPEN_DATE | | DATE | |
| RPT_IND | | VARCHAR2(1) | |
| RPT_PRINT_USER | | VARCHAR2(10) | |
| RPT_PRINT_DATE | | DATE | |

22

| | | |
|---|---|---|
| MFG_IND | VARCHAR2(1) | (The following "ind", "user", and "date" fields are |
| MFG_USER | VARCHAR2(10) | used by automated workflow processing of the trace) |
| MFG_DATE | DATE | |
| OBR_IND | VARCHAR2(1) | |
| OBR_USER | VARCHAR2(10) | |
| OBR_DATE | DATE | |
| DAY_13_LTR_IND | VARCHAR2(1) | |
| DAY_13_LTR_USER | VARCHAR2(10) | |
| DAY_13_LTR_DATE | DATE | |
| RECHECK_IND | VARCHAR2(1) | |
| RECHECK_USER | VARCHAR2(10) | |
| RECHECK_DATE | DATE | |
| RESEARCH_IND | VARCHAR2(1) | |
| RESEARCH_USER | VARCHAR2(10) | |
| RESEARCH_DATE | DATE | |
| CALL_IND | VARCHAR2(1) | |
| CALL_USER | VARCHAR2(10) | |
| CALL_DATE | DATE | |
| LETTER_IND | VARCHAR2(1) | |
| LETTER_USER | VARCHAR2(10) | |
| LETTER_DATE | DATE | |
| WORKFLOW_TRIGGER | VARCHAR2(1) | (Workflow Indicator) |
| ENTERED_USER | VARCHAR2(10) | |
| ENTERED_TIME | DATE | |
| UPDATED_USER | VARCHAR2(10) | |
| UPDATED_TIME | DATE | |
| | VARCHAR2(12) | (Indicates duplicate trace) |
| | VARCHAR2(3) | (Use of comp-code requires supervisory review) |

60. ▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

This table is used to cross-reference specific indicators (that are used to identify traces with specific events) to the FTS_ID of a trace. This table contains data from the FTS_INDICATOR_XREF and FTS_PROJECT_XREF tables previously used in the FTS.

| Name | Null? | Type |
|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) |
| INDICATOR_CODE | NOT NULL | VARCHAR2(4) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

61. ▓▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

This is a decode table of indicators that are used to identify traces with specific events. It cross-references the 4 position indicator-code to the 30 position indicator description.

| Name | Null? | Type | |
|---|---|---|---|
| INDICATOR_CODE | NOT NULL | VARCHAR2(4) | |
| INDICATOR_DESC | NOT NULL | VARCHAR2(30) | |
| INACTIVE_IND | NOT NULL | VARCHAR2(1) | (Set to "Y" when no longer used) |
| REQUESTOR_AUTH_IND | | VARCHAR2(1) | |
| SORT_ORDER | | NUMBER(4) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |

23

```
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 62. FTS_TRACE_NOTES

This table contains notes specific to a Trace, Multiple-Sale, Suspect-Gun or Demand transaction.

```
Name Null? Type
---------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: D, M, S, T)
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 63. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

This table contains the codes and associated narrative descriptions of the methods used to enter trace data into FTS.

```
Name Null? Type
---------------------------- -------- ----
TRACE_ORIGIN NOT NULL VARCHAR2(1) (1,2,3,4,5,6,7,8,F,M,N,P)
TRACE_ORIGIN_DESC NOT NULL VARCHAR2(30)
INACTIVE_IND NOT NULL VARCHAR2(1) (Set to "Y" when no longer used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 64. FTS_TRACE_XREF

This table is used to cross-reference the old Mainframe seven position FTS-IDs to the new GUI twelve position FTS-IDs.

```
Name Null? Type
---------------------------- -------- ----
NEW_TRACE_NO NOT NULL VARCHAR2(12) (Sub Modules: F, I, M, S, T)
OLD_TRACE_NO VARCHAR2(7)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 65. FTS_VEHICLE

This table contains information for any vehicles associated with a firearms trace.

```
Name Null? Type
---------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Module: T)
SEQ_NO NOT NULL NUMBER
VEH_MAKE VARCHAR2(20) (VEH = Vehicle)
VEH_MODEL VARCHAR2(20)
```

24

| | |
|---|---|
| VEH_YEAR | VARCHAR2(4) |
| VEH_TAG_STATE | VARCHAR2(2) |
| VEH_TAG_NO | VARCHAR2(10) |
| ENTERED_USER | VARCHAR2(10) |
| ENTERED_TIME | DATE |
| UPDATED_USER | VARCHAR2(10) |
| UPDATED_TIME | DATE |

## 66. FTS_WEAPONS

This table contains firearms information for Demand, FFL Theft, Interstate Theft, Multiple-Sales, Suspect-Guns, and Trace transactions. The trace SERIAL_NO is NOT released under FOIA for the previous five years IF the Trace firearm matches a Multiple-Sales firearm on Manufacturer, Type, and Serial Number. (Estimated at less then 5% of traces) For example, the FOIA release of February 15, 2002 contains all SERIAL_NOs for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, the SERIAL_NO may or may not be released, depending on if it matches a Multiple-Sale firearm. IMPORTER_NAME and IMPORTER_FFL are not released for 5 years.
Only FTS_ID, SEQ_NUMBER, SERIAL_NO, MFG, W_TYPE, MODEL, CALIBER, IMPORTER_NAME, FAILED_NS_CHECK_IND, ENTERED_USER, and ENTERED_TIME are recorded for Multiple-Sales. All are released under the M-S FOIA Release.

| Name | Null? | Type | |
|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: D, F, I, M, S, T) |
| SEQ_NUMBER | NOT NULL | NUMBER | |
| SERIAL_NO | | VARCHAR2(20) | |
| MFG | | VARCHAR2(3) | |
| W_TYPE | | VARCHAR2(2) | |
| MODEL | | VARCHAR2(20) | |
| CALIBER | | VARCHAR2(8) | |
| BARREL | | VARCHAR2(2) | |
| FINISH | | VARCHAR2(10) | |
| ORIGIN | | VARCHAR2(2) | (Country of Imported Firearms) |
| IMPORTER_NAME | | VARCHAR2(70) | |
| IMPORTER_FFL | | VARCHAR2(8) | (Not populated for Traces prior to 2002) |
| ID_MARKS | | VARCHAR2(70) | |
| FAILED_NS_CHECK_IND | | VARCHAR2(1) | |
| OBLIT_IND | | VARCHAR2(1) | |
| RESTORED_CODE | | VARCHAR2(2) | |
| REMOVED_CODE | | VARCHAR2(2) | |
| BARREL_SIZE | | VARCHAR2(2) | |
| WEAPON_CLASS | | VARCHAR2(2) | |
| ASSAULT_WEAPON_IND | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| | | DATE | |
| | | VARCHAR2(20) | |

## 67. FTS_WEAPON_NOTES

This table contains notes specific to a firearm associated with a Trace, FFL Theft, Interstate Theft, or Suspect-Gun transaction.

| Name | Null? | Type | |
|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: F, I, S, T) |
| SEQ_NUMBER | NOT NULL | NUMBER | |

```
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000) (Note data)
```

## 68. FTS_WEDITTB

This table is used to maintain data used for validating firearm combinations.

```
Name Null? Type
----------------------------- -------- ----
WEDIT_MFGCODE NOT NULL VARCHAR2(3)
WEDIT_TYPE NOT NULL VARCHAR2(2) (P=Pistol, S=Shotgun, etc.)
WEDIT_MODEL NOT NULL VARCHAR2(20)
WEDIT_CALIBER NOT NULL VARCHAR2(6)
WEDIT_WDESC VARCHAR2(25) ("PISTOL","RIFLE", etc)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 69. FTS_WFINISH

This decode table contains the finishes commonly used on firearms, e.g. "BLACK", "CHROME", "NICKEL".

```
Name Null? Type
----------------------------- -------- ----
WFINISH_DESC NOT NULL VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 70. ▪▪▪▪▪▪▪▪▪▪ (new 6-17-2002)

This decode table contains the code and associated description for workflow actions commonly used in the automated tracing of firearms, e.g. "TRACE REOPEN", "WORKGROUP ROUTING", "ROUTING ASSIGNMENT", etc.

```
Name Null? Type
----------------------------- -------- ----
WORKFLOW_ACTION_CODE NOT NULL VARCHAR2(4)
WORKFLOW_ACTION_DESC NOT NULL VARCHAR2(30)
INACTIVE_IND NOT NULL VARCHAR2(1) (Set to "Y" if no longer used.)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 71. ▪▪▪▪▪▪▪▪▪▪ (new 6-17-2002)

This table contains the history of selected workflow actions used in a specific trace.

```
Name Null? Type
----------------------------- -------- ----
```

26

```
FTS_ID NOT NULL VARCHAR2(12) (Sub Module: T)
SEQ_NUMBER NOT NULL NUMBER(4)
WORKFLOW_ACTION_CODE NOT NULL VARCHAR2(4)
ACTION_USER VARCHAR2(10) (Timestamp User)
ACTION_TIME DATE (Timestamp Date)
DETAIL VARCHAR2(200) (Workflow Narrative Description)
```

72. ▓▓▓▓▓▓▓▓

This table was originally designed to identify traced firearms by different classes; however, this functionality was never implemented.

```
Name Null? Type
------------------------- -------- ----
WPN_CLASS_CD NOT NULL VARCHAR2(10)
WPN_CLASS_DESC NOT NULL VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

o

EXHIBIT 2

| Column | Type | Null | Description |
|---|---|---|---|
| FLS_ADDRESS_HISTORY | | | |
| FAH_RDS_KEY | VARCHAR2(8) | NOT NULL | Unique number representing the region, district and sequence (FK) number of a dealer assigned by the FLS system |
| | VARCHAR2(50) | NOT NULL | |
| FAH_PREMISE_CITY | VARCHAR2(30) | NULL | City of address |
| | | | |
| FAH_PREMISE_ZIP_CODE | VARCHAR2(9) | NULL | Zip code of the address |
| | | | |
| APP_APPLICATION_ID | VARCHAR2(20) | NOT NULL | Sequence number assigned to each application entered |
| | | | |
| APP_LIC_DIST | VARCHAR2(2) | NULL | District number assigned to the dealer license |
| | | | |
| APP_LIC_TYPE | VARCHAR2(2) | NULL | License type |
| | | | |
| APP_LIC_SEQN | VARCHAR2(5) | NULL | System generated sequence number |
| | | | |
| APP_STATUS_USERID | VARCHAR2(10) | NULL | UserID of the user who entered the status |
| APP_TYPE | VARCHAR2(15) | NULL | Type of license application received |
| | VARCHAR2(9) | NULL | |
| APP_LICENSE_NAME | VARCHAR2(50) | NULL | Dealer license name |
| | | | |
| APP_PREMISE_STREET | VARCHAR2(50) | NULL | FFL business street address |
| | | | |
| APP_PREMISE_STATE | VARCHAR2(2) | NULL | FFL business address state |
| | | | |
| APP_COUNTY_CODE | VARCHAR2(3) | NULL | FFL business address county code |
| | | | |
| APP_MAIL_STREET | VARCHAR2(50) | NULL | FFL mailing address |
| | | | |
| APP_MAIL_STATE | VARCHAR2(2) | NULL | FFL mailing address state code |
| | | | |
| APP_VOICE_PHONE | VARCHAR2(10) | NULL | FFL phone number |
| APP_PRINT_IND | VARCHAR2(1) | NULL | Indicates the application has been printed |
| APP_WHOLESALE_IND | VARCHAR2(1) | NULL | Indicates whether the dealer is a wholesaler of firearms |
| APP_RECVD_DATE | DATE | NULL | Date the dealer license application was received |
| | | | |
| APP_PERFECT_DATE | DATE | NULL | Date the application was perfected |
| | | | |

312

| Column Name | Data Type | Null | PK | Description |
|---|---|---|---|---|
| APP_RETURN_DATE | DATE | NULL | | Date the license application was returned |
| APP_ORGIN_ISSUE_DATE | DATE | NULL | | Date the license was issued |
| APP_EXPIRE_DATE | DATE | NULL | | Date the dealer license will expire |
| APP_CHNG_DATE | DATE | NULL | | Date the application record was changed |
| APP_STORAGE_IND | VARCHAR2(1) | NULL | | Indicates whether the storage is Mobile, Permanent or Both |
| APP_INSPTN_DATE | DATE | NULL | | Date of the dealer inspection |
| APP_BUSINESS_TYPE | VARCHAR2(1) | NULL | | Type of business for license issue |
| APP_CREATE_USERID | VARCHAR2(10) | NULL | | User Id of the user who created the dealer record |
| APP_CREATE_DATE | DATE | NULL | | Date the dealer record was created |

**FLS_APPLICATION_TYPE**

| Column Name | Data Type | Null | PK | Description |
|---|---|---|---|---|
| AT_APPLICATION_TYPE | VARCHAR2(15) | NOT NULL | (PK) | License application type |

**FLS_BANK_TRANS_XFER**

| Column Name | Data Type | Null | PK | Description |
|---|---|---|---|---|
| BT_XMIT_DATA | VARCHAR2(80) | NULL | | TBD |
| BT_TRANS_AMT | NUMBER(13) | NULL | | Amount of the bank transfer |
| BT_GL_DATE | DATE | NULL | | General Ledger date |
| BT_TRANS_CODE | VARCHAR2(3) | NULL | | Transaction code |
| BT_USER_ID | VARCHAR2(10) | NULL | | UserID of the individual who entered the bank transfer record |
| COM_CREATE_DATE | DATE | NULL | | Date the comments where created |
| COM_TEXT | VARCHAR2(240) | NULL | | Comments associated to the dealer |
| DRP_REGION | VARCHAR2(3) | NOT NULL | (PK) | Region code |
| DRP_AREA_OFFICE | VARCHAR2(25) | NOT NULL | (PK) | ATF Field office name |
| DRP_STATE | VARCHAR2(2) | NOT NULL | (PK) | State of the division |

313

| Column | Data Type | Null | Attribute Definition |
|---|---|---|---|
| DRP_SPECIAL_ZIP | VARCHAR2(5) | NULL | Special zip code assigned to field division |

**FLS_INCOMING_CORRES**

| Column | Data Type | Null | Attribute Definition |
|---|---|---|---|
| IC_RDS_KEY | VARCHAR2(8) | NOT NULL | (FK) number of a dealer assigned by the FLS system; Unique number representing the region, district and sequence |
| IC_DOC_TYPE | VARCHAR2(3) | NULL | Document type |
| IC_PAGE_NBR | VARCHAR2(4) | NULL | Page number |

**FLS_LIC_FEE_XREF**

| Column | Data Type | Null | Attribute Definition |
|---|---|---|---|
| LFX_TYPE | VARCHAR2(2) | NOT NULL (PK) | Type of license requested or issued |
| LFX_RENEWAL_FEE | NUMBER(5) | NULL | License renewal fee amount |
| LFX_EFFECT_DATE | DATE | NULL | License fee effective date |
| LOA_LETTER_DATE | DATE | NULL | Date the Letter of Authorization was issued |
| LOA_EXPIRE_DATE | DATE | NULL | Expiration date |
| LOA_CREATE_USERID | VARCHAR2(10) | NULL | UserID who created the record |
| MN_USER_ID | VARCHAR2(10) | NULL | (FK) UserID of the FLS user the message is assigned to |
| MN_ACK_IND | VARCHAR2(1) | NULL | Indicates the message has been acknowledged by the user |
| MF_REC_CTR | VARCHAR2(14) | NULL | TBD |
| MF_LETTER_DATE | DATE | NULL | Date the dealer record was sent to be microfilmed |
| MF_FRAME_NBR | VARCHAR2(6) | NULL | Microfilm frame where dealer record is located |

**FLS_OUTBUS**

| Column | Data Type | Null | Attribute Definition |
|---|---|---|---|
| OB_RDS_KEY | VARCHAR2(8) | NOT NULL (PK) | (FK) number of a dealer assigned by the FLS system; Unique number representing the region, district and sequence |
| OB_DISPO_CODE | VARCHAR2(1) | NULL | Out of business record disposition code |
| OB_CONDITION | VARCHAR2(1) | NULL | Condition code for records received fro dealer |
| OB_BOUND_FRM_DATE | DATE | NULL | TBD |
| OB_F4473_FRM_DATE | DATE | NULL | TBD |

| Column Name | Data Type | Null | Definition |
| --- | --- | --- | --- |
| OB_MISC_FRM_DATE | DATE | NULL | TBD |
| OB_RECNTR_NBR | VARCHAR2(10) | NULL | TBD |
| OB_LIC_NBR_PEDR | VARCHAR2(8) | NULL | TBD |
| OB_REC_ACQR_DATE | DATE | NULL | Date the successor acquired business |
| OB_LTR1_DATE | DATE | NULL | TBD |
| OB_CREATE_USERID | VARCHAR2(10) | NULL | Userid of the individual who created the out of business dealer record |
| OB_MOD_USERID | VARCHAR2(10) | NULL | Userid of the individual who modified the out of business dealer |
| OC_CORRES_TYPE | VARCHAR2(50) | NULL | Type of outgoing correspondence sent |
| OC_CREATE_DATE | DATE | NULL | Date the outgoing correspondence record was created |
| PAY_BANK_CONTROL_NBR | VARCHAR2(13) | NOT NULL | Control Number of the check used to pay the application fee |
| PAY_POST_DATE | DATE | NULL | Date the payment was posted |
| PAY_TRANS_CD | VARCHAR2(3) | NULL | Transaction code |
| PAY_GLACCTG_DTE | DATE | NULL | General Ledger account date |
| PAY_USER_ID | VARCHAR2(10) | NULL | UserID of the individual who entered the payment information |
| **FLS_REFUND** | | | |
| REF_REFUND_NBR | NUMBER(10) | NOT NULL (PK) | Refund number |
| REF_RDS_KEY | VARCHAR2(8) | NULL | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| REF_EXPIRE_CODE | VARCHAR2(2) | NULL | Expiration code |
| REF_MAILED_RAU_DATE | DATE | NULL | Date the refund check was mailed |
| REF_SUP_USERID | VARCHAR2(10) | NULL | Reund supervisor UserID |

| Column Name | Type | Null | Definition |
|---|---|---|---|
| REF_COMMENT | VARCHAR2(100) | NULL | Refund comments |
| REF_CREATE_DATE | DATE | NULL | Date the refund record was created |
| RP_SEQN_NBR | VARCHAR2(5) (PK) | NOT NULL | Sequence number assigned to the responsible person |
| RP_ADD_DATE | DATE | NULL | Date the responsible person was added |
| RP_DOB_DATE | DATE | NULL | Date of Birth for the responsible person |
| RP_LAST_NAME | VARCHAR2(40) | NULL | Last name of the responsible person |
| RP_MIDDLE_NAME | VARCHAR2(20) | NULL | Middle name of the responsible person |
| RP_STREET | VARCHAR2(50) | NULL | Street address of the responsible person |
| RP_STATE | VARCHAR2(2) | NULL | State where the responsible person resides |
| RP_PHONE_NBR | VARCHAR2(10) | NULL | Phone number of the responsible person |
| RP_PRIMARY_IND | VARCHAR2(1) | NULL | Indicates this is the primary responsible person for the license issued |
| RP_3_STATE | VARCHAR2(2) | NULL | State code to be used to Criminal History Check |
| RP_5_STATE | VARCHAR2(2) | NULL | State code to be used to Criminal History Check |
| RP_RACE | VARCHAR2(1) | NULL | Race code of the responsible person |
| RP_SEX | VARCHAR2(1) | NULL | Sex code of the responsible person |
| RP_MOD_USERID | VARCHAR2(10) | NULL | UserID of the individual who modified the responsible person record |
| RP_COMMENT | VARCHAR2(200) | NULL | Comments associated to the responsible person |
| SAF_CODE | VARCHAR2(1) | NULL | Special attention flag code |
| SF_BADGE_NBR | VARCHAR2(15) | NULL | Badge number of person who is requesting a search |

| Column | Type | Null | Key | Description |
|---|---|---|---|---|
| SF_FIRST_NAME | VARCHAR2(20) | NULL | | First name of person who is requesting a search |
| SF_MIDDLE_NAME | VARCHAR2(20) | NULL | | Middle name of person who is requesting a search |
| SF_STREET | VARCHAR2(50) | NULL | | Street address of person who is requesting a search |
| SF_CITY | VARCHAR2(30) | NULL | | City name of person who is requesting a search |
| SF_STATE | VARCHAR2(2) | NULL | | State of person who is requesting a search |
| SF_ZIP_CODE | VARCHAR2(9) | NULL | | Zip code of person who is requesting a search |
| SF_FAX | VARCHAR2(10) | NULL | | Fax number of person who is requesting a search |
| SF_TELEPHONE | VARCHAR2(10) | NULL | | Phone number of person who is requesting a search |
| SF_REC_DATE_TIME | DATE | NULL | | Date search request was received |
| SF_RESPONSE_SENT_TIME | | | | Date and time response was sent |
| SF_COMMENT | VARCHAR2(200) | NULL | | Search request comments |
| SF_TITLE | | | | Title of person |
| FLS_SEARCH_INDEX | | | | |
| SI_RDS_KEY | VARCHAR2(8) | NOT NULL | (PK) | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| SI_SEQ_NBR | | | | System assigned sequence number assigned for each |
| SI_LAST_BUS_NAME | VARCHAR2(50) | NULL | | Buiness Name/Last name |
| SI_FIRST_NAME | VARCHAR2(20) | NULL | | First name of person who is requesting a search |
| SI_EIN | VARCHAR2(9) | NULL | | Social security number |
| SI_MIDDLE_NAME | VARCHAR2(20) | NULL | | Middle name |
| SI_STREET | VARCHAR2(50) | NULL | | Street address |
| SI_LICENSE_NAME | VARCHAR2(20) | NULL | | License name |
| SI_BUSINESS_NAME | VARCHAR2(50) | NULL | | Business Name |
| SI_TELEPHONE | VARCHAR2(10) | NULL | | Phone number |
| SI_CITY | VARCHAR2(30) | NULL | | City name |
| SI_STATE | | NULL | | State |
| SI_DOB_DATE | DATE | NULL | | Date of Birth |
| SI_ZIP_CODE | | NOT NULL | | Zip code |
| SI_TYPE_APP | VARCHAR2(1) | NULL | | Indicates to check application records |
| SI_TYPE_RESP | | NULL | | Indicates to check personal records |
| SI_TYPE_BUS | VARCHAR2(1) | NULL | | Indicates to check business or trade name |
| SI_TYPE_INSP | | NULL | | TBD |
| SI_ACTIVE_IND | VARCHAR2(1) | NULL | | Application status ( Active or Inactive) |
| SI_FFL | | NULL | | FFL |
| SI_REC_CREATE_DATE | DATE | NULL | | TBD |
| SN_RDS_KEY | | | | |
| SN_LAST_NAME | VARCHAR2(40) | NULL | | Last name entered for search results |
| SN_FIRST_NAME | VARCHAR2(20) | NULL | | First name entered for search results |
| SN_MIDDLE_NAME | VARCHAR2(20) | NULL | | Middle name entered for search results |
| SN_BUS_NAME | | | | Business name entered for search results |
| SN_BIRTH_DATE | DATE | NULL | | Date of birth value entered for search results |
| SN_SSN | VARCHAR2(9) | NULL | | Social Security number entered for search results |
| SN_FFL | VARCHAR2(15) | NULL | | FFL Number parameter entered for search results |
| SN_SEARCH_TYPE | | NULL | | Search type |

| Field Name | Datatype | Null/Key | Description |
|---|---|---|---|
| SN_STREET | VARCHAR2(50) | NULL | Street address entered for search query |
| SN_STATE | VARCHAR2(2) | NULL | State entered for search query |
| SN_OTHER | VARCHAR2(5) | NULL | TBD |
| SEQ_DIST | VARCHAR2(2) | NOT NULL (PK) | State district code |
| SX_SSN_PREFIX | VARCHAR2(3) | NOT NULL (PK) | First 3 digits of the social security number |
| SX_STATE | VARCHAR2(2) | NULL | State code |
| FSH_STATUS_DATE | DATE | NULL | Date the dealer status was changed |
| FSH_STATUS_CODE | VARCHAR2(50) | NULL | Status code assigned to dealer record |
| ST_PERM_MOBILE_IND | VARCHAR2(1) | NULL | Indicates whether the storage is Mobile, Permament or Both |
| ST_CITY | VARCHAR2(30) | NULL | Storage facility address city name |
| ST_STATE | VARCHAR2(2) | NULL | Storage facility state code |
| SYS_IC_DIR_PATH | VARCHAR2(100) | NULL | Directory path for incoming correspondence |
| UD_USER_ID | VARCHAR2(10) | NOT NULL (PK) (FK) | UserID of the FLS user |
| UD_FIRST_NAME | VARCHAR2(20) | NULL | First name of the FLS user |
| UD_EMAIL_USER_ID | VARCHAR2(60) | NULL | Email address of the FLS user |
| UD_GROUP_ID | VARCHAR2(3) | NULL | FLS group the user is assigned to |
| UR_USER_ID | VARCHAR2(10) | NULL | UserID of the FLS user |
| UR_FIRE_CNTY_NBR | VARCHAR2(3) | NULL | TBD |
| UR_EXP_CNTY_NBR | VARCHAR2(3) | NULL | TBD |
| FU_REF_KEY | VARCHAR2(35) | NOT NULL | Utility reference key |
| FU_TYPE | VARCHAR2(1) | NOT NULL | Utility type |

**FLS_VARIANCE**

| Column Name | Data Type | Null | Description |
|---|---|---|---|
| VAL_TYPE | VARCHAR2(2) | NOT NULL (PK) | Validation type |
| VAL_DESC | VARCHAR2(80) | NULL | Validation description |
| VA_RDS_KEY | VARCHAR2(8) | NOT NULL (FK) | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| VA_TYPE | | | Variance type |
| VA_DATE | DATE | NULL | Date of variance approval |
| VA_APPROVING_OFFICE | | | Approving office variance |
| VA_REGULATION | VARCHAR2(100) | NULL | Regulation which with the license is at variance |
| VA_CREATE_USERID | | | |
| VA_CREATE_DATE | DATE | NULL | Date the record was created |
| ZIP_CODE | | NOT NULL (PK) | |
| COUNTY_NO | VARCHAR2(3) | NOT NULL (PK) | County number assigned to the zip code |
| COUNTY_NAME | | | |
| UPDATE_KEY_NO | VARCHAR2(10) | NULL | TBD |
| | | | TBD |
| RECORD_TYPE_CODE | VARCHAR2(2) | NULL | TBD |
| | | | TBD |
| LAST_LINE_NO | VARCHAR2(6) | NULL | TBD |
| CITY_PLACE_NAME | VARCHAR2(28) | NULL | City name |
| | | | |
| LAST_LINE_NAME | VARCHAR2(25) | NULL | TBD |
| | | | TBD |
| CO_REGION | VARCHAR2(3) | NULL | County region code |
| | | | County region code |

EXHIBIT 3

National
Tracing Branch

> Briefing to Experts Group
>
> July 29, 2002

National
Tracing Branch

Purpose:
To provide an overview of the firearms tracing process

Briefing Outline:

1. Introduction

2. Trace Process and Flow

3. FTS Sub-Modules and Programs

4. Trace Analysis Demonstration

5. FTS Tables and Fields

6. Summary and Conclusion

**Mission:** The National Tracing Branch will Accurately and Efficiently Conduct Firearms Traces for Local, State, Federal and International Law Enforcement to provide investigative leads.

- Trace Information
- Crime Information
- ATF Request Information
- Other Agency Information
- Firearms Information
- Possessor Information
- Associate Information
- Recovery Information

National
Tracing Branch

National Tracing Branch

# ETSS Module

National Tracing Branch

**ETSS Purpose**
- Captures Firearms Trace Data
- Eliminates manual completion of trace requests forms on routine traces.
- Enables the submission of more traces in less time.
- Reduces turnaround time to complete traces
- Provides requestor with confirmation of receipt.
- Drop-down menus ensure uniformity.

**System Overview**
- Stand-alone or networked.
- Data is exported in a batch file.
- Data is stored in Microsoft Access for querying.
- Batch is transmitted via ATF network or dial-up

Chief
NTC

Sr. Prog
Anlyst

Mission: To Accurately and Efficiently acquire and submit Firearms Traces for Local, State, Federal and International Law Enforcement

Prog
Anlyst

Prog
Mngr

ETSS Module

ETSS

ECM

Data
Entry

# ETSS Module

ETSS Module

**Performance:**
**160** ETSS Sites
To Include
All ATF Field Divisions
Canada
Puerto Rico
Guam
Mexico City, Mexico
Bogotá, Columbia

Chief
NTC

Sr. Prog
Anlyst

Prog
Anlyst

Prog
Mngr

ETSS

ECM

Data-
Entry

ETSS: For CY-2001, **58%** (140,007) Traces Submitted Via ETSS
ECM: Avg. 1000 traces repaired per week (20% of those submitted)
Data Entry: For CY-2001, 42%(101,272) Traces entered and 87,776 Multiple Sales.

324

# Trace Module

**Services**
- Firearms Tracing
- Multiple Sales daily report to ATF Field Divisions.
- Suspect Names Database.
- FFL Monitor Program.
- Do Not Contact Program.
- Status Checks.
- FOIA/Disclosure.
- Trace Certifications.

Chief NTC → Sr. Prog Anlyst

**Mission:** To Accurately and Efficiently trace Firearms Traces for Local, State, Federal and International Law Enforcement

Prog Anlyst
Prog Anlyst

Trace Module

Proj Off

MAN WAR

## National Tracing Branch

Trace Module

National Tracing Branch

**Performance:**

Avg. Trace Time: 10.9 days

Industry Module

National
Tracing Branch

OBR(P)/ MRS:

236,998 FFL's indexed.
113,968,4888 serial numbers indexed.
360,000,000 images on microfilm.
1.3 million added per month.

Industry Module

National Tracing Branch

Chief NTC

Sr. Prog Anlyst

Industry Module

MRS

FTS

Demand Sub-Module

330

National Tracing Branch

Suspect Person
Interstate Theft
FFL Theft
Gun
Suspect

Prog Anlyst

Prog Anlyst

Chief NTC

Sr. Prog Anlyst

Research

Decode Invec

Decode

Prog Anlyst

Proj Off

URS

IWR

CBRC

MAN

Prog Anlyst

Budget

Prog Anlyst

Com Spec

Trace Module

Prog Mngr

Admin Support

ETSS Module

ETSS

ECN

Data Entry

# FTS Sub-Modules/Programs

## Suspect Guns Sub-Module

Un-recovered firearms associated with an investigation.

Must be an open investigation.

Note in Remarks:

Part of FFL/Interstate theft.

Part of a multiple purchase.

Case agent will be notified if the firearm is traced through the NTC.

# FTS Sub-Modules/Programs

## Trace Sub-Module

Information related to the history of a firearm, from manufacturer or importer through any wholesalers and retailers to the first purchaser of the firearm.

## Suspect Person Sub-Module

Information on a suspect currently under active criminal investigation who is suspected of illegally using or trafficking in firearms.

Should a suspects name be associated with a firearm traced through FTS, the NTC will alert the agent.

# FTS Sub-Modules/Programs

## Do Not Contact

An agent/inspector may request that the NTC not contact a specified FFL for firearms trace information.

Must have an open investigation on the FFL.

Must contact NTC with:

Investigation number.

Point of Contact.

Reason for Request.

# FTS Sub-Modules/Programs

## FFL Monitor Program

The FFL Monitor Program allows an agent/inspector to be notified by the NTC of all firearms traced back to the specific FFL.

Must have an open investigation on the FFL.

Must contact NTC with:

Investigation number.

Point of Contact.

Reason for Request.

# FTS Sub-Modules/Programs

## FFL/Interstate Theft Sub-Modules

Links recovered firearms and reported thefts.

FFL must report theft/loss to ATF within 48 hrs.

## Multiple Sales Sub-Module

- Record of purchases of multiple handguns from the same dealer within five business days.
 - Name field included for only 2 years.
 - Multiple Sales Report sent to the field divisions each day.
 - Helps identify straw purchasers, traffickers.

# FTS Sub-Modules/Programs

## Decode Sub-Modules

Primarily contains validation tables for other sub-modules

## Demand Sub-Module

Contains information related to t the Demand Dealers, status, and weapons information

Trace Analysis
Demonstration

Summary
And
Questions

National
Tracing Branch

National
Tracing Branch

National
Tracing Branch

Firearms Tracing System (FTS)
Oracle Table & Data Element Descriptions

# EXHIBIT 4

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms • Youth Crime Gun Interdiction Initiative*

OMB No. 1512-0541

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**NATIONAL TRACING CENTER TRACE REQUEST**

FOR NTC DATA ENTRY ONLY

Phone: 1-800-788-7133 Falling Waters, WV 25419 FAX: 1-800-578-7223
NOTE: * - REQUIRED ENTRY FIELD *(Must be completed for trace processing)* ** - REQUIRED ENTRY WITH LISTED DATA RESPONSE *(See back for codes and options)*

**PART I - TRACE INITIATION INFORMATION**

| 1a. DATE OF REQUEST | 1b. PRIORITY** ☐ ROUTINE ☐ URGENT *(Justification required)* | ☐ FOR NTC INFORMATION ONLY |
| | JUSTIFICATION | |

1c. SPECIAL INSTRUCTIONS

**PART II - CRIME CODE INFORMATION**

2a. ☐ GANG INVOLVED? GANG NAME: _____
☐ JUVENILE INVOLVED? ☐ YOUTH CRIME GUN ☐ ENTERED IN NIBIN? NIBIN No.: ____
2b. PROJECT CODE**: 2c. NCIC CRIME CODE**:

**PART III - ATF AGENT REQUESTING TRACE**

| 3a. ORGANIZATION CODE* | 3b. PHONE NUMBER: FAX NUMBER: | 3c. ATF SPECIAL AGENT'S NAME *(Last, first, middle)* |
| 3d. BADGE NUMBER | 3e. ATF CASE NUMBER | 3f. FIELD OFFICE |

**PART IV - OTHER AGENCY REQUESTING TRACE**

| 4a. ORI NUMBER* | 4b. PHONE NUMBER: FAX NUMBER: | 4c. OTHER AGENCY OFFICER'S NAME *(Last, first, middle)* |
| 4d. BADGE NUMBER | 4e. OTHER AGENCY CASE NUMBER | 4f. DEPARTMENT/UNIT |

4g. MAILING ADDRESS

**PART V - FIREARMS INFORMATION**

| 5a. SERIAL NUMBER* | ☐ OBLITERATED ☐ ATTEMPT TO RAISE | 5b. FIREARMS MANUFACTURER* |
| 5c. TYPE** | 5d. CALIBER* | 5e. MODEL* | 5f. COUNTRY OF ORIGIN* *(Importer required if other than U.S.)* |
| 5g. IMPORTER* | | 5h. ADDITIONAL MARKINGS* | |

**PART VI - POSSESSOR INFORMATION**

| 6a. NAME *(Last)* | *(First)* | *(Middle)* | *(Suffix)* ☐ CRIMINAL HISTORY |
| ALIAS *(AKA)* *(Last)* | *(First)* | *(Middle)* | *(Suffix)* AKA DATE OF BIRTH |

| 6b. HEIGHT | 6c. WEIGHT | 6d. SEX | 6e. RACE | 6f. ADDRESS - ROUTE NUMBER | | |
| 6g. APT. NUMBER | 6h. STREET No. | 6i. DIRECTION | 6j. STREET NAME | | 6k. CITY | |
| 6l. COUNTY | | 6m. STATE | 6n. ZIP CODE | - | 6o. COUNTRY | |
| 6p. DATE OF BIRTH | 6q. PLACE OF BIRTH | 6r. POSSESSOR'S ID NUMBER | | ID TYPE/STATE | | |

**PART VII - ASSOCIATE INFORMATION**

| 7a. NAME *(Last)* | *(First)* | *(Middle)* | *(Suffix)* ☐ CRIMINAL HISTORY |
| ALIAS *(AKA)* *(Last)* | *(First)* | *(Middle)* | *(Suffix)* AKA DATE OF BIRTH |

| 7b. HEIGHT | 7c. WEIGHT | 7d. SEX | 7e. RACE | 7f. ADDRESS - ROUTE NUMBER | | |
| 7g. APT. NUMBER | 7h. STREET No. | 7i. DIRECTION | 7j. STREET NAME | | 7k. CITY | |
| 7l. COUNTY | | 7m. STATE | 7n. ZIP CODE | - | 7o. COUNTRY | |
| 7p. DATE OF BIRTH | 7q. PLACE OF BIRTH | 7r. ASSOCIATE'S ID NUMBER | | 7s. ID TYPE/STATE | | |

**PART VIII - FIREARM RECOVERY INFORMATION**

| 8a. RECOVERY DATE | 8b. ROUTE NUMBER | 8c. APT. NUMBER | 8d. STREET No. | 8e. DIRECTION | 8f. STREET NAME |
| 8g. CITY* | | | 8h. STATE* | 8i. ZIP CODE | - |

8j. ADDITIONAL INFORMATION

ATF F 3312.1 (3-2000) PREVIOUS EDITION IS OBSOLETE

## INSTRUCTIONS FOR COMPLETING ATF F 3312.1 - REQUEST FOR A FIREARMS TRACE

### GENERAL INSTRUCTIONS - *Required Data Entry Fields And **Available Options/Codes Listed For Reference

The information requested on this form is needed to initiate a trace request. All fields marked with an asterisk (*) indicate required entry data fields. All areas so marked must be completed in order to effectively and expeditiously execute the trace request. Fields marked with a double asterisk (**) indicate areas of required data entry with available options and codes listed for reference (refer to lists below to determine the appropriate entry and correct nomenclature).

**REQUIRED ENTRY FIELDS INCLUDE:**

Question 1b*** - (Justify Urgent Trace) See Priorities listed below
Question 2b** & 2c** - Include Project Code and list NCIC Code
Question 3a* Office Organizational Code For Use by ATF Requester Only
Question 4a* - ORI - NCIC Originating Requestor Identifier
Question 5a*, 5b*, 5c**, 5d*, 5e*, 5f*, 5g* & 5h* - Verify data
Question 8a*, 8g* & 8h* - Confirm Recovery data to be submitted

### QUESTION 1B - TRACE PRIORITY (Entered Numbered Qualifier to Justify Urgent Trace Request)

**NOTE:** An urgent trace is deemed necessary when the violation are significant and circumstances warrant or require that the firearm be traced without undue delay. Examples of this are; to hold a suspect, provide probable cause, officer and public safety, etc. The following are examples of significant violations.

| | | | |
|---|---|---|---|
| 1 - Assault | 3 - Kidnapping | 5 - Rape/Sex | 7 - Terrorist Threat |
| 2 - Bank Robbery | 4 - Murder/Suicide | 6 - Terrorist Act | 8 - Other (specify circumstance) |

### QUESTION 2B - PROJECT CODES (Enter all codes that apply)

| | | | | | |
|---|---|---|---|---|---|
| AIS | - Adult in School | OBL | - Obligated Serial Number | MUN | - Murder and Narcotics (Ages 25 & older) |
| GNG | - Gang Related | ORG | - Organized Crime | MIL | - Militia Related Project |
| JSS | - Juvenile & School (Ages 17 & under) | SCH | - School Involvement (No Possessor) | YCG | - Youth Crime Gun |
| JVV | - Juvenile & Violence (Ages 17 & under) | SEN | - Sensitive/Significant | YIS | - Juvenile and School (Ages 18- 24) |

### QUESTION 2C - NCIC CRIME CODES (Enter one code only. For complete listing refer to NCIC Manual)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0199 | Sovereignty | 1311 | Aggravated Assault (Police) | 2599 | Damage Property | 5399 | Public Peace |
| 0299 | Military | 1399 | Assault | 3599 | Dangerous Drugs | 5499 | Traffic Offense |
| 0399 | Immigration | 1499 | Abortion | 3699 | Sex Offense | 5599 | Health - Safekeeping |
| 0907 | Homicide (Police) | 1602 | Threat (Terroristic) | 3799 | Obscenity | 5699 | Civil Rights |
| 0911 | Homicide (Suicide) | 1702 | Material Witness (Federal) | 3802 | Cruelty Toward Child | 5799 | Invade Privacy |
| 0999 | Homicide (Street) | 2099 | Arson | 3803 | Cruelty Toward Spouse | 5899 | Smuggling (Customs) |
| 1099 | Kidnapping | 2199 | Extortion | 3999 | Gambling | 5999 | Election Laws |
| 1101 | Rape | 2299 | Burglary | 4099 | Commercial Sex | 6099 | Antitrust |
| 1199 | Sexual Assault | 2399 | Larceny | 4199 | Liquor | 6199 | Tax Revenue |
| 1201 | Robbery (Business) | 2411 | Unauthorized Use of Auto | 4599 | Obstruction Police | 6299 | Conservation |
| 1204 | Robbery (Street) | 2499 | Stolen Vehicle | 4999 | Flight - Escape | 7099 | Crimes Against Person |
| 1211 | Bank Robbery | 2599 | Counterfeiting | 5099 | Obstruct | 7199 | Property Crimes |
| 1212 | Car Jacking | 2699 | Fraud | 5199 | Bribery | 7299 | Morals |
| 1299 | Robbery | 2799 | Embezzlement | 5211 | Explosives | 7399 | Public Order Crimes |
| 1301 | Aggravated Assault (Family) | 2899 | Stolen Property | 5212 | Possession of Weapon | 8100 | Escape (Juvenile) |

### QUESTION 5C - TYPE OF FIREARM

**C = Combination** - A weapon designed to be fired from the shoulder which is fitted with both a rifled barrel 16" or greater in length and a smooth-bore barrel 18" or greater in length with an overall length of 26" or more.

**M = Machine Gun** — A weapon of handgun, rifle or shotgun configuration designed to automatically fire more than one shot, without manually reloading, by a single function of the trigger.

**P = Pistol** - A weapon which includes single shot and both single or double-action semiautomatic handguns fitted with a barrel(s) with an integral chamber design or having a chamber(s) permanently aligned with the barrel.

**PR = Pistol/Revolver** - A weapon which includes both single and double-action handguns having a breechloading chambered cylinder designed with a repetitive function based on rotation.

**PD Pistol/Derringer** - A weapon which includes single barrel, superposed (over/under) and multi-barrel configuration handguns based on a hinged or pivoting barrel small frame pistol design.

**R = Rifle** - A weapon designed to be fired from the shoulder which discharges a single projectile through one or more rifled barrels 16" or greater in length with an overall length of 26" or more.

**S = Shotgun** - A weapon designed to be fired from the shoulder which discharge a single or multiple projectiles through one or more smooth- bore barrels 18" or greater in length with an overall length of 26" or more.

### PAPERWORK REDUCTION ACT

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection is used by Federal, State and local law enforce-ment officials to request that the Bureau of Alcohol, Tobacco and Firearms trace firearms used or suspected to have been used in crimes.

The estimated average burden associated with this collection of information is 8 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be addressed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF F 3312.1 (3-2000)

338

EXHIBIT 5

# Firearms Tracing System (FTS)

# Oracle Table & Data Element Descriptions

July 25, 2002

**Notes:**

The FTS_ID field is a 12 character indexed data element that is used to cross reference the rows specific to a trace, multiple-sale, etc., within the many different tables that contain data for each specific trace, multiple-sale, etc. This data element will usually be the first data element within a row. The first position of the FTS_ID data element indicates the type of transaction, e.g. "T" for traces, "M" for multiple-sales, etc. Positions 2-5 indicate the calendar year in which the transaction was created, e.g."2001", "2002", etc., and positions 6-12 are used as a counter to make the FTS_ID field unique for each trace, multiple-sale, etc., e.g. "0000001" through "9999999". An example of a FTS_ID for a trace would be "T19990012387". An example of a FTS_ID for a multiple-sale would be "M20010043598".

The possible types of transactions (sub-modules) within the FTS are as follows:

"D" for Demand transactions. (Data associated with Federal Firearms Licensees (FFLs) who were placed "on demand" and therefore required to report firearms transactions monthly to ATF.)

"F" for FFL-Theft transactions. (Data associated with the reporting of a theft of firearms from FFLs.)

"I" for Interstate-Theft transactions. (Data associated with the reporting of a theft of firearms from interstate shipments.)

"M" for Multiple-Sale transactions. (Data associated with the required reporting to ATF by FFLs of multiple handgun sales to an individual during a five day period.)

"S" for Suspect-Gun transactions. (Data associated with firearms that ATF agents have identified to receive notification of if the firearm is involved in any ATF activity.)

"T" for Trace transactions. (Data associated with tracing firearms from a manufacturer to a retail purchaser.)

Resulting from standard conventions used for FTS Oracle tables, all FTS tables contain data elements indicating when and by whom each row within a table was added (ENTERED_TIME & ENTERED_USER), and data elements indicating when and by whom each row within a table was updated (UPDATED_TIME & UPDATED_USER). These data elements are usually the last four data elements within the row. Names of ATF National Tracing Center (NTC) personnel are never released to the public.

Highlighting used in this document:

Yellow = Data elements released under the most recent FOIA Trace Release (February 2002).

▓▓▓▓ = Tables or data elements added to the FTS since the most recent Trace FOIA release (February 2002).

■■ = Tables no longer used in the FTS since the most recent Trace FOIA release (February 2002).

## 1. FTS_ADMINISTRATIVE

This table contains data labels and actual data that were provided by a requestor (usually non-ATF) on their trace submission pursuant to an investigation. The ATF National Tracing Center (NTC) also uses this table for internal routine database management.

1

```
Name Null? Type
------------------------------ -------- ----
▓▓▓▓▓ NOT NULL VARCHAR2(12) (Sub Modules: S, T)
FLD1_LABEL VARCHAR2(20) X
FLD1_REMARK VARCHAR2(30) X Labels & Remarks for Investigative Notes.
FLD2_LABEL VARCHAR2(20) X
FLD2_REMARK VARCHAR2(30) X
FLD3_LABEL VARCHAR2(20) X
FLD3_REMARK VARCHAR2(30) X
FLD4_LABEL VARCHAR2(20) X
FLD4_REMARK VARCHAR2(30) X
FLD5_LABEL VARCHAR2(20) X
FLD5_REMARK VARCHAR2(30) X
FLD6_LABEL VARCHAR2(20) X
FLD6_REMARK VARCHAR2(30) X
FLD7_LABEL VARCHAR2(20) X
FLD7_REMARK VARCHAR2(30) X
PROJECT_NATIONAL1 VARCHAR2(20) X More Investigative Notes.
PROJECT_NATIONAL2 VARCHAR2(20) X
PROJECT_NATIONAL3 VARCHAR2(20) X
PROJECT_NATIONAL4 VARCHAR2(20) X
PROJECT_LOCAL1 VARCHAR2(20) X More Investigative Notes.
PROJECT_LOCAL2 VARCHAR2(20) X
CASE_AGENT VARCHAR2(20)
ATF_CASE_NO1 VARCHAR2(15) X
ATF_CASE_NO2 VARCHAR2(15) X
LOCAL_OFFICER VARCHAR2(35) X
LOCAL_CASE_NO1 VARCHAR2(15) X
LOCAL_CASE_NO2 VARCHAR2(15) X
ENTERED_USER VARCHAR2(10)
▓▓▓▓▓▓▓▓ DATE
UPDATED_USER VARCHAR2(10)
▓▓▓▓▓▓▓▓ DATE
```

## 2. FTS_ATFOFFC

This table contains data used to identify ATF offices, and populate "SA-" fields within the FTS_TRACE table.

```
Name Null? Type
------------------------------ -------- ----
▓▓▓▓▓▓ NOT NULL VARCHAR2(6) (Used to populate BOC_NO)
▓▓▓▓▓▓ VARCHAR2(30)
▓▓▓▓▓▓ VARCHAR2(30)
▓▓▓▓▓▓ VARCHAR2(20)
▓▓▓▓▓▓ VARCHAR2(2)
▓▓▓▓▓▓ VARCHAR2(9)
▓▓▓▓▓▓ VARCHAR2(10)
▓▓▓▓▓▓ VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 3. FTS_CALIBER

Table used to validate the caliber of a firearm submitted for tracing.

```
Name Null? Type
------------------------------ -------- ----
CALIBER NOT NULL VARCHAR2(6)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

4. ▮▮▮▮▮▮▮▮▮▮ (New 6-17-2002)

Table used to maintain a history of Comp-Code/Stat-Code and Remarks (notes) data when a trace is closed.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: T) |
| SEQ_NUMBER | NOT NULL | NUMBER(4) | |
| STAT_CODE | NOT NULL | VARCHAR2(2) | |
| COMP_DATE | | DATE | |
| COMP_USER | | VARCHAR2(10) | |
| REMARKS_TO_REQSTR | | VARCHAR2(300) | |

5. ▮▮▮▮▮▮▮▮▮▮ (New 6-17-2002)

Decode table used in describing cooperation levels of FFLs when contacted by ATF NTC personnel.

| Name | Null? | Type | | |
| --- | --- | --- | --- | --- |
| COOPR | NOT NULL | VARCHAR2(2) | X | ("C", "NR", "U", "R") |
| COOPERATION_DESC | NOT NULL | VARCHAR2(30) | X | |
| INACTIVE_IND | NOT NULL | VARCHAR2(1) | X | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | | |

6. FTS_COUNTRY

Decode table used to cross-reference country names to their abbreviations.

| Name | Null? | Type |
| --- | --- | --- |
| COUNTRY_CODE | NOT NULL | VARCHAR2(2) |
| COUNTRY_NAME | | VARCHAR2(30) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

7. FTS_CRIMES

Decode table used to cross-reference crime-codes to a narrative of the crime that the trace was associated with.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| CRIME_CODE | NOT NULL | VARCHAR2(4) | (4 position code) |
| CRIME_DESC | | VARCHAR2(70) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

8. FTS_DEALTR

This table contains chronological disposition (FFL) data associated with specific Traces, Multiple-Sales, Suspect-Gun transactions, and Demand transactions. Positions 1-3 of the FFL_NBR, which can be used to identify the State the FFL is located in, are released under FOIA for traces entered during the previous 5 years. For example, the FOIA release of February 15, 2002 contains the complete FFL number for those traces entered through

December 31, 1996. The POC_NAME, POC_FAX, and SHIP_TO_FFL are also NOT released for 5 years. The FFL_NBR is released under FOIA for Multiple-Sales.

| Name | Null? | Type | |
|------|-------|------|--|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: D, M, S, T) |
| SEQ_NO | NOT NULL | NUMBER | |
| INV_NBR | | VARCHAR2(15) | (Not used for Multiple-Sales) |
| TRANSACTION_DATE | | DATE | (Trace=Date prev FFL shipped to this FFL) (M-S=Purchase date for M-S firearm) |
| FFL_NBR | | VARCHAR2(8) X | |
| INVOICE_SEQ | | NUMBER | |
| POC_NAME | | VARCHAR2(35) | (Not used for Multiple-Sales) |
| POC_FAX | | VARCHAR2(10) | (Not used for Multiple-Sales) |
| SHIP_TO_FFL | | VARCHAR2(8) | (Not used by any Sub-Module) |
| QUST | | VARCHAR2(2) | |
| FINSALE | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| | | VARCHAR2(3) X | (D1, D2) |

## 9. FTS_DEALTR_NOTES

This table contains notes entered by ATF NTC personnel relative to an FFL associated with _____.

| Name | Null? | Type | |
|------|-------|------|--|
| FTS_ID | NOT NULL | VARCHAR2(12) X | (Sub Modules: M, S, T) |
| SEQ_NO | NOT NULL | NUMBER X | |
| NOTE_SEQ | NOT NULL | NUMBER X | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE X | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE X | |
| NOTE_TEXT | | VARCHAR2(2000) X | |

## 10. ▓▓▓▓▓▓▓ (Demand Decode)

This decode table describes the code used to identify FFLs who are/were placed "on demand".

| Name | Null? | Type |
|------|-------|------|
| DEMAND_TYPE | NOT NULL | VARCHAR2(3) X |
| DEMAND_DESC | | VARCHAR2(20) X |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 11. ▓▓▓▓▓▓▓ (Demand FFL Data)

This table contains data such as type, region, etc. for a "Demand" FFL.

| Name | Null? | Type | |
|------|-------|------|--|
| FFL_NBR | NOT NULL | VARCHAR2(8) X | |
| DEMAND_DATE | NOT NULL | DATE X | |
| DEMAND_TYPE | NOT NULL | VARCHAR2(3) X | (D1, D2) |
| REGION | | VARCHAR2(15) X | |
| DIVISION | | VARCHAR2(25) X | |
| STATUS | NOT NULL | VARCHAR2(1) X | (I, A) |
| ENTERED_USER | | VARCHAR2(10) | |

4

```
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

12. ▮▮▮▮▮▮▮▮▮▮▮▮ (FFL Demand Status Data)

This table contains data showing the dates and status codes of a "Demand" FFL.

```
Name Null? Type
------------------------------ -------- ----
FFL_NBR NOT NULL VARCHAR2(8) X
STATUS_DATE NOT NULL DATE X
STATUS_CODE NOT NULL VARCHAR2(3) X (001...999) (from FTS_DEMAND_STATUS_CODE)
DEMAND_DATE NOT NULL DATE X
DEMAND_TYPE NOT NULL VARCHAR2(3) X (D1, D2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

13. ▮▮▮▮▮▮▮▮▮▮ (FFL Demand Notes)

This table contains notes entered by ATF NTC personnel associated with a "Demand" FFL.

```
Name Null? Type
------------------------------ -------- ----
FFL_NBR NOT NULL VARCHAR2(8) X
SEQ_NO NOT NULL NUMBER X
NOTE_TEXT VARCHAR2(70) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

14. ▮▮▮▮▮▮▮▮▮▮▮▮ (Demand Decode)

This decode table describes the code associated with actions taken by ATF specific to a "demand" FFL.

```
Name Null? Type
------------------------------ -------- ----
STATUS_CODE NOT NULL VARCHAR2(3) X (001-999)
STATUS_DESC VARCHAR2(50) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

15. ▮▮▮▮▮▮▮▮▮▮▮▮ (New 6-17-2002)

This decode table contains the FFL license type codes (07,08,09,10,11) associated with firearms distributors.

```
Name Null? Type
------------------------------ -------- ----
FFL_LIC_TYPE_CODE NOT NULL VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

16. FTS_DRILL_SIZE_CD

This decode table contains drill sizes commonly used to obliterate firearm serial numbers, e.g. 1/16, 1/8, 3/16

1/4.

| Name | Null? | Type |
|------|-------|------|
| ░░░░░░░░░░░ | NOT NULL | VARCHAR2(2) |
| ░░░░░░░░░░░░░ | | VARCHAR2(20) |
| ENTERED_USER | | VARCHAR2(10) |
| ░░░░░░░░░░ | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| ░░░░░░░░░░░ | | DATE |

## 17. FTS_FFLINVST_NOTES ("DO NOT CONTACT" FFLs)

This table is used by the Trace sub-module to identify those FFLs who are currently listed as "Do not Contact", and to maintain notes associated with the FFLs. The trace firearm and the FFL that is "not contacted" are contained in the trace sub-module. Only positions 1-3 of the ░░░░░░░░░░ are released under FOIA.

| Name | Null? | Type | |
|------|-------|------|--|
| FFLINVST_FFL | NOT NULL | VARCHAR2(8) | X |
| NOTE_SEQ | NOT NULL | NUMBER | X |
| ENTERED_USER | | VARCHAR2(10) | |
| ░░░░░░░░░░ | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| ░░░░░░░░░░ | | DATE | |
| NOTE_TEXT | | VARCHAR2(200) | |

## 18. ░░░░░░░░░░░░░░

This table is used to store active Demand FFLs and their current demand type.

| Name | Null? | Type | |
|------|-------|------|--|
| FFL_NBR | NOT NULL | VARCHAR2(8) | X |
| TYPE | NOT NULL | VARCHAR2(1) | X |
| FFL_NAME | | VARCHAR2(50) | |
| TRANSACTION_DATE | | DATE | |
| IND_1 | | VARCHAR2(1) | |
| IND_2 | | VARCHAR2(1) | |
| IND_3 | | VARCHAR2(1) | |
| IND_4 | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 19. FTS_FFL_THEFT (Data begins in 1995)

This table contains the basic data specific to a theft of firearms from an FFL that are reported by an FFL or law enforcement officer.

| Name | Null? | Type | | |
|------|-------|------|--|--|
| FTS_ID | NOT NULL | VARCHAR2(12) | X | (Sub Module: F) |
| CALLER_LSTNME | | VARCHAR2(30) | X | |
| CALLER_FSTNME | | VARCHAR2(15) | X | |
| CALLER_MIDNME | | VARCHAR2(15) | X | |
| CALLER_PHONE | | VARCHAR2(10) | X | |
| CALLER_POSITION | | VARCHAR2(20) | X | |
| ATFF3310_RECV_DATE | | DATE | X | |
| FFL_NUMBER | | VARCHAR2(8) | X | |
| FFL_BUSINESS_NAME | | VARCHAR2(50) | X | |
| FFL_LICENSE_NAME | | VARCHAR2(50) | X | |
| FFL_STREET | | VARCHAR2(50) | X | |
| FFL_CITY | | VARCHAR2(20) | X | |
| FFL_STATE | | VARCHAR2(2) | X | |

6

```
FFL_ZIP VARCHAR2(9) X
FFL_PHONE VARCHAR2(10) X
FFL_FAX VARCHAR2(10) X
THEFT_LOC_STREET VARCHAR2(50) X
THEFT_LOC_CITY VARCHAR2(20) X
THEFT_LOC_STATE VARCHAR2(2) X
THEFT_LOC_ZIP VARCHAR2(9) X
POLICE_DEPT_NAME VARCHAR2(50) X
POLICE_DEPT_INC_NO VARCHAR2(16) X
CASE_NUMBER VARCHAR2(13) X
ACTIVITY_CODE VARCHAR2(2) (null)
FIELD_DIVISION VARCHAR2(15) X (from S-S-N Screen)
REPORTED_DATE DATE X
THEFT_DATE DATE X
THEFT_TYPE_CODE VARCHAR2(2) X (B, L, O, R) (O=Other or Inventory Loss)
NUMBER_INJURIES NUMBER
NUMBER_KILLED NUMBER
EST_WEAPONS_STOLEN NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
OWNER_LSTNME VARCHAR2(30) X
OWNER_FSTNME VARCHAR2(15) X
OWNER_MIDNME VARCHAR2(15) X
ATF_CASE_NUMBER VARCHAR2(15) X
CALLER_EVE_PHONE VARCHAR2(10) X
```

## 20. FTS_FFL_THEFT_MODOPS

This table contains the theft & modop codes that can be associated with a reported FFL Theft.

```
Name Null? Type
-------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Modules: F, I)
THEFT_CD NOT NULL VARCHAR2(2) X (B, I, L, O, R)
MODOP_CD NOT NULL VARCHAR2(3) X (About 81 different codes)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 21. FTS_FFL_THEFT_NOTES

This table contains notes specific to an FFL theft.

```
Name Null? Type
-------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Module: F)
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000) X
```

## 22. FTS_FIELD_DIVISION (Not up-to-date)

This table contains the POD_NO (post of duty) associated with an ATF field division.

```
Name Null? Type
-------------------------- -------- ----
POD_NO NOT NULL VARCHAR2(5)
FIELD_DIV VARCHAR2(15)
```

7

```
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 23. FTS_FIELD_DIVISION_ZIP

This table contains the zip-codes of the regions that ATF Field Divisions are responsible for.

```
Name Null? Type
------------------------------- -------- ----
FIELD_DIV NOT NULL VARCHAR2(15)
BEGIN_ZIP NOT NULL VARCHAR2(5) (Zips must be zero or valid zip-codes)
END_ZIP VARCHAR2(5)
STATE NOT NULL VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 24. FTS_GUNTYPE

This decode table is used to cross reference the two position code to the description for the firearm type.

```
Name Null? Type
------------------------------- -------- ----
TYPE_CODE NOT NULL VARCHAR2(2)
TYPE_DESC VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 25. FTS_IDENT_TYPE_CD

This decode table is used to cross reference the three position identification type code to the description for the specific type of identification. e.g. "SSN" = Social Security Number.

```
Name Null? Type
------------------------------- -------- ----
IDENT_TYPE NOT NULL VARCHAR2(3)
IDENT_DESC VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 26. FTS_IMPORTER_LIST

This decode table is used to populate the Importer drop-down picklist in the FTS application (weapons screen).

```
Name Null? Type
------------------------------- -------- ----
IMPORTER_FFL NOT NULL VARCHAR2(8)
IMPORTER_NAME NOT NULL VARCHAR2(50)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

8

**27.** 

This was a decode table of indicators that were used to identify traces with specific events. It was combined into the FTS_TRACE_INDICATOR_REF table along with the FTS_PROJECT project-codes that were also used to identify traces with specific events. See table 61.

| Name | Null? | Type |
| --- | --- | --- |
| IND_CODE | NOT NULL | VARCHAR2(3) X |
| IND_NAME | | VARCHAR2(30) X |
| INACTIVE_IND | | VARCHAR2(1) X |
| ENTERED_TIME | | DATE |
| UPDATED_TIME | | DATE |

**28.** 

This table was used to cross-reference specific indicators (that were used to identify traces with specific events) to the FTS_ID of a trace. It was combined into the FTS_TRACE_INDICATOR table along with the FTS_PROJECT_XREF data. See table 60.

| Name | Null? | Type |
| --- | --- | --- |
| IND_CODE | NOT NULL | VARCHAR2(3) X |
| FTS_ID | NOT NULL | VARCHAR2(12) X |
| ENTERED_TIME | | DATE |
| UPDATED_TIME | | DATE |

**29. FTS_INDIVIDUAL**

This table contains information about individuals associated with specific Traces, Multiple-Sales, and Suspect-Gun transactions. For traces, the INVOLVE DATE is not released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains the INVOLVE DATE for those traces entered through December 31, 1996. The INVOLVE DATE is released for Multiple-Sales. Yellow highlighted fields are also released for Multiple-Sales transactions where Multiple-Sales data was recorded.

| Name | Null? | Type | | |
| --- | --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: M, S, T) | |
| I_SEQ_NO | NOT NULL | NUMBER | (1 or greater) | |
| I_ROLE_PLAYED | | VARCHAR2(1) | (A, G, M, P, S, blank) | |
| I_LSTNME | | VARCHAR2(20) X | A = Associate (trace) | |
| I_FSTNME | | VARCHAR2(15) X | G = Suspect-Gun | |
| I_MIDNME | | VARCHAR2(15) X | M = Multiple-Sale | |
| I_NAME_SUFFIX | | VARCHAR2(5) X | P = Purchaser (trace) | |
| I_AKA_LSTNME | | VARCHAR2(20) X | S = Possessor (trace) | |
| I_AKA_FSTNME | | VARCHAR2(15) X | | |
| I_AKA_MIDNME | | VARCHAR2(15) X | | |
| I_AKA_SUFFIX | | VARCHAR2(5) X | | |
| I_DOB | | DATE | | |
| I_AKA_DOB | | DATE | (Not used for Multiple-Sales) | |
| I_POB_CITY | | VARCHAR2(20) | | |
| I_POB_COUNTY | | VARCHAR2(20) | | |
| I_POB_STATE | | VARCHAR2(2) | | |
| I_POB_COUNTRY | | VARCHAR2(2) | | |
| I_HEIGHT | | NUMBER | (0..99) | (Not used for Multiple-Sales) |
| I_WEIGHT | | NUMBER | (0..999) | (Not used for Multiple-Sales) |
| I_RACE | | VARCHAR2(1) | | |

9

```
 VARCHAR2(1)
I_ROUTE_NO VARCHAR2(6) X
I_APT_NO VARCHAR2(6) X
I_STREET_NO VARCHAR2(6) X
I_STREET_DIR VARCHAR2(2) X
I_STREET_NME VARCHAR2(30) X
I_STREET_SUF VARCHAR2(2) X
 VARCHAR2(20)
 VARCHAR2(20)
 VARCHAR2(2)
I_ZIP VARCHAR2(9) X
 VARCHAR2(2)
 VARCHAR2(3) (Type of ID used by an individual)
 VARCHAR2(2) (State where the ID was issued)
I_IDENT_NO1 VARCHAR2(20) X (Number associated with ID)
 VARCHAR2(3) (Not used for Multiple-Sales)
 VARCHAR2(2) (Not used for Multiple-Sales)
I_IDENT_NO2 VARCHAR2(20) X (Not used for Multiple-Sales)
I_INVOLVE_DATE DATE X (If role is "P" or M-S, Date of Purchase;
 If role is "S" or "A", Date Seized)
 VARCHAR2(1) · ("Y" - Frequently buys guns per FFL)
 VARCHAR2(1) ("Y")
 VARCHAR2(1) ("Y","N")
 VARCHAR2(1) ("Y" if SK KAR hit)
ENTERED_USER VARCHAR2(10)
 DATE
UPDATED_USER VARCHAR2(10)
 DATE
```

## 30. FTS_INDIVIDUAL_NOTES

This table contains any notes that were recorded for an individual associated with a Multiple-Sale, Suspect-Gun, or Trace.

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Modules: M, S, T)
I_SEQ_NUMBER NOT NULL NUMBER X
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000) X
```

## 31. 

This decode table is used to cross-reference the code for a role ("A", "P", "S", etc.) to the description of the role (Associate, Purchaser, Possessor, etc.)

```
Name Null? Type
------------------------------- -------- ----
ROLE_CODE NOT NULL VARCHAR2(1) X
ROLE_DESC1 VARCHAR2(25) X
ROLE_DESC2 VARCHAR2(25) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 32. FTS_INTERSTATE_THEFT (Data begins in 1995)

This table contains voluntarily reported basic data specific to a theft of firearms by an interstate shipment.

```
Name Null? Type
------------------------------- -------- ----
```

```
FTS_ID NOT NULL VARCHAR2(12) X (Sub Module: I)
SHIPPED_DATE DATE X
SHIPPER_FFL_NUMBER VARCHAR2(8) X
SHIPPER_BUS_NAME VARCHAR2(50) X
SHIPPER_LIC_NAME VARCHAR2(50) X
SHIPPER_STREET VARCHAR2(50) X
SHIPPER_CITY VARCHAR2(20) X
SHIPPER_STATE VARCHAR2(2) X
SHIPPER_ZIP VARCHAR2(9) X
SHIPPER_PHONE VARCHAR2(10) X
SHIPPER_FAX VARCHAR2(10) X
CONS_FFL_NUMBER VARCHAR2(8) X
CONS_BUS_NAME VARCHAR2(50) X
CONS_LIC_NAME VARCHAR2(50) X
CONS_STREET VARCHAR2(50) X
CONS_CITY VARCHAR2(20) X
CONS_STATE VARCHAR2(2) X
CONS_ZIP VARCHAR2(9) X
CONS_PHONE VARCHAR2(10) X
CONS_FAX VARCHAR2(10) X
CARRIER_NAME VARCHAR2(50) X
CARRIER_STREET VARCHAR2(50) X
CARRIER_CITY VARCHAR2(20) X
CARRIER_STATE VARCHAR2(2) X
CARRIER_ZIP VARCHAR2(9) X
CARRIER_PHONE VARCHAR2(10) X
CARRIER_FAX VARCHAR2(10) X
CASE_NUMBER VARCHAR2(13) X
FIELD_DIVISION VARCHAR2(15) X
THEFT_TYPE_CODE VARCHAR2(2) X ("I")
SHIPPER_CLAIM_NUM VARCHAR2(15) X
CARRIER_CLAIM_NUM VARCHAR2(15) X
REPORTING_COMPANY VARCHAR2(40) X
REPORTED_DATE DATE X
REPORTING_LSTNME VARCHAR2(30) X
REPORTING_FSTNME VARCHAR2(15) X
REPORTING_MIDNME VARCHAR2(15) X
REPORTING_PHONE VARCHAR2(10) X
REPORTING_FAX VARCHAR2(10) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
ATF_CASE_NUMBER VARCHAR2(15)
```

## 33. FTS_INTERSTATE_THEFT_NOTES

This table contains notes specific to an interstate theft of firearms.

```
Name Null? Type
----------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Module: I)
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000) X
```

## 34. FTS_INVALID_FFL

This table contains "Z" or Invalid FFLs, i.e. substitute FFLs. These substitute FFLs are used when the actual FFL cannot be located or the purchaser of a firearm was not required to have a FFL (federal, state, local governments, military, foreign, etc.). The Z_LIC_NAME, Z_BUS_NAME, Z_STREET_NO, Z_STREET_DIR, Z_STREET_NME, Z_STREET_SUF, Z_CITY, Z_ZIP, and Z_PHONE are NOT released under FOIA for the previous five years. For example

11

the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, these data elements are not released.

| Name | Null? | Type |
|------|-------|------|
| Z▒▒▒▒▒ | NOT NULL | VARCHAR2(8) |
| ▒▒▒▒ | NOT NULL | NUMBER |
| Z_LIC_NAME | | VARCHAR2(50) X |
| Z_BUS_NAME | | VARCHAR2(50) X |
| Z_STREET_NO | | VARCHAR2(6) X |
| Z_STREET_DIR | | VARCHAR2(2) X |
| Z_STREET_NME | | VARCHAR2(30) X |
| Z_STREET_SUF | | VARCHAR2(2) X |
| Z_CITY | | VARCHAR2(20) X |
| Z▒STATE | | VARCHAR2(2) |
| Z_ZIP | | VARCHAR2(9) X |
| Z▒▒▒▒▒▒▒ | | VARCHAR2(2) X |
| Z_PHONE | | VARCHAR2(10) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED▒▒▒▒▒ | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED▒▒▒▒▒ | | DATE |

## 35. FTS_INVALID_FFL_NOTES

This table contains notes specific to an invalid or substitute FFL (Z-FFL).

| Name | Null? | Type |
|------|-------|------|
| Z_FFL_ID | NOT NULL | VARCHAR2(8) X |
| Z_SEQ | NOT NULL | NUMBER X |
| NOTE_SEQ | NOT NULL | NUMBER X |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE X |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE X |
| NOTE_TEXT | | VARCHAR2(2000)X |

## 36. FTS_MANUF

This table contains the code assigned to firearms manufacturers, and other data such as country of manufacture.

| Name | Null? | Type | |
|------|-------|------|--|
| MFG▒CODE | NOT NULL | VARCHAR2(3) | |
| MFG▒NAME | | VARCHAR2(50) | |
| MFG▒COUNTRY▒CODE | NOT NULL | VARCHAR2(2) | |
| MFG_FFL | | VARCHAR2(7) | (of 1085+ rows, only two rows with 7 pos. entries) |
| MFG_USER_ID | | VARCHAR2(6) | (not used) |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED▒TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED▒TIME | | DATE | |

## 37. FTS_MODOP_CD

This decode table is used by the FFL Theft and Interstate Theft programs to record allowable codes used for types of theft.

| Name | Null? | Type | |
|------|-------|------|--|
| THEFT_CD | NOT NULL | VARCHAR2(2) X | (B, I, L, O, R) |
| MODOP_CD | NOT NULL | VARCHAR2(3) X | (90+ codes) |
| MOD_OPERATIVE_FLG | | VARCHAR2(1)X | |

12

```
MOD_OPERATIVE_TIME DATE X
MODOP_CD_DESC VARCHAR2(60)X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 38. FTS_ORIOFFC

This decode table contains the ORI (Originating Requestor Identification) for agencies submitting trace requests to the ATF NTC. Associated address information for law enforcement agencies is also maintained here.

```
Name Null? Type
------------------------------ -------- ----
 NOT NULL VARCHAR2(2)
 NOT NULL VARCHAR2(3)
 NOT NULL VARCHAR2(2)
 NOT NULL VARCHAR2(2)
 VARCHAR2(30)
 VARCHAR2(30)
 VARCHAR2(20)
 VARCHAR2(2)
 VARCHAR2(9)
 VARCHAR2(10)
 VARCHAR2(10)
 VARCHAR2(25)
 VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
 DATE
UPDATED_USER VARCHAR2(10)
 DATE
```

## 39. (New 6-17-2002)

This decode table contains the code to be used for the priority assigned to a trace (R=Routine, I=Information Purposes only, or U=Urgent)

```
Name Null? Type
------------------------------ -------- ----
PRIORITY NOT NULL VARCHAR2(1)
PRIORITY_DESC NOT NULL VARCHAR2(25)
INACTIVE_IND NOT NULL VARCHAR2(1) (Set to "Y" if code no longer used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 40. 

This was a decode table of project-codes that were used to identify traces with specific events. It was combined into the FTS_TRACE_INDICATOR_REF table along with the FTS_INDICATOR indicator-codes that were also use to identify traces with specific events. See table 61.

```
Name Null? Type
------------------------------ -------- ----
PROJ_CODE NOT NULL VARCHAR2(3) X
PROJ_NAME VARCHAR2(30)X
INACTIVE_IND VARCHAR2(1) X
```

```
ENTERED_TIME DATE X
UPDATED_TIME DATE X
```

41. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

This table was used to cross-reference specific project-codes (that were used to identify traces with specific events) to the FTS_ID of a trace. It was combined into the FTS_TRACE_INDICATOR table along with the FTS_INDICATOR_XREF data. See table 60.

```
Name Null? Type
----------------------------- -------- ----
PROJ_CODE NOT NULL VARCHAR2(3) X
FTS_ID NOT NULL VARCHAR2(12) X
ENTERED_TIME DATE X
UPDATED_TIME DATE X
```

42. FTS_RACE

This decode table is used to cross reference the allowable race codes to the description for the race.

```
Name Null? Type
----------------------------- -------- ----
▓▓▓▓▓▓▓▓ NOT NULL VARCHAR2(1)
▓▓▓▓▓▓▓▓ VARCHAR2(12)
ENTERED_USER VARCHAR2(10)
▓▓▓▓▓▓▓▓ DATE
UPDATED_USER VARCHAR2(10)
▓▓▓▓▓▓▓▓ DATE
```

43. FTS_RECOVERY_INFO

This table is used to maintain recovery location information for traces and suspect-gun transactions.

```
Name Null? Type
----------------------------- -------- ----
▓▓▓▓▓ NOT NULL VARCHAR2(12) (Sub Modules: S, T)
REC_ROUTE_NO VARCHAR2(6) X
REC_APT_NO VARCHAR2(6) X
REC_STREET_NO VARCHAR2(6) X
REC_STREET_DIR VARCHAR2(2) X
REC_STREET_NME VARCHAR2(30) X
REC_STREET_SUF VARCHAR2(2) X
▓▓▓▓▓▓▓ VARCHAR2(20)
▓▓▓▓▓▓▓ VARCHAR2(2)
REC_ZIP VARCHAR2(9) X
▓▓▓▓▓▓▓ VARCHAR2(2)
▓▓▓▓▓▓▓ VARCHAR2(2)
▓▓▓▓▓▓▓ DATE
ENTERED_USER VARCHAR2(10)
▓▓▓▓▓▓▓ DATE
UPDATED_USER VARCHAR2(10)
▓▓▓▓▓▓▓ DATE
▓▓▓▓▓▓▓ VARCHAR2(20)
```

44. FTS_RECOVERY_INFO_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to the recovery location information for firearm traces.

```
Name Null? Type
----------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Module: T)
NOTE_SEQ NOT NULL NUMBER X
```

14

```
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000) X
```

### 45. FTS_RECOVERY_LOC_CD

This decode table is used to cross reference the coded recovery location type to the narrative description for the type, e.g. Airport, Vehicle, Store, Gas Station, etc.

```
Name Null? Type
------------------------------ -------- ----
RECOV_LOC_TYPE NOT NULL VARCHAR2(2)
REC_LOC_DESC NOT NULL VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

### 46. FTS_RECOVERY_TYPE (10 rows)

This decode table is used to cross reference the coded recovery type to the narrative description for the type, e.g. "F/A RECOVERED DURING THE EXECUTION OF A SEARCH WARRANT", "F/A RECOVERED DURING AN ARREST", "F/A WAS USED IN CRIME BUT NO S/W OR ARREST CONDUCTED", etc. Used by FFL and Interstate Theft sub-modules.

```
Name Null? Type
------------------------------ -------- ----
RECOV_TYP NOT NULL VARCHAR2(2) X (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS)
TYP_OPERATIVE_FLG VARCHAR2(1) X
TYP_OPERATIVE_TIME DATE X
RECOV_TYP_DESC VARCHAR2(140) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

### 47. FTS_REMOVAL_CD

This decode table contains codes for the commonly used methods to obliterate firearm serial numbers, e.g. "GRINDER", "DRILL", "ELECTRIC SCRIBE", etc.

```
Name Null? Type
------------------------------ -------- ----
REMOVAL_CD NOT NULL VARCHAR2(2)
REMOVAL_CD_DESC VARCHAR2(20)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

### 48. FTS_RESTORED_CD

This decode table contains codes for the degree of restoration obtained when restoring firearm serial numbers, e.g. "U=UNABLE TO RESTORE", "P=PARTIALLY RESTORED", "F=FULLY RESTORED", etc.

```
Name Null? Type
------------------------------ -------- ----
RESTORED_CD NOT NULL VARCHAR2(2)
RESTORED_CD_DESC VARCHAR2(20)
```

```
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 49. FTS_SPERSON

This table contains data specific to CGAB's Suspect Person system.

```
Name Null? Type
----------------------------- --------- ----
SP_ID_NO NOT NULL NUMBER X (ATF number assigned to this suspect person)
SP_INVEST_NO VARCHAR2(20) X
SP_LSTNME VARCHAR2(20) X
SP_FSTNME VARCHAR2(15) X
SP_MIDNME VARCHAR2(15) X
SP_NAME_SUFFIX VARCHAR2(5) X
SP_DOB DATE X
SP_POB_CITY VARCHAR2(20) X
SP_POB_COUNTY VARCHAR2(20) X
SP_POB_STATE VARCHAR2(2) X
SP_POB_COTRY VARCHAR2(15) X
SP_HEIGHT VARCHAR2(2) X
SP_WEIGHT VARCHAR2(3) X
SP_RACE VARCHAR2(1) X
SP_SEX VARCHAR2(1) X
SP_SSN VARCHAR2(9) X
SP_ROUTE_NO VARCHAR2(6) X
SP_APT_NO VARCHAR2(6) X
SP_STREET_NO VARCHAR2(6) X
SP_STREET_DIR VARCHAR2(2) X
SP_STREET_NME VARCHAR2(30) X
SP_STREET_SUF VARCHAR2(2) X
SP_CITY VARCHAR2(20) X
SP_STATE VARCHAR2(2) X
SP_ZIP VARCHAR2(5) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

## 50. FTS_SPERSON_NOTES

This table contains notes associated with those persons contained within CGAB's Suspect Person system.

```
Name Null? Type
----------------------------- --------- ----
SP_ID_NO NOT NULL NUMBER X
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(70) X
```

## 51. FTS_STATE_DECODE

This table contains two position codes for States, Possessions, etc., and Canadian provinces.

```
Name Null? Type
----------------------------- --------- ----
STATE_ID NOT NULL VARCHAR2(2)
STATE_NAME VARCHAR2(15)
ENTERED_USER VARCHAR2(10)
```

16

 DATE
UPDATED_USER VARCHAR2(10)
 DATE

**52.** (New 6-17-2002)

This table is used to maintain information about those states that have a state registration system for purchases of firearms. Contains point-of-contact (POC) data and remarks.

```
Name Null? Type
------------------------------- -------- ----
STATE_ID NOT NULL VARCHAR2(2) X
POC_NAME VARCHAR2(100)
POC_PHONE VARCHAR2(10)
POC_FAX VARCHAR2(10)
POC_EMAIL VARCHAR2(100)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
REMARKS VARCHAR2(2000) X
```

**53. FTS_STATUS**

This decode table contains the code and narrative description used when completing a trace.

```
Name Null? Type
------------------------------- -------- ----
STATE_CODE NOT NULL VARCHAR2(2)
INACTIVE_IND VARCHAR2(1) (Set to "Y" when no longer used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
STATUS VARCHAR2(2000)
 VARCHAR2(1) (Imported Firearm)
 VARCHAR2(1) (OBR used in trace completion)
 VARCHAR2(1) (Individual purchased multiple firearms)
 VARCHAR2(1) (Do not close using "smart" closeout logic)
 VARCHAR2(1) ("Successful" trace)
 VARCHAR2(1) (Trace Delayed)
 VARCHAR2(1) (Awaiting supervisory review)
```

**54.** (new 6-17-2002)

Decode table of street direction possibilities, e.g. N, E, NW, SE, etc.

```
Name Null? Type
------------------------------- -------- ----
STREET_DIR NOT NULL VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

55. (new 6-17-2002)

Decode table of street suffix possibilities, e.g. AV, BL, CT, DR, etc.

| Name | Null? | Type |
|------|-------|------|
| STREET_SUFFIX | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 56. FTS_THEFT_CD

This table contains theft codes used in the FFL Theft and Interstate Theft sub-modules.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| THEFT_CD | NOT NULL | VARCHAR2(2) | X | (B, R, L, O) |
| THF_OPERATIVE_FLG | | VARCHAR2(1) | X | |
| THF_OPERATIVE_TIME | | DATE | X | |
| THEFT_CD_DESC | | VARCHAR2(60) | X | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | | |

## 57. FTS_THEFT_RECOVERY

This table contains information relative to the specific location a firearm is recovered related to a FFL Theft or Interstate Theft.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X | (Sub Modules: F, I) |
| MFG_CODE | NOT NULL | VARCHAR2(3) | X | |
| SERIAL_NO | NOT NULL | VARCHAR2(20) | X | |
| W_TYPE | NOT NULL | VARCHAR2(2) | X | |
| MODEL | NOT NULL | VARCHAR2(20) | X | |
| CALIBER | NOT NULL | VARCHAR2(6) | X | |
| RECOVERY_FTS_ID | | VARCHAR2(12) | X | (Null) |
| RECOVERY_TYPE | | VARCHAR2(2) | X | (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS,null) |
| RECOVERY_DATE | | DATE | X | |
| NCIC_CLEAR_DATE | | DATE | X | |
| FPC_CODE | | VARCHAR2(6) | X | |
| AGENT_LAST_NME | | VARCHAR2(30) | | |
| AGENT_FIRST_NME | | VARCHAR2(15) | | |
| AGENT_CITY | | VARCHAR2(20) | X | |
| AGENT_STATE | | VARCHAR2(2) | X | |
| AGENT_PHONE | | VARCHAR2(10) | X | |
| ORI_STAT | | VARCHAR2(2) | X | |
| ORI_OFFC | | VARCHAR2(3) | X | |
| ORI_EMAIL | | VARCHAR2(2) | X | |
| ORI_FC | | VARCHAR2(2) | X | |
| CASE_NUMBER | | VARCHAR2(15) | X | |
| OTHER_AGENCY | | VARCHAR2(30) | X | |
| OA_LAST_NME | | VARCHAR2(30) | X | |
| OA_FIRST_NME | | VARCHAR2(15) | X | |
| OA_STREET_NO | | VARCHAR2(8) | X | |
| OA_STREET_DIR | | VARCHAR2(2) | X | |
| OA_STREET_NME | | VARCHAR2(35) | X | |
| OA_STREET_SUF | | VARCHAR2(2) | X | |
| OA_CITY | | VARCHAR2(20) | X | |

```
OA_STATE VARCHAR2(2) X
OA_ZIP VARCHAR2(9) X
OA_COUNTRY VARCHAR2(2) X
OA_PHONE VARCHAR2(10) X
OA_FAX VARCHAR2(10) X
THEFT_STREET_NO VARCHAR2(8) X
THEFT_STREET_DIR VARCHAR2(2) X
THEFT_STREET_NME VARCHAR2(35) X
THEFT_STREET_SUF VARCHAR2(2) X
THEFT_CITY VARCHAR2(20) X
THEFT_STATE VARCHAR2(2) X (Actually Recovery State)
THEFT_ZIP VARCHAR2(9) X
THEFT_APT VARCHAR2(6) X
THEFT_ROUTE VARCHAR2(6) X
IND_LAST_NME VARCHAR2(30) X
IND_FIRST_NME VARCHAR2(15) X
IND_MIDDLE_NME VARCHAR2(15) X
IND_NAME_SUFFIX VARCHAR2(5) X
IND_RACE VARCHAR2(1) X
IND_SEX VARCHAR2(1) X
IND_DOB DATE X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

## 58. FTS_THEFT_RECOVERY_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to a firearm recovery location connected to an FFL Theft or Interstate Theft.

```
Name Null? Type
----------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Modules: F, I)
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000)X
MFG_CODE NOT NULL VARCHAR2(3) X
SERIAL_NO NOT NULL VARCHAR2(20) X
W_TYPE NOT NULL VARCHAR2(2) X
MODEL NOT NULL VARCHAR2(20) X
CALIBER NOT NULL VARCHAR2(6) X
```

## 59. FTS_TRACE

This table contains data specific to Traces, Multiple-Sales, Suspect-Gun, and Demand transactions. The BOGADO, SA.INV.NUMBER, ORI.OFFICE, ORI.EMAIL, ORI.FC, OA.INV.NUMBER, OA.AGENCY, OA.STREET, OA.CITY, OA.ZIPCD, OA.PHONE, OA.FAX, and GANG.NAME are NOT released under FOIA for the previous five years. For example, the FOIA release o February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From Januar 1, 1997 through December 31, 2000, these data elements are not released. Only the FTS.ID, COMP.CODE, COMP.DATE ENTERED.TIME, and UPDATED.TIME are used for Multiple-Sales.

```
Name Null? Type
----------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: D, M, S, T)
```

| Field | Type | Comment |
|---|---|---|
| ▓▓▓ | DATE | (Date trace was requested) |
| ▓▓▓ | VARCHAR2(3) | (from FTS_STATUS) |
| COMP_USER | DATE | |
| ▓▓▓ | VARCHAR2(10) | |
| ▓▓▓ | VARCHAR2(3) | |
| ▓▓▓ | VARCHAR2(1) | (Method used to enter trace data into FTS) |
| BOC_NO | VARCHAR2(1) | (R, I, U) |
| SA_INV_NUMBER | VARCHAR2(6) X | (ATF office submitting trace) |
| SA_BADGE | VARCHAR2(20) | (SA = ATF Special Agent) |
| SA_LSTNME | VARCHAR2(6) | |
| SA_FSTNME | VARCHAR2(20) | |
| ▓▓▓ | VARCHAR2(15) | |
| ▓▓▓ | VARCHAR2(20) | (SA- fields from FTS_ATFOFFC) |
| ▓▓▓ | VARCHAR2(2) | |
| ▓▓▓ | VARCHAR2(9) | |
| ▓▓▓ | VARCHAR2(10) | |
| ORI▓▓▓ | VARCHAR2(10) | |
| ORI_OFFICE | VARCHAR2(2) | |
| ORI_EMAIL | VARCHAR2(3) X | (Law enforcement Agency submitting trace) |
| ORI_FC | VARCHAR2(2) X | |
| OA_INV_NUMBER | VARCHAR2(2) X | |
| OA_AGENCY | VARCHAR2(20) X | |
| OA_BADGE | VARCHAR2(30) X | |
| OA_LSTNME | VARCHAR2(6) X | (OA- fields from FTS_ORIOFFC) |
| OA_FSTNME | VARCHAR2(20) X | |
| OA_STREET | VARCHAR2(15) X | |
| OA_CITY | VARCHAR2(30) X | |
| OA▓▓▓ | VARCHAR2(20) X | |
| OA_ZIPCD | VARCHAR2(2) | |
| OA▓▓▓ | VARCHAR2(9) X | |
| OA_PHONE | VARCHAR2(2) | |
| OA_FAX | VARCHAR2(10) X | |
| SPEC_INST | VARCHAR2(10) X | |
| REMARKS_TO_REQSTR | VARCHAR2(250) | (From requester) |
| ▓▓▓ | VARCHAR2(300) | (Remarks to be sent back to requester) |
| GANG_NAME | VARCHAR2(1) | |
| ▓▓▓ | VARCHAR2(30) X | |
| ▓▓▓ | VARCHAR2(4) | (Type of crime associated with trace) |
| ▓▓▓ | VARCHAR2(20) | |
| ▓▓▓ | VARCHAR2(1) | |
| ▓▓▓ | VARCHAR2(1) | |
| ▓▓▓ | VARCHAR2(1) | |
| REOPEN_USER | VARCHAR2(10) | (Person re-opening a trace) |
| ▓▓▓ | DATE | |
| ▓▓▓ | VARCHAR2(1) | |
| RPT_PRINT_USER | VARCHAR2(10) | |
| ▓▓▓ | DATE | |
| ▓▓▓ | VARCHAR2(1) | (The following "ind", "user", and "date" fields are |
| MFG_USER | VARCHAR2(10) | used by automated workflow processing of the trace) |
| ▓▓▓ | DATE | |
| ▓▓▓ | VARCHAR2(1) | |
| OBR_USER | VARCHAR2(10) | |
| ▓▓▓ | DATE | |
| ▓▓▓ | VARCHAR2(1) | |
| DAY_13_LTR_USER | VARCHAR2(10) | |
| ▓▓▓ | DATE | |
| ▓▓▓ | VARCHAR2(1) | |
| RECHECK_USER | VARCHAR2(10) | |
| ▓▓▓ | DATE | |
| ▓▓▓ | VARCHAR2(1) | |
| RESEARCH_USER | VARCHAR2(10) | |
| RESEARCH_DATE | DATE | |
| CALL_IND | VARCHAR2(1) | |
| CALL_USER | VARCHAR2(10) | |
| CALL_DATE | DATE | |
| LETTER_IND | VARCHAR2(1) | |
| LETTER_USER | VARCHAR2(10) | |

20

```
 DATE
 VARCHAR2(1) (Workflow Indicator)
ENTERED_USER VARCHAR2(10)
 DATE
UPDATED_USER VARCHAR2(10)
 DATE
 VARCHAR2(12) (Indicates duplicate trace)
 VARCHAR2(3) (Use of comp-code requires supervisory review)
```

**60.** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

This table is used to cross-reference specific indicators (that are used to identify traces with specific events) to the FTS_ID of a trace. This table contains data from the FTS_INDICATOR_XREF and FTS_PROJECT_XREF tables previously used in the FTS.

```
Name Null? Type
----------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X
INDICATOR_CODE NOT NULL VARCHAR2(4) X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

**61.** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

This is a decode table of indicators that are used to identify traces with specific events. It cross-references the 4 position indicator-code to the 30 position indicator description.

```
Name Null? Type
----------------------------- -------- ----
INDICATOR_CODE NOT NULL VARCHAR2(4) X
INDICATOR_DESC NOT NULL VARCHAR2(30) X
INACTIVE_IND NOT NULL VARCHAR2(1) X (Set to "Y" when r
REQUESTOR_AUTH_IND VARCHAR2(1)
SORT_ORDER NUMBER(4)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

**62. FTS_TRACE_NOTES**

This table contains notes specific to a Trace, Multiple-Sale, Suspect-Gun or Demand ___ saction.

```
Name Null? Type
----------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Modules: D, M, S, T)
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000) X
```

**63.** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (new 6-17-2002)

This table contains the codes and associated narrative descriptions of the methods used to enter trace data into FTS.

```
Name Null? Type
----------------------------- -------- ----
TRACE_ORIGIN NOT NULL VARCHAR2(1) X (1,2,3,4,5,6,7,B,F,M,N,P)
```

```
TRACE_ORIGIN_DESC NOT NULL VARCHAR2(30) X
INACTIVE_IND NOT NULL VARCHAR2(1) X (Set to "Y" when no longer used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
```

## 64. FTS_TRACE_XREF

This table is used to cross-reference the old Mainframe seven position FTS-IDs to the new GUI twelve position FTS-IDs.

```
Name Null? Type
-------------------------- -------- ----
 NOT NULL VARCHAR2(12) (Sub Modules: F, I, M, S, T)
 VARCHAR2(7)
ENTERED_USER VARCHAR2(10)
 DATE
UPDATED_USER VARCHAR2(10)
 DATE
```

## 65. FTS_VEHICLE

This table contains information for any vehicles associated with a firearm trace.

```
Name Null? Type
-------------------------- -------- ----
 NOT NULL VARCHAR2(12) (Sub Module: T)
 NOT NULL NUMBER
 VARCHAR2(20) (VEH = Vehicle)
 VARCHAR2(20)
 VARCHAR2(4)
VEH_TAG_STATE VARCHAR2(2)
VEH_TAG_NO VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
 DATE
UPDATED_USER VARCHAR2(10)
 DATE
```

## 66. FTS_WEAPONS

This table contains firearms information for Demand, FFL Theft, Interstate Theft, Multiple-Sales, Suspect-Guns, and Trace transactions. The trace is NOT released under FOIA for the previous five years IF the Trace firearm matches a Multiple-Sales firearm on Manufacturer, Type, and Serial Number. (Estimated at less then 5% of traces) For example, the FOIA release of February 15, 2002 contains all SERIAL NOs for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, the SERIAL NO may or may not be released, depending on if it matches a Multiple-Sale firearm. and are not released for 5 years.
Only , , , MFG, , , CALIBER, , , , and are recorded for Multiple-Sales. All are released under the M-S FOIA Release.

```
Name Null? Type
-------------------------- -------- ----
 NOT NULL VARCHAR2(12) (Sub Modules: D, F, I, M, S, T)
 NOT NULL NUMBER
SERIAL_NO VARCHAR2(20) X
MFG VARCHAR2(3)
W_TYPE VARCHAR2(2)
MODEL VARCHAR2(20)
CALIBER VARCHAR2(6)
BARREL VARCHAR2(2)
W_FINISH VARCHAR2(10)
ORIGIN VARCHAR2(2) (Country of Imported Firearms)
IMPORTER_NAME VARCHAR2(70) X
```

22

```
IMPORTER_FFL VARCHAR2(8) (Not populated for Traces prior to 2002)
▮▮▮▮▮▮ VARCHAR2(70)
▮▮▮▮▮▮▮▮▮ VARCHAR2(1)
▮▮▮▮ VARCHAR2(1)
▮▮▮▮▮▮ VARCHAR2(2)
▮▮▮▮▮▮ VARCHAR2(2)
▮▮▮▮▮▮ VARCHAR2(2)
▮▮▮▮▮▮ VARCHAR2(2)
▮▮▮▮▮▮▮▮ VARCHAR2(1)
ENTERED_USER VARCHAR2(10)
▮▮▮▮▮▮▮▮ DATE
UPDATED_USER VARCHAR2(10)
▮▮▮▮▮▮▮ DATE
 DATE
 VARCHAR2(20)
```

## 67. FTS_WEAPON_NOTES

This table contains notes specific to a firearm associated with a Trace, FFL Theft, Interstate Theft, or Suspect-Gun transaction.

```
Name Null? Type
---------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X (Sub Modules: F, I, S, T)
SEQ_NUMBER NOT NULL NUMBER X
NOTE_SEQ NOT NULL NUMBER X
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X
NOTE_TEXT VARCHAR2(2000) X (Note data)
```

## 68. FTS_WEDITTB

This table is used to maintain data used for validating firearm combinations.

```
Name Null? Type
---------------------------- -------- ----
▮▮▮▮▮▮▮▮▮▮ NOT NULL VARCHAR2(3)
▮▮▮▮▮▮▮▮ NOT NULL VARCHAR2(2) (P=Pistol, S=Shotgun, etc.)
▮▮▮▮▮▮▮ NOT NULL VARCHAR2(20)
▮▮▮▮▮▮▮▮ NOT NULL VARCHAR2(6)
▮▮▮▮▮▮▮▮ VARCHAR2(25) ("PISTOL","RIFLE", etc)
ENTERED_USER VARCHAR2(10)
▮▮▮▮▮▮▮▮ DATE
UPDATED_USER VARCHAR2(10)
▮▮▮▮▮▮▮ DATE
```

## 69. FTS_WFINISH

This decode table contains the finishes commonly used on firearms, e.g. "BLACK", "CHROME", "NICKEL".

```
Name Null? Type
---------------------------- -------- ----
▮▮▮▮▮▮▮▮▮ NOT NULL VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
▮▮▮▮▮▮▮ DATE
UPDATED_USER VARCHAR2(10)
▮▮▮▮▮▮▮ DATE
```

70. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (new 6-17-2002)

This decode table contains the code and associated description for workflow actions commonly used in the automated tracing of firearms, e.g. "TRACE REOPEN", "WORKGROUP ROUTING", "ROUTING ASSIGNMENT", etc.

| Name | Null? | Type | |
|------|-------|------|---|
| WORKFLOW_ACTION_CODE | NOT NULL | VARCHAR2(4) | |
| WORKFLOW_ACTION_DESC | NOT NULL | VARCHAR2(30) | |
| INACTIVE_IND | NOT NULL | VARCHAR2(1) | (Set to "Y" if no longer used.) |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

71. (new 6-17-2002)

This table contains the history of selected workflow actions used in a specific trace.

| Name | Null? | Type | |
|------|-------|------|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: T) |
| SEQ_NUMBER | NOT NULL | NUMBER(4) | |
| WORKFLOW_ACTION_CODE | NOT NULL | VARCHAR2(4) | |
| ACTION_USER | | VARCHAR2(10) | (Timestamp User) |
| ACTION_TIME | | DATE | (Timestamp Date) |
| DETAIL | | VARCHAR2(200) | (Workflow Narrative Description) |

72. 

This table was originally designed to identify traced firearms by different classes; however, this functionality was never implemented.

| Name | Null? | Type |
|------|-------|------|
| WPN_CLASS_CD | NOT NULL | VARCHAR2(10) |
| WPN_CLASS_CD_DESC | NOT NULL | VARCHAR2(10) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

24

362

25

**FLS ADDRESS HISTORY**

| Column Name | Datatype | Null | Attribute Definition |
|---|---|---|---|
| FAH RDS KEY | VARCHAR2(8) | NOT NULL | Unique number representing the region, district and sequence |
| | VARCHAR2(30) | NULL | (FK) number of a dealer assigned by the FLS system |
| FAH PREMISE CITY | VARCHAR2(30) | NULL | City of address |
| FAH PREMISE STATE | | | |
| FAH PREMISE ZIP CODE | VARCHAR2(9) | NULL | Zip code of the address |
| APP APPLICATION ID | VARCHAR2(20) | NOT NULL | Sequence number assigned to each application entered |
| APP LIC DIST | VARCHAR2(2) | NULL | District number assigned to the dealer license |
| APP LIC TYPE | VARCHAR2(2) | NULL | License type |
| APP LIC SEQN | VARCHAR2(5) | NULL | System generated sequence number |
| APP STATUS USERID | VARCHAR2(10) | NULL | UserID of the user who entered the status |
| APP TYPE | VARCHAR2(15) | NULL | Type of license application received |
| APP LICENSE NAME | VARCHAR2(50) | NULL | Dealer license name |
| APP PREMISE STREET | VARCHAR2(50) | NULL | FFL business street address |
| APP PREMISE STATE | VARCHAR2(2) | NULL | FFL business address state |
| APP COUNTY CODE | VARCHAR2(3) | NULL | FFL business address county code |
| APP MAIL STREET | VARCHAR2(50) | NULL | FFL mailing address |
| APP MAIL STATE | VARCHAR2(2) | NULL | FFL mailing address state code |
| APP VOICE PHONE | VARCHAR2(10) | NULL | FFL phone number |
| APP PRINT IND | VARCHAR2(1) | NULL | Indicates the application has been printed |
| APP WHOLESALE IND | VARCHAR2(1) | NULL | Indicates whether the dealer is a wholesaler of firearms |
| APP RECVD DATE | DATE | NULL | Date the dealer license application was received |
| APP PERFECT DATE | DATE | NULL | Data the application was perfected |

364

| Table Member | Column Name | Data Type | Null | (PK) | Definition |
|---|---|---|---|---|---|
| | APP_RETURN_DATE | DATE | NULL | | Date the license application was returned |
| | APP_ORGIN_ISSUE_DATE | DATE | NULL | | Date the license was issued |
| | APP_EXPIRE_DATE | DATE | NULL | | Date the dealer license will expire |
| | APP_CHNG_DATE | DATE | NULL | | Date the application record was changed |
| | APP_STORAGE_IND | VARCHAR2(1) | NULL | | Indicates whether the storage is Mobile, Permanent or Both |
| | APP_INSPTN_DATE | DATE | NULL | | Date of the dealer inspection |
| | APP_BUSINESS_TYPE | VARCHAR2(1) | NULL | | Type of business for license issue |
| | APP_CREATE_USERID | VARCHAR2(10) | NULL | | User Id of the user who created the dealer record |
| | APP_CREATE_DATE | DATE | NULL | | Date the dealer record was created |
| FLS_APPLICATION_TYPE | AT_APPLICATION_TYPE | VARCHAR2(15) | NOT NULL | (PK) | License application type |
| FLS_BANK_TRANS_XFER | BT_XMIT_DATA | VARCHAR2(80) | NULL | | TBD |
| | BT_TRANS_AMT | NUMBER(13) | NULL | | Amount of the bank transfer |
| | BT_GL_DATE | DATE | NULL | | General Ledger date |
| | BT_TRANS_CODE | VARCHAR2(3) | NULL | | Transaction code |
| | BT_USER_ID | VARCHAR2(10) | NULL | | UserID of the individual who entered the bank transfer record |
| | COM_CREATE_DATE | DATE | NULL | | Date the comments where created |
| | COM_TEXT | VARCHAR2(240) | NULL | | Comments associated to the dealer |
| | DRP_REGION | VARCHAR2(3) | NOT NULL | (PK) | Region code |
| | DRP_AREA_OFFICE | VARCHAR2(25) | NOT NULL | (PK) | ATF Field office name |
| | DRP_STATE | VARCHAR2(2) | NOT NULL | (PK) | State of the division |

MFG REQUEST

**FLS_INCOMING_CORRES**

| Column name | Type | Null | Key | Description |
|---|---|---|---|---|
| DRP_SPECIAL_ZIP | VARCHAR2(5) | NULL | | Special zip code assigned to field division |
| IC_RDS_KEY | VARCHAR2(8) | NOT NULL | (FK) | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| IC_DOC_TYPE | VARCHAR2(3) | NULL | | Document type |
| IC_PAGE_NBR | VARCHAR2(4) | NULL | | Page number |

**FLS_LIC_FEE_XREF**

| Column name | Type | Null | Key | Description |
|---|---|---|---|---|
| LFX_TYPE | VARCHAR2(2) | NOT NULL | (PK) | Type of license requested or issued |
| LFX_RENEWAL_FEE | NUMBER(5) | NULL | | License renewal fee amount |
| LFX_EFFECT_DATE | DATE | NULL | | License fee effective date |
| LOA_LETTER_DATE | DATE | NULL | | Date the Letter of Authorization was issued |
| LOA_EXPIRE_DATE | DATE | NULL | | Expiration date |
| LOA_CREATE_USERID | VARCHAR2(10) | NULL | | UserID who created the record |
| MN_USER_ID | VARCHAR2(10) | NULL | (FK) | UserID of the FLS user the message is assigned to |
| MN_ACK_IND | VARCHAR2(1) | NULL | | Indicates the message has been acknowledged by the user |
| MF_REC_CTR | VARCHAR2(14) | NULL | | TBD |
| MF_LETTER_DATE | DATE | NULL | | Date the dealer record was sent to be microfilmed |
| MF_FRAME_NBR | VARCHAR2(6) | NULL | | Microfilm frame where dealer record is located |

**FLS_OUTBUS**

| Column name | Type | Null | Key | Description |
|---|---|---|---|---|
| OB_RDS_KEY | VARCHAR2(8) | NOT NULL | (PK) (FK) | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| OB_DISPO_CODE | VARCHAR2(1) | NULL | | Out of business record disposition code |
| OB_CONDITION | VARCHAR2(1) | NULL | | Condition code for records received fro dealer |
| OB_BOUND_FRM_DATE | DATE | NULL | | TBD |
| OB_F4473_FRM_DATE | DATE | NULL | | TBD |

MFG REQUEST
Page 3 of 8

MFG REQUEST

| Column Name | Column Type | Null Indicator | Description |
|---|---|---|---|
| OB_MISC_FRM_DATE | DATE | NULL | TBD |
| OB_MISC_(redacted) | DATE | NULL | |
| OB_RECNTR_NBR | VARCHAR2(10) | NULL | TBD |
| OB_(redacted)_COD | VARCHAR2 | | |
| OB_L/C_NBR_PEDR | VARCHAR2(8) | NULL | TBD |
| OB_REC_(redacted)DATE | DATE | NULL | |
| OB_REC_ACQR_DATE | DATE | NULL | Date the successor acquired business |
| OB_(redacted) | VARCHAR2(10) | NULL | |
| OB_LTR1_DATE | DATE | NULL | TBD |
| OB_(redacted)_DATE | DATE | NULL | Userid of the individual who created the out of business dealer record |
| OB_CREATE_USERID | VARCHAR2(10) | NULL | |
| OB_(redacted) | DATE | | Userid of the individual who modified the out of business dealer |
| OB_MOD_USERID | VARCHAR2(10) | NULL | |
| OC_(redacted) | | | |
| OC_CORRES_TYPE | VARCHAR2(50) | NULL | Type of outgoing correspondence sent |
| OC_(redacted) | VARCHAR2 | | |
| OC_CREATE_DATE | DATE | NULL | Date the outgoing correspondence record was created |
| PAY_BANK_CONTROL_NBR | VARCHAR2(13) | NOT NULL | Control Number of the check used to pay the application fee |
| PAY_(redacted) | | | |
| PAY_POST_DATE | DATE | NULL | Date the payment was posted |
| PAY_(redacted) | | | |
| PAY_TRANS_CD | VARCHAR2(3) | NULL | Transaction code |
| PAY_(redacted) | | | |
| PAY_GLACCTG_DTE | DATE | NULL | General Ledger account date |
| PAY_(redacted)_NBR | | | |
| PAY_USER_ID | VARCHAR2(10) | NULL | UserID of the individual who entered the payment information |
| PAY_(redacted) | VARCHAR2(20) | NOT NULL | Sequence number |
| REF_REFUND_NBR | NUMBER(10) | NOT NULL (PK) | Refund number |
| REF_(redacted)_NBR | | | |
| REF_RDS_KEY | VARCHAR2(8) | NULL | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| REF_(redacted) | | | |
| REF_EXPIRE_CODE | VARCHAR2(2) | NULL | Expiration code |
| REF_(redacted)_CODE | VARCHAR2(2) | NULL | |
| REF_MAILED_RAU_DATE | DATE | NULL | Date the refund check was mailed |
| REF_AMOUNT | VARCHAR2 | NULL | |
| REF_SUP_USERID | VARCHAR2(10) | NULL | Reund supervisor UserID |

FLS REFUND

MFG REQUEST

MFG. REQUEST

| Column_Name | data type | NULL | Description |
|---|---|---|---|
| REF_COMMENT | VARCHAR2(100) | NULL | Refund comments |
| REF_CREATE_DATE | DATE | NULL | Date the refund record was created |
| RP_SEQN_NBR | VARCHAR2(6) | NOT NULL (PK) | Sequence number assigned to the responsible person |
| RP_ADD_DATE | DATE | NULL | Date the responsible person was added |
| RP_DOB_DATE | DATE | NULL | Date of Birth for the responsible person |
| RP_LAST_NAME | VARCHAR2(40) | NULL | Last name of the responsible person |
| RP_MIDDLE_NAME | VARCHAR2(20) | NULL | Middle name of the responsible person |
| RP_STREET | VARCHAR2(50) | NULL | Street address of the responsible person |
| RP_STATE | VARCHAR2(2) | NULL | State where the responsible person resides |
| RP_PHONE_NBR | VARCHAR2(10) | NULL | Phone number of the responsible person |
| RP_PRIMARY_IND | VARCHAR2(1) | NULL | Indicates this is the primary responsible person for the license issued |
| RP_3_STATE | VARCHAR2(2) | NULL | State code to be used to Criminal History Check |
| RP_5_STATE | VARCHAR2(2) | NULL | State code to be used to Criminal History Check |
| RP_RACE | VARCHAR2(1) | NULL | Race code of the responsible person |
| RP_SEX | VARCHAR2(1) | NULL | Sex code of the responsible person |
| RP_MOD_USERID | VARCHAR2(10) | NULL | UserID of the individual who modified the responsible person record |
| RP_COMMENT | VARCHAR2(200) | NULL | Comments associated to the responsible person |
| SAF_CODE | VARCHAR2(1) | NULL | Special attention flag code |
| SF_BADGE_NBR | VARCHAR2(15) | NULL | Badge number of person who is requesting a search |

MFG. REQUEST

# EXHIBIT 6

## 1. FTS_ADMINISTRATIVE

This table contains data labels and actual data that were provided by a requestor (usually non-ATF) on their trace submission pursuant to an investigation. The ATF National Tracing Center (NTC) also uses this table for internal routine database management.

```
Name Null? Type
.............................. ........ ....
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: S, T)
FLD1_LABEL VARCHAR2(20)
FLD1_REMARK VARCHAR2(30) Labels & Remarks for Investigative Notes.
FLD2_LABEL VARCHAR2(20)
FLD2_REMARK VARCHAR2(30)
FLD3_LABEL VARCHAR2(20)
FLD3_REMARK VARCHAR2(30)
FLD4_LABEL VARCHAR2(20)
FLD4_REMARK VARCHAR2(30)
FLD5_LABEL VARCHAR2(20)
FLD5_REMARK VARCHAR2(30)
FLD6_LABEL VARCHAR2(20)
FLD6_REMARK VARCHAR2(30)
FLD7_LABEL VARCHAR2(20)
FLD7_REMARK VARCHAR2(30)
PROJECT_NATIONAL1 VARCHAR2(20) More Investigative Notes.
PROJECT_NATIONAL2 VARCHAR2(20)
PROJECT_NATIONAL3 VARCHAR2(20)
PROJECT_NATIONAL4 VARCHAR2(20)
PROJECT_LOCAL1 VARCHAR2(20) More Investigative Notes.
PROJECT_LOCAL2 VARCHAR2(20)
CASE_AGENT VARCHAR2(20)
ATF_CASE_NO1 VARCHAR2(15)
ATF_CASE_NO2 VARCHAR2(15)
LOCAL_OFFICER VARCHAR2(35)
LOCAL_CASE_NO1 VARCHAR2(15)
LOCAL_CASE_NO2 VARCHAR2(15)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 2. FTS_ATOFFC

This table contains data used to identify ATF offices, and populate "SA-" fields within the FTS_TRACE table.

```
Name Null? Type
.............................. ........ ....
POD_TPIS NOT NULL VARCHAR2(6) (Used to populate BOC_NO)
POD_NAME VARCHAR2(30)
POD_STREET VARCHAR2(30)
POD_CITY VARCHAR2(20)
POD_STATE VARCHAR2(2)
POD_ZIP VARCHAR2(9)
POD_PHONE VARCHAR2(10)
POD_FAX VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 7. FTS_CRIMES

Decode table used to cross-reference crime-codes to a narrative of the crime that the trace was associated with.

| Name | Null? | Type | |
|------|-------|------|--|
| CRIME_CODE | NOT NULL | VARCHAR2(4) | (4 position code) |
| CRIME_DESC | | VARCHAR2(70) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 8. FTS_DEALTR

This table contains chronological disposition (FFL) data associated with specific Traces, Multiple-Sales, Suspect-Gun transactions, and Demand transactions. Positions 1-3 of the FFL_NBR, which can be used to identify the State the FFL is located in, are released under FOIA for traces entered during the previous 5 years. For example, the FOIA release of February 15, 2002 contains the complete FFL number for those traces entered through December 31, 1996. The POC_Name, POC_FAX, and Ship-to-FFL are also NOT released for 5 years. The FFL_NBR is released under FOIA for Multiple-Sales.

| Name | Null? | Type | |
|------|-------|------|--|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules D, M, S, T) |
| SEQ_NO | NOT NULL | NUMBER | |
| INVOICE_NO | | VARCHAR2(15) | (Not used for Multiple-Sales) |
| TRANSACTION_DATE | | DATE | (Trace=Date prev FFL shipped to this FFL) |
| | | | (M-S=Purchase date for M-S firearm) |
| FFL_NBR | | VARCHAR2(8) | |
| INVALID_SEQ | | NUMBER | |
| POC_NAME | | VARCHAR2(35) | (Not used for Multiple-Sales) |
| POC_FAX | | VARCHAR2(10) | (Not used for Multiple-Sales) |
| SHIP_TO_FFL | | VARCHAR2(8) | (Not used by any Sub-Module) |
| COOPR | | VARCHAR2(2) | |
| FIN_SALE | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| ▮▮▮▮▮ | | VARCHAR2(3) | (D1, D2) |

## 9. FTS_DEALTR_NOTES

This table contains notes entered by ATF NTC personnel relative to an FFL associated with a trace.

| Name | Null? | Type | |
|------|-------|------|--|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: M, S, T) |
| SEQ_NO | NOT NULL | NUMBER | |
| NOTE_SEQ | NOT NULL | NUMBER | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| NOTE_TEXT | | VARCHAR2(2000) | |

```
I_SEX VARCHAR2(1)
I_ROUTE_NO VARCHAR2(6)
I_APT_NO VARCHAR2(6)
I_STREET_NO VARCHAR2(6)
I_STREET_DIR VARCHAR2(2)
I_STREET_NME VARCHAR2(30)
I_STREET_SUF VARCHAR2(2)
I_CITY VARCHAR2(20)
I_COUNTY VARCHAR2(20)
I_STATE VARCHAR2(2)
I_ZIP VARCHAR2(9)
I_COUNTRY VARCHAR2(2)
I_IDENT_TYPE1 VARCHAR2(3) (Type of ID used by an individual)
I_IDENT_STAT1 VARCHAR2(2) (State where the ID was issued)
I_IDENT_NO1 VARCHAR2(20) (Number associated with ID)
I_IDENT_TYPE2 VARCHAR2(3) (Not used for Multiple-Sales)
I_IDENT_STAT2 VARCHAR2(2) (Not used for Multiple-Sales)
I_IDENT_NO2 VARCHAR2(20) (Not used for Multiple-Sales)
I_INVOLVE_DATE DATE (If role is "P" or M-S, Date of Purchase;
 If role is "S" or "A", Date Seized)
I_MULT_PUR_IND VARCHAR2(1) ("Y" - Frequently buys guns per FFL)
I_POSS_FELON_IND VARCHAR2(1) ("Y")
I_STATE_REG_IND VARCHAR2(1) ("Y","N")
I_NRS_USED_IND VARCHAR2(1) ("Y" if SK KAR hit)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 30. FTS_INDIVIDUAL_NOTES

This table contains any notes that were recorded for an individual associated with a Multiple-Sale, Suspect-Gun, or Trace.

```
Name Null? Type
------------------------------ -------- ----
FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: M, S, T)
I_SEQ_NUMBER NOT NULL NUMBER
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 31. 

This decode table is used to cross-reference the code for a role ("A", "P", "S", etc.) to the description of the role (Associate, Purchaser, Possessor, etc.)

```
Name Null? Type
------------------------------ -------- ----
ROLE_CODE NOT NULL VARCHAR2(1)
ROLE_DESC1 VARCHAR2(25)
ROLE_DESC2 VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

```
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 34. FTS_INVALID_FFL

This table contains "Z" or Invalid FFLs, i.e. substitute FFLs. These substitute FFLs are used when the actual FFL cannot be located or the purchaser of a firearm was not required to have a FFL (federal, state, local governments, military, foreign, etc.). The Z_LIC_NAME, Z_BUS_NAME, Z_STREET_NO, Z_STREET_DIR, Z_STREET_NME, Z_STREET_SUF, Z_CITY, Z_ZIP, and Z_PHONE are NOT released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, these data elements are not released.

```
Name Null? Type
------------------------------ -------- ----
Z_FFL_ID NOT NULL VARCHAR2(8)
Z_SEQ NOT NULL NUMBER
Z_LIC_NAME VARCHAR2(50)
Z_BUS_NAME VARCHAR2(50)
Z_STREET_NO VARCHAR2(6)
Z_STREET_DIR VARCHAR2(2)
Z_STREET_NME VARCHAR2(30)
Z_STREET_SUF VARCHAR2(2)
Z_CITY VARCHAR2(20)
Z_STATE VARCHAR2(2)
Z_ZIP VARCHAR2(9)
Z_COUNTRY VARCHAR2(2)
Z_PHONE VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 35. FTS_INVALID_FFL_NOTES

This table contains notes specific to an invalid or substitute FFL (Z-FFL).

```
Name Null? Type
------------------------------ -------- ----
Z_FFL_ID NOT NULL VARCHAR2(8)
Z_SEQ NOT NULL NUMBER
NOTE_SEQ NOT NULL NUMBER
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
NOTE_TEXT VARCHAR2(2000)
```

## 36. FTS_MANUF

This table contains the code assigned to firearms manufacturers, and other data such as country of manufacture

```
Name Null? Type
------------------------------ -------- ----
MFG_CODE NOT NULL VARCHAR2(3)
```

### 43. FTS_RECOVERY_INFO

This table is used to maintain recovery location information for traces and suspect-gun transactions.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: 9, T) |
| REC_ROUTE_NO | | VARCHAR2(6) | |
| REC_APT_NO | | VARCHAR2(6) | |
| REC_STREET_NO | | VARCHAR2(6) | |
| REC_STREET_DIR | | VARCHAR2(2) | |
| REC_STREET_NME | | VARCHAR2(30) | |
| REC_STREET_SUF | | VARCHAR2(2) | |
| REC_CITY | | VARCHAR2(20) | |
| REC_STATE | | VARCHAR2(2) | |
| REC_ZIP | | VARCHAR2(9) | |
| REC_COUNTRY | | VARCHAR2(2) | |
| REC_LOC_TYPE | | VARCHAR2(2) | |
| REC_DATE | | DATE | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| | | VARCHAR2(20) | |

### 44. FTS_RECOVERY_INFO_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to the recovery location information for firearm traces.

| Name | Null? | Type | |
| --- | --- | --- | --- |
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: T) |
| NOTE_SEQ | NOT NULL | NUMBER | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| NOTE_TEXT | | VARCHAR2(2000) | |

### 45. FTS_RECOVERY_LOC_CD

This decode table is used to cross reference the coded recovery location type to the narrative description for the type, e.g. Airport, Vehicle, Store, Gas Station, etc.

| Name | Null? | Type |
| --- | --- | --- |
| REC_LOC_TYPE | NOT NULL | VARCHAR2(2) |
| REC_LOC_DESC | NOT NULL | VARCHAR2(25) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 59. FTS_TRACE

This table contains data specific to Traces, Multiple-Sales, Suspect-Gun, and Demand transactions. The BOC_NO, SA_INV_NUMBER, ORI_OFFICE, ORI_EMAIL, ORI_FC, OA_INV_NUMBER, OA_AGENCY, OA_STREET, OA_CITY, OA_ZIPCD, OA_PHONE, OA_FAX, and GANG_NAME are NOT released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, these data elements are not released. Only the FTS_ID, COMP_CODE, COMP_DATE, ENTERED_TIME, and UPDATED_TIME are used for Multiple-Sales.

| Name | Null? | Type | |
|------|-------|------|--|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: D, M, S, T) |
| REQ_DATE | | DATE | (Date trace was requested) |
| COMP_CODE | | VARCHAR2(3) | (from FTS_STATUS) |
| COMP_DATE | | DATE | |
| COMP_USER | | VARCHAR2(10) | |
| PREV_COMP_CODE | | VARCHAR2(3) | |
| TRACE_ORIGIN | | VARCHAR2(1) | (Method used to enter trace data into FTS) |
| PRIORITY | | VARCHAR2(1) | (R, I, U) |
| BOC_NO | | VARCHAR2(8) | (ATF office submitting trace) |
| SA_INV_NUMBER | | VARCHAR2(20) | (SA = ATF Special Agent) |
| SA_BADGE | | VARCHAR2(8) | |
| SA_LSTNME | | VARCHAR2(20) | |
| SA_FSTNME | | VARCHAR2(15) | |
| SA_CITY | | VARCHAR2(20) | (SA- fields from FTS_ATFOFFC) |
| SA_STATE | | VARCHAR2(2) | |
| SA_ZIPCD | | VARCHAR2(9) | |
| SA_PHONE | | VARCHAR2(10) | |
| SA_FAX | | VARCHAR2(10) | |
| ORI_STATE | | VARCHAR2(2) | |
| ORI_OFFICE | | VARCHAR2(3) | (Law enforcement Agency submitting trace) |
| ORI_EMAIL | | VARCHAR2(2) | |
| ORI_FC | | VARCHAR2(2) | |
| OA_INV_NUMBER | | VARCHAR2(20) | |
| OA_AGENCY | | VARCHAR2(30) | |
| OA_BADGE | | VARCHAR2(8) | (OA- fields from FTS_ORIOFFC) |
| OA_LSTNME | | VARCHAR2(20) | |
| OA_FSTNME | | VARCHAR2(15) | |
| OA_STREET | | VARCHAR2(30) | |
| OA_CITY | | VARCHAR2(20) | |
| OA_STATE | | VARCHAR2(2) | |
| OA_ZIPCD | | VARCHAR2(9) | |
| OA_COUNTRY | | VARCHAR2(2) | |
| OA_PHONE | | VARCHAR2(10) | |
| OA_FAX | | VARCHAR2(10) | |
| SPEC_INST | | VARCHAR2(250) | (From requester) |
| REMARKS_TO_REQSTR | | VARCHAR2(300) | (Remarks to be sent back to requester) |
| TRACE_PROJ | | VARCHAR2(1) | |
| GANG_NAME | | VARCHAR2(30) | |
| CRIME1 | | VARCHAR2(4) | (Type of crime associated with trace) |
| ISIS_NUM | | VARCHAR2(20) | |
| YCG_IND | | VARCHAR2(1) | |
| FBI_DRUGFIRE_IND | | VARCHAR2(1) | |
| NEW_INFO_PRINT_IND | | VARCHAR2(1) | |
| REOPEN_USER | | VARCHAR2(10) | (Person re-opening a trace) |
| REOPEN_DATE | | DATE | |
| RPT_IND | | VARCHAR2(1) | |
| RPT_PRINT_USER | | VARCHAR2(10) | |
| RPT_PRINT_DATE | | DATE | |

FTS_VEHICLE

| | |
|---|---|
| VEH_YEAR | VARCHAR2(4) |
| VEH_TAG_STATE | VARCHAR2(2) |
| VEH_TAG_NO | VARCHAR2(10) |
| ENTERED_USER | VARCHAR2(10) |
| ENTERED_TIME | DATE |
| UPDATED_USER | VARCHAR2(10) |
| UPDATED_TIME | DATE |

## 66. FTS_WEAPONS

This table contains firearms information for Demand, FFL Theft, Interstate Theft, Multiple-Sales, Suspect-Guns, and Trace transactions. The trace SERIAL_NO is NOT released under FOIA for the previous five years IF the Trace firearm matches a Multiple-Sales firearm on Manufacturer, Type, and Serial Number. (Estimated at less than 5% of traces) For example, the FOIA release of February 15, 2002 contains all SERIAL_NOs for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, the SERIAL_NO may or may not be released, depending on if it matches a Multiple-Sale firearm. IMPORTER_NAME and IMPORTER_FFL are not released for 5 years.
Only FTS_ID, SEQ_NUMBER, SERIAL_NO, MFG, W_TYPE, , CALIBER, IMPORTER_NAME, FAILED_MS_VAL_IND, ENTERED_TIME, and ENTERED_TIME are recorded for Multiple-Sales. All are released under the M-S FOIA Release.

| Name | Null? | Type | |
|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: D, F, I, M, S, T) |
| SEQ_NUMBER | NOT NULL | NUMBER | |
| SERIAL_NO | | VARCHAR2(20) | |
| MFG | | VARCHAR2(3) | |
| W_TYPE | | VARCHAR2(2) | |
| MODEL | | VARCHAR2(20) | |
| CALIBER | | VARCHAR2(6) | |
| BARREL | | VARCHAR2(2) | |
| WFINISH | | VARCHAR2(10) | |
| ORIGIN | | VARCHAR2(2) | (Country of Imported Firearms) |
| IMPORTER_NAME | | VARCHAR2(70) | |
| IMPORTER_FFL | | VARCHAR2(8) | (Not populated for Traces prior to 2002) |
| ID_MARKS | | VARCHAR2(70) | |
| FAILED_MS_VAL_IND | | VARCHAR2(1) | |
| OBLIT_IND | | VARCHAR2(1) | |
| RESTORED_CODE | | VARCHAR2(2) | |
| REMOVAL_CODE | | VARCHAR2(2) | |
| DRILL_SIZE | | VARCHAR2(2) | |
| WEAPON_CLASS | | VARCHAR2(2) | |
| ASSAULT_WEAPON_IND | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| | | DATE | |
| | | VARCHAR2(20) | |

## 67. FTS_WEAPON_NOTES

This table contains notes specific to a firearm associated with a Trace, FFL Theft, Interstate Theft, or Suspect-Gun transaction.

| Name | Null? | Type | |
|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Modules: F, I, S, T) |
| SEQ_NUMBER | NOT NULL | NUMBER | |

| FLS_ADDRESS_HISTORY | | | |
|---|---|---|---|
| FAH_RDS_KEY | VARCHAR2(8) | NOT NULL | Unique number representing the region, district and sequence (FX) number of a dealer assigned by the FLS system |
| FAH_PREMISE_CITY | VARCHAR2(30) | NULL | City of address |
| FAH_PREMISE_ZIP_CODE | VARCHAR2(9) | NULL | Zip code of the address |
| APP_APPLICATION_ID | VARCHAR2(20) | NOT NULL | Sequence number assigned to each application entered |
| APP_LIC_DIST | VARCHAR2(2) | NULL | District number assigned to the dealer license |
| APP_LIC_TYPE | VARCHAR2(2) | NULL | License type |
| APP_LIC_SEQN | VARCHAR2(6) | NULL | System generated sequence number |
| APP_STATUS_USERID | VARCHAR2(10) | NULL | UserID of theuser who entered the status |
| APP_TYPE | VARCHAR2(15) | NULL | Type of license application received |
| APP_LICENSE_NAME | VARCHAR2(50) | NULL | Dealer license name |
| APP_PREMISE_STREET | VARCHAR2(50) | NULL | FFL business street address |
| APP_PREMISE_STATE | VARCHAR2(2) | NULL | FFL business address state |
| APP_COUNTY_CODE | VARCHAR2(3) | NULL | FFL business address county code |
| APP_MAIL_STREET | VARCHAR2(50) | NULL | FFL mailing address |
| APP_MAIL_STATE | VARCHAR2(2) | NULL | FFL mailing address state code |
| APP_VOICE_PHONE | VARCHAR2(10) | NULL | FFL phone number |
| APP_PRINT_IND | VARCHAR2(1) | NULL | Indicates the application has been printed |
| APP_WHOLESALE_IND | VARCHAR2(1) | NULL | Indicates whether the dealer is a wholesaler of firearms |
| APP_RECVD_DATE | DATE | NULL | Date the dealer license application was received |
| APP_PERFECT_DATE | DATE | NULL | Date the application was perfected |

| Field | Data Type | Null | Description |
|---|---|---|---|
| APP_RETURN_DATE | DATE | NULL | Date the license application was returned |
| APP_ORGIN_ISSUE_DATE | DATE | NULL | Date the license was issued |
| APP_EXPIRE_DATE | DATE | NULL | Date the dealer license will expire |
| APP_CHNG_DATE | DATE | NULL | Date the application record was changed |
| APP_STORAGE_IND | VARCHAR2(1) | NULL | Indicates whether the storage is Mobile, Permanent or Both |
| APP_INSPTN_DATE | DATE | NULL | Date of the dealer inspection |
| APP_BUSINESS_TYPE | VARCHAR2(1) | NULL | Type of business for license issue |
| APP_CREATE_USERID | VARCHAR2(10) | NULL | User Id of the user who created the dealer record |
| APP_CREATE_DATE | DATE | NULL | Date the dealer record was created |

**FLS_APPLICATION_TYPE**

| Field | Data Type | Null | Description |
|---|---|---|---|
| AT_APPLICATION_TYPE | VARCHAR2(15) | NOT NULL (PK) | License application type |

**FLS_BANK_TRANS_XFER**

| Field | Data Type | Null | Description |
|---|---|---|---|
| BT_XMIT_DATA | VARCHAR2(80) | NULL | TBD |
| BT_TRANS_AMT | NUMBER(13) | NULL | Amount of the bank transfer |
| BT_GL_DATE | DATE | NULL | General Ledger date |
| BT_TRANS_CODE | VARCHAR2(3) | NULL | Transaction code |
| BT_USER_ID | VARCHAR2(10) | NULL | UserID of the individual who entered the bank transfer record |

**COM_COMMENT**

| Field | Data Type | Null | Description |
|---|---|---|---|
| COM_CREATE_DATE | DATE | NULL | Date the comments where created |
| COM_TEXT | VARCHAR2(240) | NULL | Comments associated to the dealer |
| DRP_REGION | VARCHAR2(3) | NOT NULL (PK) | Region code |
| DRP_AREA_OFFICE | VARCHAR2(25) | NOT NULL (PK) | ATF Field office name |
| DRP_STATE | VARCHAR2(2) | NOT NULL (PK) | State of the division |

| | | | |
|---|---|---|---|
| DRP_SPECIAL_ZIP | VARCHAR2(5) | NULL | Special zip code assigned to field division |
| **FLS_INCOMING_CORRES** | | | |
| IC_RDS_KEY | VARCHAR2(8) | NOT NULL | (FK) Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| IC_DOC_TYPE | VARCHAR2(3) | NULL | Document type |
| IC_PAGE_NBR | VARCHAR2(4) | NULL | Page number |
| **FLS_LIC_FEE_XREF** | | | |
| LFX_TYPE | VARCHAR2(2) | NOT NULL (FK) | Type of license requested or issued |
| LFX_RENEWAL_FEE | NUMBER(6) | NULL | License renewal fee amount |
| LFX_EFFECT_DATE | DATE | NULL | License fee effective date |
| LOA_LETTER_DATE | DATE | NULL | Date the Letter of Authorization was issued |
| LOA_EXPIRE_DATE | DATE | NULL | Expiration date |
| LOA_CREATE_USERID | VARCHAR2(10) | NULL | UserID who created the record |
| MN_USER_ID | VARCHAR2(10) | NULL | (FK) UserID of the FLS user the message is assigned to |
| MN_ACK_IND | VARCHAR2(1) | NULL | Indicates the message has been acknowledged by the user |
| MF_REC_CTR | VARCHAR2(14) | NULL | TBD |
| MF_LETTER_DATE | DATE | NULL | Date the dealer record was sent to be microfilmed |
| MF_FRAME_NBR | VARCHAR2(6) | NULL | Microfilm frame where dealer record is located |
| **FLS_OUTBUS** | | | |
| OB_RDS_KEY | VARCHAR2(8) | NOT NULL (PK) (FK) | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| OB_DISPO_CODE | VARCHAR2(1) | NULL | Out of business record disposition code |
| OB_CONDITION | VARCHAR2(1) | NULL | Condition code for records received fro dealer |
| OB_BOUND_FRM_DATE | DATE | NULL | TBD |
| OB_F4473_FRM_DATE | DATE | NULL | TBD |

| Column Name | Data Type | Null | Comments |
| --- | --- | --- | --- |
| REF_COMMENT | VARCHAR2(100) | NULL | Refund comments |
| REF_CREATE_DATE | DATE | NULL | Date the refund record was created |
| RP_SEQN_NBR | VARCHAR2(5) | NOT NULL (PK) | Sequence number assigned to the responsible person |
| RP_ADD_DATE | DATE | NULL | Date the responsible person was added |
| RP_DOB_DATE | DATE | NULL | Date of Birth for the responsible person |
| RP_LAST_NAME | VARCHAR2(40) | NULL | Last name of the responsible person |
| RP_MIDDLE_NAME | VARCHAR2(20) | NULL | Middle name of the responsible person |
| RP_STREET | VARCHAR2(50) | NULL | Street address of the responsible person |
| RP_STATE | VARCHAR2(2) | NULL | State where the responsible person resides |
| RP_PHONE_NBR | VARCHAR2(10) | NULL | Phone number of the responsible person |
| RP_PRIMARY_IND | VARCHAR2(1) | NULL | Indicates this is the primary responsible person for the license issued |
| RP_3_STATE | VARCHAR2(2) | NULL | State code to be used to Criminal History Check |
| RP_5_STATE | VARCHAR2(2) | NULL | State code to be used to Criminal History Check |
| RP_RACE | VARCHAR2(1) | NULL | Race code of the responsible person |
| RP_SEX | VARCHAR2(1) | NULL | Sex code of the responsible person |
| RP_MOD_USERID | VARCHAR2(10) | NULL | UserID of the individual who modified the responsible person record |
| RP_COMMENT | VARCHAR2(200) | NULL | Comments associated to the responsible person |
| SAF_CODE | VARCHAR2(1) | NULL | Special attention flag code |
| SF_BADGE_NBR | VARCHAR2(15) | NULL | Badge number of person who is requesting a search |

| Column | Data Type | Null | PK | Description |
|---|---|---|---|---|
| OB_MISC_FRM_DATE | DATE | NULL | | TBD |
| OB_RECNTR_NBR | VARCHAR2(10) | NULL | | TBD |
| OB_LIC_NBR_PEDR | VARCHAR2(8) | NULL | | TBD |
| OB_REC_ACQR_DATE | DATE | NULL | | Date the successor acquired business |
| OB_LTR1_DATE | DATE | NULL | | TBD |
| OB_CREATE_USERID | VARCHAR2(10) | NULL | | Userid of the individual who created the out of business dealer record |
| OB_MOD_USERID | VARCHAR2(10) | NULL | | Userid of the individual who modified the out of business dealer |
| OC_CORRES_TYPE | VARCHAR2(50) | NULL | | Type of outgoing correspondence sent |
| OC_CREATE_DATE | DATE | NULL | | Date the outgoing correspondence record was created |
| PAY_BANK_CONTROL_NBR | VARCHAR2(13) | NOT NULL | | Control Number of the check used to pay the application fee |
| PAY_POST_DATE | DATE | NULL | | Date the payment was posted |
| PAY_TRANS_CD | VARCHAR2(3) | NULL | | Transaction code |
| PAY_GLACCTG_DTE | DATE | NULL | | General Ledger account data |
| PAY_USER_ID | VARCHAR2(10) | NULL | | UserID of the individual who entered the payment information |
| REF_REFUND_NBR | NUMBER(10) | NOT NULL | (PK) | Refund number |
| REF_RDS_KEY | VARCHAR2(8) | NULL | | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| REF_EXPIRE_CODE | VARCHAR2(2) | NULL | | Expiration code |
| REF_MAILED_RAU_DATE | DATE | NULL | | Date the refund check was mailed |
| REF_SUP_USERID | VARCHAR2(10) | NULL | | Reund supervisor UserID |

FLS REFUND

EXHIBIT 7

 

**From :** TMcINERNEY@mrweiser.com
**To :** dandockery@hotmail.com
**CC :** rsisen@atfhq.atf.treas.gov, bkush@auditwatch.com, gbamberger@lexecon.com, nmathiow@survey.umd.edu, dublnln@wecker.com
**Subject :** NAACP v. AcuSport, et al. -- data request
**Date :** Fri, 2 Aug 2002 11:20:00 -0400

Dear Mr. Dockery:

Pursuant to the July 22nd teleconference and subsequent meeting earlier this week of experts on this case at BATF in Washington, this email is to relate our disposition with repect to data requested for analyses.

Our needs are satisified with the existing data available through the FOIA.

If any additional non-FOIA data requested by the Plaintiff's expert were ever to be released, our expectation is that it would also become available to us.

Thank you.

Sincerely,

Tim McInerney

Timothy McInerney, DBA, CMC
Principal
Weiser Consulting LLC
135 West 50th Street
New York, NY 10020
212-375-6555
tim@conslt.com

Accounting, Valuation and Due Diligence Investigation

A member firm of Moores Rowland International

---

 © 2002 Microsoft Corporation. All rights reserved. TERMS OF USE Advertise TRUSTe Approved Privacy Statem

 **Hotmail®** dandockery@hotmail.com

EXHIBIT 8

**From :** "Howard Andrews" <andrews@pi.cpmc.columbia.edu>
**To :** <dandockery@hotmail.com>
**CC :** "Elisa Barnes" <EBARNESESQ@aol.com>, "Ed Hill" <EHill53769@aol.com>, "Drew Claxton" <Drew.Claxton@NERA.com>, "Lucy Allen" <Lucy.Allen@NERA.com>
**Subject :** notes on data request
**Date :** Mon, 05 Aug 2002 09:27:51 -0400

Hi Dan,

Hope you received the data request I faxed lateThursday, and the followup fedex, indicating the fields that we request from the FTS and FLS databases. I also wanted you to know that I participated in a conference call with Tim McInerny, Chip Bamberger and some of the other defendants' experts Thursday afternoon.

A couple of notes on plantiffs' request:

1) As I indicated in a note on the fax, in addition to the existing Oracle fields we requested, it would be important for us to have ATF derive a set of additional fields that would indicate whether in the initial steps of the trace process (as described by Charles Hauser) the serial # of the gun matched with a weapon in any other electronic databases maintained by ATF: out-of-business records, theft, interstate theft, multiple sales, suspect guns, 'demand' transactions. I think this should be-pretty straightforward for Gary to do; my guess is that the code to create these indicators already exists. Specifically, what we would be looking for is a set of indicators, one for each possible electronic database, with the value set to '1' or 'Y' if there was a match.

2) We have focused so far on defining the fields (columns) in the FTS database that each side would like, but we also need to define the transactions (rows) that are being requested. Plaintiffs are primarily interested in theTrace Submodule, i.e. FTS_ID fields with a 'T' in the first position. We do not request data for Demand (D), FFL-Theft (F), Interestate Theft (I), or Suspect Gun (S) transactions. However, as indicated in item 1, above, we do want to know through the use of an indicator variable when there has been a match between any of these transactions, or a Multiple-Sale transaction, and a Trace transaction.

3) In terms of recency, we would like data on all transactions (trace requests) through December 2001.

4) ATF produces a standard FOIA Multiple Sales file containing selected fields from the FTS database for Multiple Sales (M) transactions. We would like to get an up-to-date version of this file, generated from the FTS database at the same time as the rest of the FTS data we receive.

5) In terms of non-FTS data, we would like all gun production and sales data submitted by manufacturers and distributors to ATF. We did not talk about this in detail at last week's meetings, so we would probably have to have a discussion about the data format in which this information is available.

Howard

382

## EXHIBIT 9

# Firearms Tracing System (FTS)

# Oracle Table & Data Element Descriptions

August 9, 2002

**Notes:**
The **FTS_ID** field is a 12 character indexed data element that is used to cross reference the rows specific to a trace, multiple-sale, etc., within the many different tables that contain data for each specific trace, multiple-sale, etc. This data element will usually be the first data element within a row. The first position of the FTS_ID data element indicates the type of transaction, e.g. "T" for traces, "M" for multiple-sales, etc. Positions 2-5 indicate the calendar year in which the transaction was created, e.g."2001", "2002", etc., and positions 6-12 are used as a counter to make the FTS_ID field unique for each trace, multiple-sale, etc., e.g. "0000001" through "9999999". An example of a FTS_ID for a trace would be "T19990012387". An example of a FTS_ID for a multiple-sale would be "M20010043598".

**The possible types of transactions (sub-modules) within the FTS are as follows:**

"D" for Demand transactions. (Data associated with Federal Firearms Licensees (FFLs) who were placed "on demand" and therefore required to report firearms transactions monthly to ATF.)

"F" for FFL-Theft transactions. (Data associated with the reporting of a theft of firearms from FFLs.)

"I" for Interstate-Theft transactions. (Data associated with the reporting of a theft of firearms from interstate shipments.)

"M" for Multiple-Sale transactions. (Data associated with the required reporting to ATF by FFLs of multiple handgun sales to an individual during a five day period.)

"S" for Suspect-Gun transactions. (Data associated with firearms that ATF agents have identified to receive notification of if the firearm is involved in any ATF activity.)

"T" for Trace transactions. (Data associated with tracing firearms from a manufacturer to a retail purchaser.)

Resulting from standard conventions used for FTS Oracle tables, all FTS tables contain data elements indicating when and by whom each row within a table was added (ENTERED_TIME & ENTERED_USER), and data elements indicating when and by whom each row within a table was updated (UPDATED_TIME & UPDATED_USER). These data elements are usually the last four data elements within the row. Names of ATF National Tracing Center (NTC) personnel are never released to the public.

**Highlighting used in this document:**

Yellow = Data elements released under the most recent FOIA **Trace** Release (February 2002).

Green = Tables or data elements added to the FTS since the most recent Trace FOIA release (February 2002).

Red = Tables no longer used in the FTS since the most recent **Trace** FOIA release (February 2002).

Codes

| | | |
|---|---|---|
| X | = | Requested by Defendant Manufacturers |
| Π | = | Requested by Plaintiff |
| N | = | ATF will not disclose due to Sensitive LE interest or Privacy concerns |
| Y | = | ATF may disclose under agreed upon protective order which would include, among other things, a requirement that neither party will attempt to introduce in the public any trace-specific or individual-specific information since said attempt will trigger law enforcement or privacy concerns |

\* = Related to Demand Letters- ATF may disclose under agreed upon protective order only to the extent that they relate to defendants

**NOTE: DATA SUBJECT TO AGREED UPON PROTECTIVE ORDER WILL BE RELEASED FOR TRACES THROUGH AUGUST 31, 2001**

## 1. FTS_ADMINISTRATIVE

This table contains data labels and actual data that were provided by a requestor (usually non-ATF) on their trace submission pursuant to an investigation. The ATF National Tracing Center (NTC) also uses this table for internal routine database management.

| Name | Null? Type | | |
|---|---|---|---|
| FTS_ID | NOT NULL VARCHAR2(12) | | (Sub Modules: S, T) |
| FLD1_LABEL | VARCHAR2(20) X N | | |
| FLD1_REMARK | VARCHAR2(30) | X N | Labels & Remarks for Investigative Notes. |
| FLD2_LABEL | VARCHAR2(20) X N | | |
| FLD2_REMARK | VARCHAR2(30) | X N | |
| FLD3_LABEL | VARCHAR2(20) X N | | |
| FLD3_REMARK | VARCHAR2(30) | X N | |
| FLD4_LABEL | VARCHAR2(20) X N | | |
| FLD4_REMARK | VARCHAR2(30) | X N | |
| FLD5_LABEL | VARCHAR2(20) X N | | |
| FLD5_REMARK | VARCHAR2(30) | X N | |
| FLD6_LABEL | VARCHAR2(20) X N | | |
| FLD6_REMARK | VARCHAR2(30) | X N | |
| FLD7_LABEL | VARCHAR2(20) X N | | |
| FLD7_REMARK | VARCHAR2(30) | X N | |
| PROJECT_NATIONAL1 | VARCHAR2(20) | X N | More Investigative Notes. |
| PROJECT_NATIONAL2 | VARCHAR2(20) | X N | |
| PROJECT_NATIONAL3 | VARCHAR2(20) | X N | |
| PROJECT_NATIONAL4 | VARCHAR2(20) | X N | |
| PROJECT_LOCAL1 | VARCHAR2(20) | X N | More Investigative Notes. |
| PROJECT_LOCAL2 | VARCHAR2(20) | X N | |
| CASE_AGENT | VARCHAR2(20) | | |
| ATF_CASE_NO1 | VARCHAR2(15) | X Y | |
| ATF_CASE_NO2 | VARCHAR2(15) | X Y | |
| LOCAL_OFFICER | VARCHAR2(35) | X N | |
| LOCAL_CASE_NO1 | VARCHAR2(15) | X Y | |
| LOCAL_CASE_NO2 | VARCHAR2(15) | X Y | |
| ENTERED_USER | VARCHAR2(10) | | |
| ENTERED_TIME | DATE | | |
| UPDATED_USER | VARCHAR2(10) | | |
| UPDATED_TIME | DATE | | |

## 2. FTS_ATFOFFC

This table contains data used to identify ATF offices, and populate "SA-" fields within the FTS_TRACE table.

| Name | Null? Type | |
|---|---|---|
| POD_TPIS | NOT NULL VARCHAR2(6) | (Used to populate BOC_NO) |
| POD_NAME | VARCHAR2(30) | |
| POD_STREET | VARCHAR2(30) | |
| POD_CITY | VARCHAR2(20) | |
| POD_STATE | VARCHAR2(2) | |
| POD_ZIP | VARCHAR2(9) | |
| POD_PHONE | VARCHAR2(10) | |
| POD_FAX | VARCHAR2(10) | |
| ENTERED_USER | VARCHAR2(10) | |
| ENTERED_TIME | DATE | |
| UPDATED_USER | VARCHAR2(10) | |
| UPDATED_TIME | DATE | |

## 3. FTS_CALIBER

Table used to validate the caliber of a firearm submitted for tracing

2

| Name | Null? | Type |
|---|---|---|
| CALIBER | NOT NULL | VARCHAR2(6) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 4. FTS_CLOSE_HISTORY (New 6-17-2002)

Table used to maintain a history of Comp-Code/Stat-Code and Remarks (notes) data when a trace is closed.

| Name | Null? | Type | |
|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | (Sub Module: T) |
| SEQ_NUMBER | NOT NULL | NUMBER(4) | |
| STAT_CODE | NOT NULL | VARCHAR2(2) | |
| COMP_DATE | | DATE | |
| COMP_USER | | VARCHAR2(10) | |
| REMARKS_TO_REQSTR | | VARCHAR2(300) | |

## 5. FTS_COOPERATION_REF (New 6-17-2002)

Decode table used in describing cooperation levels of FFLs when contacted by ATF NTC personnel.

| Name | Null? | Type | | |
|---|---|---|---|---|
| COOPR | NOT NULL | VARCHAR2(2) | X Y | ("C", "NR", "U". "R") |
| COOPERATION_DESC | NOT NULL | VARCHAR2(30) | X N | |
| INACTIVE_IND | NOT NULL | VARCHAR2(1) | X Y | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | | |

## 6. FTS_COUNTRY

Decode table used to cross-reference country names to their abbreviations.

| Name | Null? | Type |
|---|---|---|
| COUNTRY_CODE | NOT NULL | VARCHAR2(2) |
| COUNTRY_NAME | | VARCHAR2(30) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 7. FTS_CRIMES

Decode table used to cross-reference crime-codes to a narrative of the crime that the trace was associated with.

| Name | Null? | Type | |
|---|---|---|---|
| CRIME_CODE | NOT NULL | VARCHAR2(4) | (4 position code) |
| CRIME_DESC | | VARCHAR2(70) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

3

## 8. FTS_DEALTR

This table contains chronological disposition (FFL) data associated with specific Traces, Multiple-Sales, Suspect-Gun transactions, and Demand transactions. Positions 1-3 of the FFL_NBR, which can be used to identify the State the FFL is located in, are released under FOIA for traces entered during the previous 5 years. For example, the FOIA release of February 15, 2002 contains the complete FFL number for those traces entered through December 31, 1996. The POC_Name, POC_FAX, and Ship-to-FFL are also NOT released for 5 years. The FFL_NBR is released under FOIA for Multiple-Sales.

| Name | Null? | Type | | | |
|------|-------|------|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | | (Sub Modules: D, M, S, T) | |
| SEQ_NO | NOT NULL | NUMBER | | | |
| INVOICE_NO | | VARCHAR2(15) | | (Not used for Multiple-Sales) | |
| TRANSACTION_DATE | | DATE | | (Trace=Date prev FFL shipped to this FFL) | |
| | | | | (M-S=Purchase date for M-S firearm) | |
| FFL_NBR | | VARCHAR2(8) | X Π Y | | |
| INVALID_SEQ | | NUMBER | | | |
| POC_NAME | | VARCHAR2(35) | | (Not used for Multiple-Sales) | |
| POC_FAX | | VARCHAR2(10) | | (Not used for Multiple-Sales) | |
| SHIP_TO_FFL | | VARCHAR2(8) | Π Y | (Not used by any Sub-Module) | |
| COOPR | | VARCHAR2(2) | | | |
| FIN_SALE | | VARCHAR2(1) | | | |
| ENTERED_USER | | VARCHAR2(10) | | | |
| ENTERED_TIME | | DATE | | | |
| UPDATED_USER | | VARCHAR2(10) | | | |
| UPDATED_TIME | | DATE | | | |
| DEMAND_TYPE | | VARCHAR2(3) | X N | (D1, D2) | |

## 9. FTS_DEALTR_NOTES

This table contains notes entered by ATF NTC personnel relative to an FFL associated with a trace.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | (Sub Modules: M, S, T) |
| SEQ_NO | NOT NULL | NUMBER | X Y | |
| NOTE_SEQ | NOT NULL | NUMBER | X Y | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | X Y | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | X Y | |
| NOTE_TEXT | | VARCHAR2(2000) | X N | |

## 10. FTS_DEMAND_FFL_TYPE (Demand Decode)

This decode table describes the code used to identify FFLs who are/were placed "on demand".

| Name | Null? | Type | | |
|------|-------|------|---|---|
| DEMAND_TYPE | NOT NULL | VARCHAR2(3) | | X * |
| DEMAND_DESC | | VARCHAR2(20) | X * | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | | |

## 11. FTS_DEMAND_LETTER (Demand FFL Data)

This table contains data such as type, region, etc. for a "Demand" FFL.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FFL_NBR | NOT NULL | VARCHAR2(8) | X * | |
| DEMAND_DATE | NOT NULL | DATE | X * | |
| DEMAND_TYPE | NOT NULL | VARCHAR2(3) | X * | (D1, D2) |
| REGION | | VARCHAR2(15) | X * | |
| DIVISION | | VARCHAR2(25) | X * | |
| STATUS | NOT NULL | VARCHAR2(1) | X * | (I, A) |

4

```
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X *
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X *
```

## 12. FTS_DEMAND_LETTER_STATUS (FFL Demand Status Data)

This table contains data showing the dates and status codes of a "Demand" FFL.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FFL_NBR | NOT NULL | VARCHAR2(8) | X * | |
| STATUS_DATE | NOT NULL | DATE | X * | |
| STATUS_CODE | NOT NULL | VARCHAR2(3) | X * | (001...999) (from FTS_DEMAND_STATUS_CODE) |
| DEMAND_DATE | NOT NULL | DATE | X * | |
| DEMAND_TYPE | NOT NULL | VARCHAR2(3) | X * | (D1, D2) |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | X * | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | X * | |

## 13. FTS_DEMAND_NOTES (FFL Demand Notes)

This table contains notes entered by ATF NTC personnel associated with a "Demand" FFL.

| Name | Null? | Type | |
|------|-------|------|---|
| FFL_NBR | NOT NULL | VARCHAR2(8) | X * |
| SEQ_NO | NOT NULL | NUMBER | X * |
| NOTE_TEXT | | VARCHAR2(70) | X * |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | X * |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | X * |

## 14. FTS_DEMAND_STATUS_CODE (Demand Decode)

This decode table describes the code associated with actions taken by ATF specific to a "demand" FFL

| Name | Null? | Type | | |
|------|-------|------|---|---|
| STATUS_CODE | NOT NULL | VARCHAR2(3) | X * | (001...999) |
| STATUS_DESC | | VARCHAR2(50) | X * | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | | |

## 15. FTS_DISTRIBUTOR_TYPE_REF (New 6-17-2002)

This decode table contains the FFL license type codes (07,08,09,10,11) associated with firearms distributors.

| Name | Null? | Type |
|------|-------|------|
| FFL_LIC_TYPE_CODE | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 16. FTS_DRILL_SIZE_CD

This decode table contains drill sizes commonly used to obliterate firearm serial numbers, e.g. 1/16, 1/8, 3/16, 1/4.

5

| Name | Null? | Type |
|------|-------|------|
| DRILL_SIZE_DD | NOT NULL | VARCHAR2(2) |
| DRILL_SIZE_DD_DESC | | VARCHAR2(20) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 17. FTS_FFLINVST_NOTES ("DO NOT CONTACT" FFLs)

This table is used by the Trace sub-module to identify those FFLs who are currently listed as "Do not Contact", and to maintain notes associated with t FFLs. The trace firearm and the FFL that is "not contacted" are contained in the trace sub-module. Only positions 1-3 of the FFLINVST_FFL are released under FOIA.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FFLINVST_FFL | NOT NULL | VARCHAR2(8) | | X N |
| NOTE_SEQ | NOT NULL | NUMBER | X N | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | | |
| NOTE_TEXT | | VARCHAR2(200) | | |

## 18. FTS_FFL_DEMAND

This table is used to store active Demand FFLs and their current demand type.

| Name | Null? | Type | |
|------|-------|------|---|
| FFL_NBR | NOT NULL | VARCHAR2(8) | X * |
| TYPE | NOT NULL | VARCHAR2(1) | X * |
| FFL_NAME | | VARCHAR2(50) | |
| TRANSACTION_DATE | | DATE | |
| IND_1 | | VARCHAR2(1) | |
| IND_2 | | VARCHAR2(1) | |
| IND_3 | | VARCHAR2(1) | |
| IND_4 | | VARCHAR2(1) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 19. FTS_FFL_THEFT (Data begins in 1995)

This table contains the basic data specific to a theft of firearms from an FFL that are reported by an FFL or law enforcement officer.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | (Sub Module: F) |
| CALLER_LSTNME | | VARCHAR2(30) | X N | |
| CALLER_FSTNME | | VARCHAR2(15) | X N | |
| CALLER_MIDNME | | VARCHAR2(15) | X N | |
| CALLER_PHONE | | VARCHAR2(10) | X N | |
| CALLER_POSITION | | VARCHAR2(20) | X Y | |
| ATFF3310_RECV_DATE | | DATE | X Y | |
| FFL_NUMBER | | VARCHAR2(8) | X Y | |
| FFL_BUSINESS_NAME | | VARCHAR2(50) | X Y | |
| FFL_LICENSE_NAME | | VARCHAR2(50) | X Y | |
| FFL_STREET | | VARCHAR2(50) | X Y | |
| FFL_CITY | | VARCHAR2(20) | X Y | |
| FFL_STATE | | VARCHAR2(2) | X Y | |
| FFL_ZIP | | VARCHAR2(9) | X Y | |
| FFL_PHONE | | VARCHAR2(10) | X Y | |
| FFL_FAX | | VARCHAR2(10) | X Y | |
| THEFT_LOC_STREET | | VARCHAR2(50) | X Y | |

6

```
THEFT_LOC_CITY VARCHAR2(20) X Y
THEFT_LOC_STATE VARCHAR2(2) X Y
THEFT_LOC_ZIP VARCHAR2(9) X Y
POLICE_DEPT_NAME VARCHAR2(50) X Y
POLICE_DEPT_INC_NO VARCHAR2(16) X Y
CASE_NUMBER VARCHAR2(13) X Y
ACTIVITY_CODE VARCHAR2(2) (null)
FIELD_DIVISION VARCHAR2(15) X Y (from S-S-N Screen)
REPORTED_DATE DATE X Y
THEFT_DATE DATE X Y
THEFT_TYPE_CODE VARCHAR2(2) X Y (B, L, O, R) (O=Other or Inventory Loss)
NUMBER_INJURIES NUMBER
NUMBER_KILLED NUMBER
EST_WEAPONS_STOLEN NUMBER X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
OWNER_LSTNME VARCHAR2(30) X Y
OWNER_FSTNME VARCHAR2(15) X Y
OWNER_MIDNME VARCHAR2(15) X Y
ATF_CASE_NUMBER VARCHAR2(15) X Y
CALLER_EVE_PHONE VARCHAR2(10) X N
```

## 20. FTS_FFL_THEFT_MODOPS

This table contains the theft & modop codes that can be associated with a reported FFL Theft.

```
Name Null? Type

FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: F, I)
THEFT_CD NOT NULL VARCHAR2(2) X Y (B, I, L, O, R)
MODOP_CD NOT NULL VARCHAR2(3) X Y (About 81 different codes)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 21. FTS_FFL_THEFT_NOTES

This table contains notes specific to an FFL theft.

```
Name Null? Type

FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: F)
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
NOTE_TEXT VARCHAR2(2000) X N
```

## 22. FTS_FIELD_DIVISION (Not up-to-date)

This table contains the POD_NO (post of duty) associated with an ATF field division.

```
Name Null? Type

POD_NO NOT NULL VARCHAR2(5)
FIELD_DIV VARCHAR2(15)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 23. FTS_FIELD_DIVISION_ZIP

7

This table contains the zip-codes of the regions that ATF Field Divisions are responsible for.

| Name | Null? | Type | |
|------|-------|------|---|
| FIELD_DIV | NOT NULL | VARCHAR2(15) | |
| BEGINNING_ZIP | NOT NULL | VARCHAR2(5) | (Zips must be zero or valid zip-codes) |
| ENDING_ZIP | . | VARCHAR2(5) | |
| STATE | NOT NULL | VARCHAR2(2) | |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 24. FTS_GUNTYPE

This decode table is used to cross reference the two position code to the description for the firearm type.

| Name | Null? | Type |
|------|-------|------|
| TYPE_CODE | NOT NULL | VARCHAR2(2) |
| TYPE_DESC | | VARCHAR2(25) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 25. FTS_IDENT_TYPE_CD

This decode table is used to cross reference the three position identification type code to the description for the specific type of identification. e.g. "SSN = Social Security Number.

| Name | Null? | Type |
|------|-------|------|
| IDENT_TYPE | NOT NULL | VARCHAR2(3) |
| IDENT_DESC | | VARCHAR2(25) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 26. FTS_IMPORTER_LIST

This decode table is used to populate the importer drop-down picklist in the FTS application (weapons screen).

| Name | Null? | Type |
|------|-------|------|
| IMPORTER_FFL | NOT NULL | VARCHAR2(8) |
| IMPORTER_NAME | NOT NULL | VARCHAR2(50) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 27. ~~FTS_INDICATOR~~

This was a decode table of indicators that were used to identify traces with specific events. It was combined into the FTS_TRACE_INDICATOR_REF table along with the FTS_PROJECT project-codes that were also used to identify traces with specific events. See table 61.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| IND_CODE | NOT NULL | VARCHAR2(3) | X | See Table 61 |
| IND_NAME | | VARCHAR2(30) | X | See Table 61 |
| INACTIVE_IND | | VARCHAR2(1) | X | See Table 61 |
| ENTERED_TIME | | DATE | | |
| UPDATED_TIME | | DATE | | |

8

## 28. FTS_INDICATOR_XREF

This table was used to cross-reference specific indicators (that were used to identify traces with specific events) to the FTS_ID of a trace. It was combined into the FTS_TRACE_INDICATOR table along with the FTS_PROJECT_XREF data. See table 60.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| IND_CODE | NOT NULL | VARCHAR2(3) | X | See Table 60 |
| FTS_ID | NOT NULL | VARCHAR2(12) | X | See Table 60 |
| ENTERED_TIME | | DATE | | |
| UPDATED_TIME | | DATE | | |

## 29. FTS_INDIVIDUAL

This table contains information about individuals associated with specific Traces, Multiple-Sales, and Suspect-Gun transactions. For traces, the INVOLVE_DATE is not released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains the INVOLVE_DATE for those traces entered through December 31, 1996. The INVOLVE_DATE is released for Multiple-Sales. Yellow highlighted fields ar also released for Multiple-Sales transactions where Multiple-Sales data was recorded.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | | (Sub Modules: M, S, T) |
| I_SEQ_NO | NOT NULL | NUMBER | | (1 or greater) |
| I_ROLE_PLAYED | | VARCHAR2(1) | | (A, G, M, P, S, blank) |
| I_LSTNME | | VARCHAR2(20) | X N | A = Associate (trace) |
| I_FSTNME | | VARCHAR2(15) | X N | G = Suspect-Gun |
| I_MIDNME | | VARCHAR2(15) | X N | M = Multiple-Sale |
| I_NAME_SUFFIX | | VARCHAR2(5) | X N | P = Purchaser (trace) |
| I_AKA_LSTNME | | VARCHAR2(20) | X N | S = Possessor (trace) |
| I_AKA_FSTNME | | VARCHAR2(15) | X N | |
| I_AKA_MIDNME | | VARCHAR2(15) | X N | |
| I_AKA_SUFFIX | | VARCHAR2(5) | X N | |
| I_DOB | | DATE | | |
| I_AKA_DOB | | DATE | | (Not used for Multiple-Sales) |
| I_POB_CITY | | VARCHAR2(20) | | |
| I_POB_COUNTY | | VARCHAR2(20) | | |
| I_POB_STATE | | VARCHAR2(2) | | |
| I_POB_COUNTRY | | VARCHAR2(2) | | |
| I_HEIGHT | | NUMBER | | (0…99) (Not used for Multiple-Sales) |
| I_WEIGHT | | NUMBER | | (0…999) (Not used for Multiple-Sales) |
| I_RACE | | VARCHAR2(1) | | |
| I_SEX | | VARCHAR2(1) | | |
| I_ROUTE_NO | | VARCHAR2(6) | X N | |
| I_APT_NO | | VARCHAR2(6) | X N | |
| I_STREET_NO | | VARCHAR2(6) | X N | |
| I_STREET_DIR | | VARCHAR2(2) | X N | |
| I_STREET_NME | | VARCHAR2(30) | X N | |
| I_STREET_SUF | | VARCHAR2(2) | X N | |
| I_CITY | | VARCHAR2(20) | | |
| I_COUNTY | | VARCHAR2(20) | | |
| I_STATE | | VARCHAR2(2) | | |
| I_ZIP | | VARCHAR2(9) | X Π Y | |
| I_COUNTRY | | VARCHAR2(2) | | |
| I_IDENT_TYPE1 | | VARCHAR2(3) | | (Type of ID used by an individual) |
| I_IDENT_STAT1 | | VARCHAR2(2) | | (State where the ID was issued) |
| I_IDENT_NO1 | | VARCHAR2(20) | X N | (Number associated with ID) |
| I_IDENT_TYPE2 | | VARCHAR2(3) | | (Not used for Multiple-Sales) |
| I_IDENT_STAT2 | | VARCHAR2(2) | | (Not used for Multiple-Sales) |
| I_IDENT_NO2 | | VARCHAR2(20) | X N | (Not used for Multiple-Sales) |
| I_INVOLVE_DATE | | DATE | X Π Y | (If role is "P" or M-S, Date of Purchase; If role is "S" or "A", Date Seized) |
| I_MULT_PUR_IND | | VARCHAR2(1) | | ("Y" - Frequently buys guns per FFL) |
| I_POSS_FELON_IND | | VARCHAR2(1) | | ("Y") |
| I_STATE_REG_IND | | VARCHAR2(1) | | ("Y","N") |
| I_MRS_USED_IND | | VARCHAR2(1) | | ("Y" if SK KAR hit) |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | | |

9

```
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 30. FTS_INDIVIDUAL_NOTES

This table contains any notes that were recorded for an individual associated with a Multiple-Sale, Suspect-Gun, or Trace.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | (Sub Modules: M, S, T) |
| I_SEQ_NUMBER | NOT NULL | NUMBER | X Y | |
| NOTE_SEQ | NOT NULL | NUMBER | X Y | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | X Y | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | X Y | |
| NOTE_TEXT | | VARCHAR2(2000) | X N | |

## 31. FTS_INDIVIDUAL_ROLES

This decode table is used to cross-reference the code for a role ("A", "P", "S", etc.) to the description of the role (Associate, Purchaser, Possessor, etc.)

| Name | Null? | Type | |
|------|-------|------|---|
| ROLE_CODE | NOT NULL | VARCHAR2(1) | X Y |
| ROLE_DESC1 | | VARCHAR2(25) | X Y |
| ROLE_DESC2 | | VARCHAR2(25) | X Y |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 32. FTS_INTERSTATE_THEFT (Data begins in 1995)

This table contains voluntarily reported basic data specific to a theft of firearms by an interstate shipment.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | (Sub Module: I) |
| SHIPPED_DATE | | DATE | X Y | |
| SHIPPER_FFL_NUMBER | | VARCHAR2(8) | X Y | |
| SHIPPER_BUS_NAME | | VARCHAR2(50) | X Y | |
| SHIPPER_LIC_NAME | | VARCHAR2(50) | X Y | |
| SHIPPER_STREET | | VARCHAR2(50) | X Y | |
| SHIPPER_CITY | | VARCHAR2(20) | X Y | |
| SHIPPER_STATE | | VARCHAR2(2) | X Y | |
| SHIPPER_ZIP | | VARCHAR2(9) | X Y | |
| SHIPPER_PHONE | | VARCHAR2(10) | X Y | |
| SHIPPER_FAX | | VARCHAR2(10) | X Y | |
| CONS_FFL_NUMBER | | VARCHAR2(8) | X Y | |
| CONS_BUS_NAME | | VARCHAR2(50) | X Y | |
| CONS_LIC_NAME | | VARCHAR2(50) | X Y | |
| CONS_STREET | | VARCHAR2(50) | X Y | |
| CONS_CITY | | VARCHAR2(20) | X Y | |
| CONS_STATE | | VARCHAR2(2) | X Y | |
| CONS_ZIP | | VARCHAR2(9) | X Y | |
| CONS_PHONE | | VARCHAR2(10) | X Y | |
| CONS_FAX | | VARCHAR2(10) | X Y | |
| CARRIER_NAME | | VARCHAR2(50) | X N | |
| CARRIER_STREET | | VARCHAR2(50) | X N | |
| CARRIER_CITY | | VARCHAR2(20) | X N | |
| CARRIER_STATE | | VARCHAR2(2) | X N | |
| CARRIER_ZIP | | VARCHAR2(9) | X N | |
| CARRIER_PHONE | | VARCHAR2(10) | X N | |
| CARRIER_FAX | | VARCHAR2(10) | X N | |
| CASE_NUMBER | | VARCHAR2(13) | X Y | |
| FIELD_DIVISION | | VARCHAR2(15) | X Y | |
| THEFT_TYPE_CODE | | VARCHAR2(2) | X Y | ("I") |
| SHIPPER_CLAIM_NUM | | VARCHAR2(15) | X N | |

```
CARRIER_CLAIM_NUM VARCHAR2(15) X N
REPORTING_COMPANY VARCHAR2(40) X N
REPORTED_DATE DATE X Y
REPORTING_LSTNME VARCHAR2(30) X N
REPORTING_FSTNME VARCHAR2(15) X N
REPORTING_MIDNME VARCHAR2(15) X N
REPORTING_PHONE VARCHAR2(10) X N
REPORTING_FAX VARCHAR2(10) X N
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
ATF_CASE_NUMBER VARCHAR2(15)
```

## 33. FTS_INTERSTATE_THEFT_NOTES

This table contains notes specific to an interstate theft of firearms.

```
Name Null? Type

FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: I)
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
NOTE_TEXT VARCHAR2(2000) X N
```

## 34. FTS_INVALID_FFL

This table contains "Z" or Invalid FFLs, i.e. substitute FFLs. These substitute FFLs are used when the actual FFL cannot be located or the purchase a firearm was not required to have a FFL (federal, state, local governments, military, foreign, etc.). The Z_LIC_NAME, Z_BUS_NAME, Z_STREET_ Z_STREET_DIR, Z_STREET_NME, Z_STREET_SUF, Z_CITY, Z_ZIP, and Z_PHONE are NOT released under FOIA for the previous five years. F example, the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1997 through December 31, 2000, these data elements are not released.

```
Name Null? Type

Z_FFL_ID NOT NULL VARCHAR2(8) Π Y
Z_SEQ NOT NULL NUMBER Π Y
Z_LIC_NAME VARCHAR2(50) X Π N
Z_BUS_NAME VARCHAR2(50) X Π N
Z_STREET_NO VARCHAR2(6) X Y
Z_STREET_DIR VARCHAR2(2) X Y
Z_STREET_NME VARCHAR2(30) X Y
Z_STREET_SUF VARCHAR2(2) X Y
Z_CITY VARCHAR2(20) X Π Y
Z_STATE VARCHAR2(2)
Z_ZIP VARCHAR2(9) X Π Y
Z_COUNTRY VARCHAR2(2) X Y
Z_PHONE VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 35. FTS_INVALID_FFL_NOTES

This table contains notes specific to an invalid or substitute FFL (Z-FFL).

```
Name Null? Type

Z_FFL_ID NOT NULL VARCHAR2(8) X Y
Z_SEQ NOT NULL NUMBER X Y
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
```

11

```
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
NOTE_TEXT VARCHAR2(2000) X N
```

## 36. FTS_MANUF

This table contains the code assigned to firearms manufacturers, and other data such as country of manufacture.

```
Name Null? Type
MFG_CODE NOT NULL VARCHAR2(3)
MFG_NAME VARCHAR2(50)
MFG_COUNTRY_CODE NOT NULL VARCHAR2(2)
MFG_FFL VARCHAR2(7) (of 1085+ rows, only two rows with 7 pos. entries)
MFG_USER_ID VARCHAR2(6) (not used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 37. FTS_MODOP_CD

This decode table is used by the FFL Theft and Interstate Theft programs to record allowable codes used for types of theft.

```
Name Null? Type
THEFT_CD NOT NULL VARCHAR2(2) X Y (B, I, L, O, R)
MODOP_CD NOT NULL VARCHAR2(3) X Y (90+ codes)
MOD_OPERATIVE_FLG VARCHAR2(1) X Y
MOD_OPERATIVE_TIME DATE X Y
MODOP_CD_DESC VARCHAR2(60) X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 38. FTS_ORIOFFC

This decode table contains the ORI (Originating Requestor Identification) for agencies submitting trace requests to the ATF NTC. Associated address information for law enforcement agencies is also maintained here.

```
Name Null? Type
ORI_STAT NOT NULL VARCHAR2(2)
ORI_OFFC NOT NULL VARCHAR2(3)
ORI_EMAIL NOT NULL VARCHAR2(2)
ORI_FC NOT NULL VARCHAR2(2)
ORI_NAME VARCHAR2(30)
ORI_STREET VARCHAR2(30)
ORI_CITY VARCHAR2(20)
ORI_STATE VARCHAR2(2)
ORI_ZIP VARCHAR2(9)
ORI_PHONE VARCHAR2(10)
ORI_FAX VARCHAR2(10)
ORI_COUNTY VARCHAR2(25)
ORI_COUNTRY VARCHAR2(2)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 39. FTS_PRIORITY_REF (New 6-17-2002)

This decode table contains the code to be used for the priority assigned to a trace (R=Routine, I=Information Purposes only, or U=Urgent)

```
Name Null? Type
```

12

```
PRIORITY NOT NULL VARCHAR2(1)
PRIORITY_DESC NOT NULL VARCHAR2(25)
INACTIVE_IND NOT NULL VARCHAR2(1) (Set to "Y" if code no longer used)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 40. FTS_PROJECT

This was a decode table of project-codes that were used to identify traces with specific events. It was combined into the FTS_TRACE_INDICATOR_REF table along with the FTS_INDICATOR indicator-codes that were also used to identify traces with specific events. See table 61.

| Name | Null? | Type | | |
|---|---|---|---|---|
| PROJ_CODE | NOT NULL | VARCHAR2(3) | X | See Table 61 |
| PROJ_NAME | | VARCHAR2(30)X | See Table 61 | |
| INACTIVE_IND | | VARCHAR2(1) X | See Table 61 | |
| ENTERED_TIME | | DATE | X | See Table 61 |
| UPDATED_TIME | | DATE | X | See Table 61 |

## 41. FTS_PROJECT_XREF

This table was used to cross-reference specific project-codes (that were used to identify traces with specific events) to the FTS_ID of a trace. It was combined into the FTS_TRACE_INDICATOR table along with the FTS_INDICATOR_XREF data. See table 60.

| Name | Null? | Type | | |
|---|---|---|---|---|
| PROJ_CODE | NOT NULL | VARCHAR2(3) | X | See Table 60 |
| FTS_ID | NOT NULL | VARCHAR2(12) | X | See Table 60 |
| ENTERED_TIME | | DATE | X | See Table 60 |
| UPDATED_TIME | | DATE | X | See Table 60 |

## 42. FTS_RACE

This decode table is used to cross reference the allowable race codes to the description for the race.

| Name | Null? | Type |
|---|---|---|
| RACE_CODE | NOT NULL | VARCHAR2(1) |
| RACE_DESC | | VARCHAR2(12) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 43. FTS_RECOVERY_INFO

This table is used to maintain recovery location information for traces and suspect-gun transactions.

| Name | Null? | Type | | |
|---|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | | (Sub Modules: S, T) |
| REC_ROUTE_NO | | VARCHAR2(6) | X N | |
| REC_APT_NO | | VARCHAR2(6) X N | | |
| REC_STREET_NO | | VARCHAR2(6) | X N | |
| REC_STREET_DIR | | VARCHAR2(2) | X N | |
| REC_STREET_NME | | VARCHAR2(30) | X N | |
| REC_STREET_SUF | | VARCHAR2(2) | X N | |
| REC_CITY | | VARCHAR2(20) | | |
| REC_STATE | | VARCHAR2(2) | | |
| REC_ZIP | | VARCHAR2(9) | X Π Y | |
| REC_COUNTRY | | VARCHAR2(2) | | |
| REC_LOC_TYPE | | VARCHAR2(2) | | |
| REC_DATE | | DATE | | |
| ENTERED_USER | | VARCHAR2(10) | | |

13

```
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
REC_COUNTY VARCHAR2(20) n Y
```

## 44. FTS_RECOVERY_INFO_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to the recovery location information for firearm traces.

```
Name Null? Type
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: T)
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
NOTE_TEXT VARCHAR2(2000) X N
```

## 45. FTS_RECOVERY_LOC_CD

This decode table is used to cross reference the coded recovery location type to the narrative description for the type, e.g. Airport, Vehicle, Store, Gas Station, etc.

```
Name Null? Type
REC_LOC_TYPE NOT NULL VARCHAR2(2)
REC_LOC_DESC NOT NULL VARCHAR2(25)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 46. FTS_RECOVERY_TYPE (10 rows)

This decode table is used to cross reference the coded recovery type to the narrative description for the type, e g. "F/A RECOVERED DURING THE EXECUTION OF A SEARCH WARRANT", "F/A RECOVERED DURING AN ARREST", "F/A WAS USED IN CRIME BUT NO S/W OR ARREST CONDUCTED", etc. Used by FFL and Interstate Theft sub-modules.

```
Name Null? Type
RECOV_TYP NOT NULL VARCHAR2(2) X Y (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS)
TYP_OPERATIVE_FLG VARCHAR2(1) X Y
TYP_OPERATIVE_TIME DATE X Y
RECOV_TYP_DESC VARCHAR2(140) X Y
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE X Y
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE X Y
```

## 47. FTS_REMOVAL_CD

This decode table contains codes for the commonly used methods to obliterate firearm serial numbers, e.g "GRINDER", "DRILL", "ELECTRIC SCRIB" etc.

```
Name Null? Type
REMOVAL_DD NOT NULL VARCHAR2(2)
REMOVAL_DD_DESC VARCHAR2(20)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 48. FTS_RESTORED_CD

This decode table contains codes for the degree of restoration obtained when restoring firearm serial numbers, e.g. "U=UNABLE TO RESTORE", "P=PARTIALLY RESTORED", "F=FULLY RESTORED", etc.

| Name | Null? | Type |
|---|---|---|
| RESTORED_DD | NOT NULL | VARCHAR2(2) |
| RESTORED_DD_DESC | | VARCHAR2(20) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 49. FTS_SPERSON

This table contains data specific to CGAB's Suspect Person system.

| Name | Null? | Type | | | |
|---|---|---|---|---|---|
| SP_ID_NO | NOT NULL | NUMBER | X | Y | (ATF number assigned to this suspect person) |
| SP_INVEST_NO | | VARCHAR2(20) | X | Y | |
| SP_LSTNME | | VARCHAR2(20) | X | N | |
| SP_FSTNME | | VARCHAR2(15) | X | N | |
| SP_MIDNME | | VARCHAR2(15) | X | N | |
| SP_NAME_SUFFIX | | VARCHAR2(5) | X | N | |
| SP_DOB | | DATE | X | Y | |
| SP_POB_CITY | | VARCHAR2(20) | X | Y | |
| SP_POB_COUNTY | | VARCHAR2(20) | X | Y | |
| SP_POB_STATE | | VARCHAR2(2) | X | Y | |
| SP_POB_COTRY | | VARCHAR2(15) | X | Y | |
| SP_HEIGHT | | VARCHAR2(2) | X | Y | |
| SP_WEIGHT | | VARCHAR2(3) | X | Y | |
| SP_RACE | | VARCHAR2(1) | X | Y | |
| SP_SEX | | VARCHAR2(1) | X | Y | |
| SP_SSN | | VARCHAR2(9) | X | N | |
| SP_ROUTE_NO | | VARCHAR2(6) | X | N | |
| SP_APT_NO | | VARCHAR2(6) | X | N | |
| SP_STREET_NO | | VARCHAR2(6) | X | N | |
| SP_STREET_DIR | | VARCHAR2(2) | X | N | |
| SP_STREET_NME | | VARCHAR2(30) | X | N | |
| SP_STREET_SUF | | VARCHAR2(2) | X | N | |
| SP_CITY | | VARCHAR2(20) | X | Y | |
| SP_STATE | | VARCHAR2(2) | X | Y | |
| SP_ZIP | | VARCHAR2(5) | X | N | |
| ENTERED_USER | | VARCHAR2(10) | | | |
| ENTERED_TIME | | DATE | X | Y | |
| UPDATED_USER | | VARCHAR2(10) | | | |
| UPDATED_TIME | | DATE | X | Y | |

## 50. FTS_SPERSON_NOTES

This table contains notes associated with those persons contained within CGAB's Suspect Person system.

| Name | Null? | Type | | |
|---|---|---|---|---|
| SP_ID_NO | NOT NULL | NUMBER | X | Y |
| NOTE_SEQ | NOT NULL | NUMBER | X | Y |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | X | Y |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | X | Y |
| NOTE_TEXT | | VARCHAR2(70) | X | N |

## 51. FTS_STATE_DECODE

15

This table contains two position codes for States, Possessions, etc., and Canadian provinces.

| Name | Null? | Type |
|------|-------|------|
| STATE_ID | NOT NULL | VARCHAR2(2) |
| STATE_NAME | | VARCHAR2(15) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 52. FTS_STATE_REG_REF (New 6-17-2002)

This table is used to maintain information about those states that have a state registration system for purchases of firearms. Contains point-of-contact (POC) data and remarks.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| STATE_ID | NOT NULL | VARCHAR2(2) | X | Y |
| POC_NAME | | VARCHAR2(100) | | |
| POC_PHONE | | VARCHAR2(10) | | |
| POC_FAX | | VARCHAR2(10) | | |
| POC_EMAIL | | VARCHAR2(100) | | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | --DATE | X | Y |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | X | Y |
| REMARKS | | VARCHAR2(2000) | X | N |

## 53. FTS_STATUS

This decode table contains the code and narrative description used when completing a trace.

| Name | Null? | Type | |
|------|-------|------|---|
| STAT_CODE | NOT NULL | VARCHAR2(2) | |
| INACTIVE_IND | | VARCHAR2(1) | (Set to "Y" when no longer used) |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |
| STAT_DESC | | VARCHAR2(2000) | |
| FOREIGN_MFG_IND | | VARCHAR2(1) | (Imported Firearm) |
| OBR_IND | | VARCHAR2(1) | (OBR used in trace completion) |
| INDIVIDUAL_PURCHASE_IND | | VARCHAR2(1) | (Individual purchased multiple firearms) |
| SMART_PREVENT_IND | | VARCHAR2(1) | (Do not close using "smart" closeout logic) |
| SUCCESS_IND | | VARCHAR2(1) | ("Successful" trace) |
| DELAY_IND | | VARCHAR2(1) | (Trace Delayed) |
| SUPERVISOR_REVIEW_IND | | VARCHAR2(1) | (Awaiting supervisory review) |

## 54. FTS_STREET_DIR_REF (new 6-17-2002)

Decode table of street direction possibilities, e.g. N, E, NW, SE, etc.

| Name | Null? | Type |
|------|-------|------|
| STREET_DIR | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

16

### 55. FTS_STREET_SUFFIX_REF (new 6-17-2002)

Decode table of street suffix possibilities, e.g. AV, BL, CT, DR, etc.

| Name | Null? | Type |
|---|---|---|
| STREET_SUFFIX | NOT NULL | VARCHAR2(2) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

### 56. FTS_THEFT_CD

This table contains theft codes used in the FFL Theft and Interstate Theft sub-modules.

| Name | Null? | Type | | | |
|---|---|---|---|---|---|
| THEFT_CD | NOT NULL | VARCHAR2(2) | | X Y | (B, R, L, O) |
| THF_OPERATIVE_FLG | | VARCHAR2(1) | X Y | | |
| THF_OPERATIVE_TIME | | DATE | X Y | | |
| THEFT_CD_DESC | | VARCHAR2(60) | X Y | | |
| ENTERED_USER | | VARCHAR2(10) | | | |
| ENTERED_TIME | | DATE | | | |
| UPDATED_USER | | VARCHAR2(10) | | | |
| UPDATED_TIME | | DATE | | | |

### 57. FTS_THEFT_RECOVERY

This table contains information relative to the specific location a firearm is recovered related to a FFL Theft or Interstate Theft.

| Name | Null? | Type | | | |
|---|---|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | | (Sub Modules: F, I) |
| MFG_CODE | NOT NULL | VARCHAR2(3) | X Y | | |
| SERIAL_NO | NOT NULL | VARCHAR2(20) | X Y | | |
| W_TYPE | NOT NULL | VARCHAR2(2) | X Y | | |
| MODEL | NOT NULL | VARCHAR2(20) | X Y | | |
| CALIBER | NOT NULL | VARCHAR2(6) | X Y | | |
| RECOVERY_FTS_ID | | VARCHAR2(12) | X Y | | (Null) |
| RECOVERY_TYPE | | VARCHAR2(2) | | X Y | (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS,null) |
| RECOVERY_DATE | | DATE | X Y | | |
| NCIC_CLEAR_DATE | | DATE | X Y | | |
| FPC_CODE | | VARCHAR2(6) | X Y | | |
| AGENT_LAST_NME | | VARCHAR2(30) | | | |
| AGENT_FIRST_NME | | VARCHAR2(15) | | | |
| AGENT_CITY | | VARCHAR2(20) | X Y | | |
| AGENT_STATE | | VARCHAR2(2) | X Y | | |
| AGENT_PHONE | | VARCHAR2(10) | X Y | | |
| ORI_STAT | | VARCHAR2(2) | X N | | |
| ORI_OFFC | | VARCHAR2(3) | X N | | |
| ORI_EMAIL | | VARCHAR2(2) | X N | | |
| ORI_FC | | VARCHAR2(2) | X N | | |
| CASE_NUMBER | | VARCHAR2(15) | X Y | | |
| OTHER_AGENCY | | VARCHAR2(30) | X Y | | |
| OA_LAST_NME | | VARCHAR2(30) | X N | | |
| OA_FIRST_NME | | VARCHAR2(15) | X N | | |
| OA_STREET_NO | | VARCHAR2(8) | X Y | | |
| OA_STREET_DIR | | VARCHAR2(2) | X Y | | |
| OA_STREET_NME | | VARCHAR2(35) | X Y | | |
| OA_STREET_SUF | | VARCHAR2(2) | X Y | | |
| OA_CITY | | VARCHAR2(20) | X Y | | |
| OA_STATE | | VARCHAR2(2) | X Y | | |

17

| Name | Type | | |
|---|---|---|---|
| OA_ZIP | VARCHAR2(9) | X | Y |
| OA_COUNTRY | VARCHAR2(2) | X | Y |
| OA_PHONE | VARCHAR2(10) | X | Y |
| OA_FAX | VARCHAR2(10) | X | Y |
| THEFT_STREET_NO | VARCHAR2(8) | X | N |
| THEFT_STREET_DIR | VARCHAR2(2) | X | N |
| THEFT_STREET_NME | VARCHAR2(35) | X | N |
| THEFT_STREET_SUF | VARCHAR2(2) | X | N |
| THEFT_CITY | VARCHAR2(20) | X | Y |
| THEFT_STATE | VARCHAR2(2) | X | Y | (Actually Recovery State) |
| THEFT_ZIP | VARCHAR2(9) | X | Y |
| THEFT_APT | VARCHAR2(6) | X | N |
| THEFT_ROUTE | VARCHAR2(6) | X | N |
| IND_LAST_NME | VARCHAR2(30) | X | N |
| IND_FIRST_NME | VARCHAR2(15) | X | N |
| IND_MIDDLE_NME | VARCHAR2(15) | X | N |
| IND_NAME_SUFFIX | VARCHAR2(5) | X | N |
| IND_RACE | VARCHAR2(1) | X | Y |
| IND_SEX | VARCHAR2(1) | X | Y |
| IND_DOB | DATE | X | N |
| ENTERED_USER | VARCHAR2(10) | | |
| ENTERED_TIME | DATE | X | Y |
| UPDATED_USER | VARCHAR2(10) | | |
| UPDATED_TIME | DATE | X | Y |

## 58. FTS_THEFT_RECOVERY_NOTES

This table is used to maintain any notes that the ATF NTC personnel want to capture relative to a firearm recovery location connected to an FFL Theft Interstate Theft.

| Name | Null? Type | | | |
|---|---|---|---|---|
| FTS_ID | NOT NULL VARCHAR2(12) | X | Y | (Sub Modules: F, I) |
| NOTE_SEQ | NOT NULL NUMBER | X | Y |
| ENTERED_USER | VARCHAR2(10) | | |
| ENTERED_TIME | DATE | X | Y |
| UPDATED_USER | VARCHAR2(10) | | |
| UPDATED_TIME | DATE | X | Y |
| NOTE_TEXT | VARCHAR2(2000) | X | N |
| MFG_CODE | NOT NULL VARCHAR2(3) | X | Y |
| SERIAL_NO | NOT NULL VARCHAR2(20) | X | Y |
| W_TYPE | NOT NULL VARCHAR2(2) | X | Y |
| MODEL | NOT NULL VARCHAR2(20) | X | Y |
| CALIBER | NOT NULL VARCHAR2(6) | X | Y |

## 59. FTS_TRACE

This table contains data specific to Traces, Multiple-Sales, Suspect-Gun, and Demand transactions. The BOC_NO, SA_INV_NUMBER, ORI_OFFIC ORI_EMAIL, ORI_FC, OA_INV_NUMBER, OA_AGENCY, OA_STREET, OA_CITY, OA_ZIPCD, OA_PHONE, OA_FAX, and GANG_NAMEare NOT released under FOIA for the previous five years. For example, the FOIA release of February 15, 2002 contains these data elements for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, these data elements are not released. Only the FTS_ID, COMP_CODE, COMP_DATE, ENTERED_TIME, and UPDATED_TIME are used for Multiple-Sales.

| Name | Null? Type | |
|---|---|---|
| FTS_ID | NOT NULL VARCHAR2(12) | (Sub Modules: D, M, S, T) |
| REQ_DATE | DATE | (Date trace was requested) |
| COMP_CODE | VARCHAR2(3) | (from FTS_STATUS) |
| COMP_DATE | DATE | |
| COMP_USER | VARCHAR2(10) | |
| PREV_COMP_CODE | VARCHAR2(3) | |
| TRACE_ORIGIN | VARCHAR2(1) | (Method used to enter trace data into FTS) |

18

```
PRIORITY VARCHAR2(1) (R, I, U)
BOC_NO VARCHAR2(6) X Y (ATF office submitting trace)
SA_INV_NUMBER VARCHAR2(20) (SA = ATF Special Agent)
SA_BADGE VARCHAR2(6)
SA_LSTNME VARCHAR2(20)
SA_FSTNME VARCHAR2(15)
SA_CITY VARCHAR2(20) (SA- fields from FTS_ATFOFFC)
SA_STATE VARCHAR2(2)
SA_ZIPCD VARCHAR2(9)
SA_PHONE VARCHAR2(10)
SA_FAX VARCHAR2(10)
ORI_STATE VARCHAR2(2)
ORI_OFFICE VARCHAR2(3) X N (Law enforcement Agency submitting trace)
ORI_EMAIL VARCHAR2(2) X N
ORI_FC VARCHAR2(2) X N
OA_INV_NUMBER VARCHAR2(20) X N
OA_AGENCY VARCHAR2(30) X Y
OA_BADGE VARCHAR2(6) X N (OA- fields from FTS_ORIOFFC)
OA_LSTNME VARCHAR2(20)X N
OA_FSTNME VARCHAR2(15)X N
OA_STREET VARCHAR2(30) X Y
OA_CITY VARCHAR2(20) X Π Y
OA_STATE VARCHAR2(2)
OA_ZIPCD VARCHAR2(9) X Π Y
OA_COUNTRY VARCHAR2(2)
OA_PHONE VARCHAR2(10) X Y
OA_FAX VARCHAR2(10) X Y
SPEC_INST VARCHAR2(250) (From requester)
REMARKS_TO_REQSTR VARCHAR2(300) (Remarks to be sent back to requester)
TRACE_PROJ VARCHAR2(1)
GANG_NAME VARCHAR2(30) X N
CRIME1 VARCHAR2(4) (Type of crime associated with trace)
IBIS_NUM VARCHAR2(20)
YCG_IND VARCHAR2(1)
FBI_DRUGFIRE_IND VARCHAR2(1)
NEW_INFO_PRINT_IND VARCHAR2(1)
REOPEN_USER VARCHAR2(10) (Person re-opening a trace)
REOPEN_DATE DATE
RPT_IND VARCHAR2(1)
RPT_PRINT_USER VARCHAR2(10)
RPT_PRINT_DATE DATE

MFG_IND VARCHAR2(1) (The following "ind", "user", and "date" fields are
MFG_USER VARCHAR2(10) used by automated workflow processing of the trace)
MFG_DATE DATE
OBR_IND VARCHAR2(1)
OBR_USER VARCHAR2(10)
OBR_DATE DATE
DAY_13_LTR_IND VARCHAR2(1)
DAY_13_LTR_USER VARCHAR2(10)
DAY_13_LTR_DATE DATE
RECHECK_IND VARCHAR2(1)
RECHECK_USER VARCHAR2(10)
RECHECK_DATE DATE
RESEARCH_IND VARCHAR2(1)
RESEARCH_USER VARCHAR2(10)
RESEARCH_DATE DATE
CALL_IND VARCHAR2(1)
CALL_USER VARCHAR2(10)
CALL_DATE DATE
LETTER_IND VARCHAR2(1)
LETTER_USER VARCHAR2(10)
LETTER_DATE DATE
WORKFLOW_TRIGGER VARCHAR2(1) (Workflow Indicator)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
DUPE_FTS_ID VARCHAR2(12) (Indicates duplicate trace)
REVIEW_COMP_CODE VARCHAR2(3) (Use of comp-code requires supervisory
 review)
```

19

## 60. FTS_TRACE_INDICATOR (new 6-17-2002)

This table is used to cross-reference specific indicators (that are used to identify traces with specific events) to the FTS_ID of a trace. This table contains data from the FTS_INDICATOR_XREF and FTS_PROJECT_XREF tables previously used in the FTS.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL VARCHAR2(12) | | X | Y |
| INDICATOR_CODE | NOT NULL VARCHAR2(4) | | X | N |
| ENTERED_USER | VARCHAR2(10) | | | |
| ENTERED_TIME | DATE | | X | Y |
| UPDATED_USER | VARCHAR2(10) | | | |
| UPDATED_TIME | DATE | | X | Y |

## 61. FTS_TRACE_INDICATOR_REF (new 6-17-2002)

This is a decode table of indicators that are used to identify traces with specific events. It cross-references the 4 position indicator-code to the 30 position indicator description.

| Name | Null? | Type | | | |
|------|-------|------|---|---|---|
| INDICATOR_CODE | NOT NULL VARCHAR2(4) | X | N | | |
| INDICATOR_DESC | NOT NULL VARCHAR2(30) | X | N | | |
| INACTIVE_IND | NOT NULL VARCHAR2(1) | | | X Y | (Set to "Y" when no longer used) |
| REQUESTOR_AUTH_IND | VARCHAR2(1) | | | | |
| SORT_ORDER | NUMBER(4) | | | | |
| ENTERED_USER | VARCHAR2(10) | | | | |
| ENTERED_TIME | DATE | X | Y | | |
| UPDATED_USER | VARCHAR2(10) | | | | |
| UPDATED_TIME | DATE | X | Y | | |

## 62. FTS_TRACE_NOTES

This table contains notes specific to a Trace, Multiple-Sale, Suspect-Gun or Demand transaction.

| Name | Null? | Type | | | |
|------|-------|------|---|---|---|
| FTS_ID | NOT NULL VARCHAR2(12) | X Y | | | (Sub Modules: D, M, S, T) |
| NOTE_SEQ | NOT NULL NUMBER | X Y | | | |
| ENTERED_USER | VARCHAR2(10) | | | | |
| ENTERED_TIME | DATE | X Y | | | |
| UPDATED_USER | VARCHAR2(10) | | | | |
| UPDATED_TIME | DATE | X Y | | | |
| NOTE_TEXT | VARCHAR2(2000) | X N | | | |

## 63. FTS_TRACE_ORIGIN_REF (new 6-17-2002)

This table contains the codes and associated narrative descriptions of the methods used to enter trace data into FTS.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| TRACE_ORIGIN | NOT NULL VARCHAR2(1) | X Y | | (1,2,3,4,5,6,7,B,F,M,N,P) |
| TRACE_ORIGIN_DESC | NOT NULL VARCHAR2(30) | X Y | | |
| INACTIVE_IND | NOT NULL VARCHAR2(1) | X Y | | (Set to "Y" when no longer used) |
| ENTERED_USER | VARCHAR2(10) | | | |
| ENTERED_TIME | DATE | X Y | | |
| UPDATED_USER | VARCHAR2(10) | | | |
| UPDATED_TIME | DATE | X Y | | |

## 64. FTS_TRACE_XREF

This table is used to cross-reference the old Mainframe seven position FTS-IDs to the new GUI twelve position FTS-IDs.

| Name | Null? | Type |
|------|-------|------|
| | | |

20

```
NEW_TRACE_NO NOT NULL VARCHAR2(12) (Sub Modules: F, I, M, S, T)
OLD_TRACE_NO VARCHAR2(7)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 65. FTS_VEHICLE

This table contains information for any vehicles associated with a firearms trace.

```
Name Null? Type

FTS_ID NOT NULL VARCHAR2(12) (Sub Module: T)
SEQ_NO NOT NULL NUMBER
VEH_MAKE VARCHAR2(20) (VEH = Vehicle)
VEH_MODEL VARCHAR2(20)
VEH_YEAR VARCHAR2(4)
VEH_TAG_STATE VARCHAR2(2) Π Y
VEH_TAG_NO VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

## 66. FTS_WEAPONS

This table contains firearms information for Demand, FFL Theft, Interstate Theft, Multiple-Sales, Suspect-Guns, and Trace transactions. The trace SERIAL_NO is NOT released under FOIA for the previous five years IF the Trace firearm matches a Multiple-Sales firearm on Manufacturer, Type, and Serial Number. (Estimated at less then 5% of traces) For example, the FOIA release of February 15, 2002 contains all SERIAL_NOs for those traces entered through December 31, 1996. From January 1, 1997 through December 31, 2000, the SERIAL_NO may or may not be released, depending on if it matches a Multiple-Sale firearm (which applies to approximately 3% of traces). IMPORTER_NAME and IMPORTER_FFL are not released for 5 years. Only FTS_ID, SEQ_NUMBER, SERIAL_NO, MFG, W_TYPE, MODEL, CALIBER, IMPORTER_NAME, FAILED_MS_VAL_IND, ENTERED_TIME, and ENTERED_TIME are recorded for Multiple-Sales. All are released under the M-S FOIA Release.

```
Name Null? Type

FTS_ID NOT NULL VARCHAR2(12) (Sub Modules: D, F, I, M, S, T)
SEQ_NUMBER NOT NULL NUMBER
SERIAL_NO VARCHAR2(20) X Π Y
MFG VARCHAR2(3)
W_TYPE VARCHAR2(2)
MODEL VARCHAR2(20)
CALIBER VARCHAR2(6)
BARREL VARCHAR2(2)
WFINISH VARCHAR2(10)
ORIGIN VARCHAR2(2) (Country of Imported Firearms)
IMPORTER_NAME VARCHAR2(70) X Π Y
IMPORTER_FFL VARCHAR2(8) Π Y (Not populated for Traces prior to 2002)
ID_MARKS VARCHAR2(70)
FAILED_MS_VAL_IND VARCHAR2(1)
OBLIT_IND VARCHAR2(1)
RESTORED_CODE VARCHAR2(2)
REMOVAL_CODE VARCHAR2(2)
DRILL_SIZE VARCHAR2(2)
WEAPON_CLASS VARCHAR2(2)
ASSAULT_WEAPON_IND VARCHAR2(1)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
ACQUISITION_DATE DATE
LOG_NUMBER VARCHAR2(20)
```

21

## 67. FTS_WEAPON_NOTES

This table contains notes specific to a firearm associated with a Trace, FFL Theft, Interstate Theft, or Suspect-Gun transaction.

| Name | Null? | Type | | |
|---|---|---|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | (Sub Modules: F, I, S, T) |
| SEQ_NUMBER | NOT NULL | NUMBER | X Y | |
| NOTE_SEQ | NOT NULL | NUMBER | X Y | |
| ENTERED_USER | | VARCHAR2(10) | | |
| ENTERED_TIME | | DATE | X Y | |
| UPDATED_USER | | VARCHAR2(10) | | |
| UPDATED_TIME | | DATE | X Y | |
| NOTE_TEXT | | VARCHAR2(2000) | X N | (Note data) |

## 68. FTS_WEDITTB

This table is used to maintain data used for validating firearm combinations.

| Name | Null? | Type | |
|---|---|---|---|
| WEDIT_MFGCODE | NOT NULL | VARCHAR2(3) | |
| WEDIT_WTYPE | NOT NULL | VARCHAR2(2) | (P=Pistol, S=Shotgun, etc.) |
| WEDIT_MODEL | NOT NULL | VARCHAR2(20) | |
| WEDIT_CALIBER | NOT NULL | VARCHAR2(6) | |
| WEDIT_WDESC | | VARCHAR2(25) | ("PISTOL","RIFLE", etc) |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 69. FTS_WFINISH

This decode table contains the finishes commonly used on firearms, e.g. "BLACK", "CHROME", "NICKEL".

| Name | Null? | Type |
|---|---|---|
| WFINISH_DESC | NOT NULL | VARCHAR2(10) |
| ENTERED_USER | | VARCHAR2(10) |
| ENTERED_TIME | | DATE |
| UPDATED_USER | | VARCHAR2(10) |
| UPDATED_TIME | | DATE |

## 70. FTS_WORKFLOW_ACTION_REF (new 6-17-2002)

This decode table contains the code and associated description for workflow actions commonly used in the automated tracing of firearms, e.g. "TRACE REOPEN", "WORKGROUP ROUTING", "ROUTING ASSIGNMENT", etc.

| Name | Null? | Type | |
|---|---|---|---|
| WORKFLOW_ACTION_CODE | NOT NULL | VARCHAR2(4) | |
| WORKFLOW_ACTION_DESC | NOT NULL | VARCHAR2(30) | |
| INACTIVE_IND | NOT NULL | VARCHAR2(1) | (Set to "Y" if no longer used.) |
| ENTERED_USER | | VARCHAR2(10) | |
| ENTERED_TIME | | DATE | |
| UPDATED_USER | | VARCHAR2(10) | |
| UPDATED_TIME | | DATE | |

## 71. FTS_WORKFLOW_HISTORY (new 6-17-2002)

This table contains the history of selected workflow actions used in a specific trace.

| Name | Null? | Type |
|---|---|---|

22

```
FTS_ID NOT NULL VARCHAR2(12) (Sub Module: T)
SEQ_NUMBER NOT NULL NUMBER(4)
WORKFLOW_ACTION_CODE NOT NULL VARCHAR2(4)
ACTION_USER VARCHAR2(10) (Timestamp User)
ACTION_TIME DATE (Timestamp Date)
DETAIL VARCHAR2(200) (Workflow Narrative Description)
```

## 72. FTS_WPN_CLASS_CD

This table was originally designed to identify traced firearms by different classes; however, this functionality was never implemented.

```
Name Null? Type
-------------------- ----- ----
WPN_CLASS_CD NOT NULL VARCHAR2(10)
WPN_CLASS_DD_DESC NOT NULL VARCHAR2(10)
ENTERED_USER VARCHAR2(10)
ENTERED_TIME DATE
UPDATED_USER VARCHAR2(10)
UPDATED_TIME DATE
```

FTS Oracle Tables Phase 2 NAACP doc (7-25-2002)

23

EXHIBIT 10

 **Hotmail®** dandockery@hotmail.com

From : "Howard Andrews" <andrews@pi.cpmc.columbia.edu>
To : <dandockery@hotmail.com>
CC : "Elisa Barnes" <EBARNESESQ@aol.com>,<RSIsen@atfhq.atf.treas.gov>,"Lucy Allen"
<Lucy.Allen@NERA.com>
Subject : request for coded purchaser info
Date : Tue, 13 Aug 2002 07:18:56 -0400

Hi Dan,

Based on yesterday's discussion in the courtroom, I would like to
provide in written form the request for purchaser information that Lucy
Allen and I made in the conference call you conducted last week with
BATF representatives and the experts.

The response from BATF was that they would be willing to provide coded
purchaser information, so that a purchaser of two or more traced weapons
would be identified with the same coded number in each trace record.
The criterion for determining whether an individual was the same would
be a match on driver's license # or social security number To preserve
confidentiality, no identifying information about the individual would
be provided.

We also discussed using the same coding mechanism to flag responsible
individuals in the Firearms Licensing System database. It was agreed
that there would have to be further discussion about whether this could
be accomplished in the FLS database.

Thanks for considering the inclusion of this additional information in
the report you are preparing.

Howard •

 © 2002 Microsoft Corporation. All rights reserved. TERMS OF USE Advertise TRUSTe Approved Privacy Statem

## EXHIBIT 11

BSOrlow@atfhq.atf.tre
as.gov

08/13/2002 02:00 PM

To: BCKenrick@atfhq.atf.treas.gov, kaimipono_wenger@nyed.uscourts.gov
cc: RSIsen@atfhq.atf.treas.gov, WANelson@atfhq.atf.treas.gov,
MJHughes@atfhq.atf.treas.gov, LAlston@atfhq.atf.treas.gov,
DAChambers@atfhq.atf.treas.gov
Subject: RE: FLS Chart (Chicago)

The fields of the FLS that ATF does not want to produce are:

header- FLS APPLICANT; column name- APP COMMENTS (any comments associated with the dealer); reason- comments could contain internal enforcement-related information regarding FFLs

header- FLS APPLICATION TYPE; column name- AT APPLICATION TYPE (license application type) related to collectors; reason- Collectors are not licensed to engage in the business of dealing in firearms and are not listed on the publicly available list of FFLs.

header- FLS RESP PERSON; column names- RP DOB DATE (date of birth for responsible persons), RP SSN (Social Security numbers for responsible persons, RP STREET, CITY AND STATE (city, state, and zip code of responsible persons' residences); reason- privacy of responsible persons

header- FLS SAF; column name- SAF Code (special attention flag code); reasons- comments contain internal enforcement-related information regarding FFLs

Barry Orlow
Deputy Associate Chief Counsel
(Disclosure, Forfeiture and Criminal Law)
phone (202)927-5137
fax (202)927-6116
pager 888-509-5954

-----Original Message-----
**From:** Kenrick, Brian C.
**Sent:** Tuesday, August 13, 2002 1:13 PM
**To:** 'kaimipono_wenger@nyed.uscourts.gov'
**Cc:** Orlow, Barry S.; Isen, Richard S.
**Subject:** FLS Chart (Chicago)

Dan attached is Chicago's requested fields from the FLS. I have put in calls to determine the date the FLS data dictionary was produced, however, there is only one person who will really know that so I am awaiting her response. Any questions feel free to contact Barry.

Brian

EXHIBIT 12

| DATA FIELD REFERENCE(S) IN FTS & FLS TABLES | INFORMATION CITY HAS REQUESTED (TRACE DATABASE SUB-MODULE) | DATA WITHHELD FOR MORE THAN ONE YEAR AND FOIA EXEMPTIONS CLAIMED |
|---|---|---|
| **Part I – Special Agent Information** | | |
| 312 | Trace Number | |
| 3 | ATF Agent Street Direction | |
| 3 | ATF Agent Street Number | |
| 3 | ATF Agent Street Name | |
| 3 | ATF Agent Street Suffix | |
| 325 | ATF Agent City | |
| 326 | ATF Agent State | |
| 327 | ATF Agent Zip Code | |
| 328 | ATF Agent Telephone Number | |
| 329 | ATF Agent Fax Number | |
| 2,74 | ATF Field Division Name | |
| 3 | ATF Field Division Street Direction | |
| 3 | ATF Field Division Street Number | |
| 3 | ATF Field Division Street Name | |
| 3 | ATF Field Division Street Suffix | |
| 4 | ATF Field Division City | |
| 5 | ATF Field Division State | |
| 6 | ATF Field Division Zip | |
| 7 | ATF Field Division Telephone Number | |
| 8 | ATF Field Division Fax Number | |
| 79 | ATF Field Division Field Division | |
| 80 | ATF Field Division Beginning Zip Code | |
| 81 | ATF Field Division Ending Zip Code | |
| 87 | ATF Field Division FPC | |
| 73 | ATF Field Division POD Number | |
| 93 | ATF New Office | |
| 94 | ATF Old Office | |
| 1 | ATF TPIS | |
| **Part II – Other LE Organization Affiliated With Trace Information** | | |
| 312 | Trace Number | |
| 335 | Other Law Enforcement ("LE") Agency Name | Data withheld for five years (7(A)) |

| | Field | Status |
|---|---|---|
| 341 | Other LE Agency State | Data withheld for five years (7(A)) |
| 340 | Other LE Agency City | Data withheld for five years (7(A)) |
| 343 | Other Law Enforcement Agency Country | |
| **Part III – Related Information and Codes** | | |
| 312 | Trace Number | |
| 313 | Trace Request Date | |
| 314, 305 | Completion Code [Stat_Code] | |
| 317 | Completion Code Previous | |
| 315 | Completion Date | |
| 412 | Country of Origin | |
| 18 | Cease Fire Caliber | Field Contains No Responsive Data |
| 20 | Cease Fire Case Number | Field Contains No Responsive Data |
| 22 | Cease Fire Confirmed Hit | Field Contains No Responsive Data |
| 23 | Cease Fire Crime Code | Field Contains No Responsive Data |
| 19 | Cease Fire Importer | Field Contains No Responsive Data |
| 21 | Cease Fire Lab Number | Field Contains No Responsive Data |
| 17 | Cease Fire Model | Field Contains No Responsive Data |
| 24 | Cease Fire MPD FIU | Field Contains No Responsive Data |
| 25 | Cease Fire PD Case | Field Contains No Responsive Data |
| 15 | Cease Fire Sequence Number | Field Contains No Responsive Data |
| 14 | Cease Fire Serial Number | Field Contains No Responsive Data |
| 16 | Cease Fire Firearm Type | Field Contains No Responsive Data |
| 13 | Cease Fire Manufacturer | Field Contains No Responsive Data |
| 31, 213 | Country Code [MFG-Country_Code] | |
| 32 | Country Code Description | |
| 37, 350 | Crime Code 1 | |
| 38 | Crime Code Description | |
| DNE | Crime Code 2 | Does Not Exist |
| 38 | Crime Code Description | |
| 366 | Day 13 Letter | |
| 368 | Day 13 Letter Date | |
| 416 | Failed MS Val Indicator | |
| DNE | Failed MS Val Indicator Description | Does Not Exist |
| 353 | FBI Drugfire Number | |
| 126 | FTS IDENTIFIER for Indicator Code X-Ref | Field Contains No Responsive Data |

| | B | C |
|---|---|---|
| 118 | FTS Indicator Code | |
| 119 | FTS Indicator Code Name | |
| 125 | FTS Indicator Code-Xref | |
| 351 | IBIS Number | Field Contains No Responsive Data |
| 415 | Other Identifying Marks on Firearm | |
| 118 | Indicator Code | |
| 119 | Indicator Code Description | |
| 119 | Indicator Name | |
| 380 | Letter Date | |
| 378 | Letter Indicator | |
| DNE | Letter Indicator Description | Does Not Exist |
| 299 | State Code | |
| 300 | State Code Description | |
| 171 | State Registration Indicator | |
| DNE | State Registration Indicator Description | Does Not Exist |
| 305 | Status Code | |
| 44 | Trace Database Dealer Sequence Number | |
| 312 | Trace FTS Identifier | |
| 318 | Trace Origin | |
| 237, 244, 348 | Trace Project Code | |
| 238 | Trace Project Code Name | |
| 314 | Trace Status Information | |
| 46 | Transaction Date | |
| 392 | Vehicle FTS Identifier | |
| 394 | Vehicle Make | |
| 395 | Vehicle Model | |
| 393 | Vehicle Sequence Number | |
| 397 | Vehicle Tag State | |
| 381 | Workflow Triger | |
| DNE | Youth Involvement Indicator | Does Not Exist |
| DNE | Youth Involvement Indicator Description | Does Not Exist |
| 352 | Youth Crime Code Indicator | |
| DNE | Youth Crime Code Indicator Description | Does Not Exist |
| 170 | Possible Felon Indicator | |
| DNE | Possible Felon Indicator Description | Does Not Exist |
| 319 | Priority | |
| 237, 244 | Project Code | |

| A | B | C |
|---|---|---|
| 149, 250 | Race Code | |
| 371 | Recheck Date | |
| 389 | Recheck Indicator | |
| 357 | Report Indicator | |
| DNE | Report Indicator Description | Does Not Exist |
| 313 | Request Date | |
| 374 | Research Date | |
| 372 | Research Indicator | |
| DNE | Research Indicator Description | Does Not Exist |
| 386, 387 | Old Trace Number to New Trace Number Reference | |
| 386 | New Tracing Database Idenification Number | |
| | | |
| **Part IV – Firearm Information** | | |
| 403 | Firearm FTS Identifier | |
| 403 | Trace Number | |
| 214 | Manufacturer of Firearm Dealer License FFL Numl | Data withheld for five years (7(A)) |
| 212 | Manufacturer of Firearm Name | Data withheld for five years (7(A)) |
| 211, 406 | Manufacturer of Firearm Code | |
| 212 | Manufacturer of Firearm Code Description | Data withheld for five years (7(A)) |
| DNE | Manufacturer of Firearm Date | Does Not Exist |
| 415 | Firearm Other Identifying Marks | |
| 112, 414 | Firearm Importer Dealer FFL Number** | Fields Contain No Responsive Data |
| 113, 413 | Firearm Importer Name** | Data withheld for five years (7(A)) |
| 412 | Firearm Origin | |
| 410 | Firearm Barrel Length | |
| 409 | Firearm Caliber | |
| 408 | Firearm Model | |
| 407 | Firearm Type | |
| 405 | Firearm Serial Number** | Data withheld for five years (7(A)) if part of MS |
| 404 | Firearm Sequence Number | |
| 403 | Firearm FTS Identifier | |
| 213, 412 | Manufacturer of Firearm Country Code | |
| 32 | Manufacturer of Firearm Country Code Description | |
| 211, 406 | Manufacturer of Firearm Indicator | |
| 212 | Manufacturer of Firearm Indicator Description | Data withheld for five years (7(A)) |
| 422 | Firearm Assault Weapon Indicator | |
| DNE | Firearm Assault Weapon Indicator Description | Does Not Exist |

| Code | Description | Note |
|---|---|---|
| 421, 451 | Firearm Class Code | |
| 452 | Firearm Class Code Description | |
| 440 | Firearm Edit Caliber Code | |
| DNE | Firearm Edit Caliber Code Description | Does Not Exist |
| 437 | Firearm Edit Manufacturer Code | |
| 439 | Firearm Edit Model | |
| 438 | Firearm Edit Type Code | |
| 441 | Firearm Edit Type Code Description | |
| 416 | Firearm Failed MS VAL Indicator | |
| 411 | Firearm Finish Code | |
| 411, 446 | Firearm Finish Code Description | |
| 431 | Firearm Note Sequence | |
| 99, 407 | Firearm Type Code | |
| 100 | Firearm Type Description | |
| 68 | Obliterated S/N Drill Size Code Description | |
| 67, 420 | Obliterated S/N Drill Size Code | |
| DNE | Obliterated S/N Indicator Date | Does Not Exist |
| 287, 419 | Obliterated S/N Removal Code | |
| 288 | Obliterated S/N Removal Code Information | |
| 293, 418 | Obliterated S/N Restoration Code | |
| 294 | Obliterated S/N Restoration Code Information | |
| Part V – Firearm Dealer Information | | |
| 43 | Dealer FTS Identifier | |
| 43 | Firearm Trace Number | |
| 112, 414 | Importer Dealer License Number | Fields Contain No Responsive Data |
| 113, 413 | Importer Dealer License Name | Data withheld for five years (7(A)) |
| 513* | Importer Dealer License Name | |
| 51 | Ship to Dealer FFL Number | Fields Contain No Responsive Data |
| 44 | Dealer Sequence Number | |
| 47 | Dealer License Number | Data withheld for five years (7(A)) |
| 513 | Dealer License Name | |
| 505 | Dealer License Type | |
| 46 | Dealer Transaction Date | |
| 45 | Dealer Invoice Number | |
| 52 | Dealer Cooperation Indicator | |
| 53 | Dealer Final Sale Indicator | |

| A | B | C |
|---|---|---|
| 49 | Dealer Point of Contact | All Data withheld (6, 7(A), 7(C)) |
| 525 | Dealer Telephone Number | |
| 526 | Dealer FAX Number | |
| 510 | Dealer Inactive Indicator | |
| DNE | Dealer Inactive Indicator Description | Does Not Exist |
| 59 | Dealer Notes FTS Identifier | |
| 60 | Dealer Notes Sequence Number | |
| 539, 554 | Dealer Out-of-Business Date | |
| 553 | Dealer Out-of-Business Indicator | |
| DNE | Dealer Out-of-Business Description | Does Not Exist |
| | | |
| **Part VIII – Individuals** | | |
| 131 | Individual FTS Identifier | |
| 168 | Individual Involvement Date | Data withheld for five years (7(A)) |
| 131 | Trace Number | |
| 168 | Individual Purchase Date** | Data withheld for five years (7(A)) |
| 168 | Individual Transaction Date** | Data withheld for five years (7(A)) |
| 168 | Individual Event Date** | Data withheld for five years (7(A)) |
| 133 | Individual Role Played | |
| DNE | Individual Role Played Description | Does Not Exist |
| 132 | Individual Sequence Number | |
| 135 | Individual Name First** | All Data withheld (6, 7(A), 7(C)) |
| 134 | Individual Name Last** | All Data withheld (6, 7(A), 7(C)) |
| 136 | Individual Name Middle** | All Data withheld (6, 7(A), 7(C)) |
| 137 | Individual Name Suffix** | All Data withheld (6, 7(A), 7(C)) |
| 152 | Individual Apartment Number** | All Data withheld (6, 7(A), 7(C)) |
| 151 | Individual Route Number** | All Data withheld (6, 7(A), 7(C)) |
| 154 | Individual Street Direction** | All Data withheld (6, 7(A), 7(C)) |
| 153 | Individual Street Number** | All Data withheld (6, 7(A), 7(C)) |
| 155 | Individual Street Name** | All Data withheld (6, 7(A), 7(C)) |
| 154 | Individual Street Name Direction** | All Data withheld (6, 7(A), 7(C)) |
| 156 | Individual Street Suffix** | All Data withheld (6, 7(A), 7(C)) |
| 157 | Individual City | |
| 158 | Individual County | |
| 159 | Individual State | |
| 160 | Individual Zip Code** | All Data withheld (6, 7(A), 7(C)) |
| 161 | Individual Country | |

| Code | Field | Status |
|---|---|---|
| 149 | Individual Race | |
| 150 | Individual Sex | |
| 147 | Individual Height | |
| 148 | Individual Weight | |
| 142 | Individual Date of Birth | |
| 143 | Individual Place of Birth City | |
| 144 | Individual Place of Birth County | |
| 145 | Individual Place of Birth State | |
| 146 | Individual Place of Birth Country | |
| 171 | Individual State Registration Indicator | |
| 106 | Individual Identification Code Description | |
| 163 | Individual Identification State 1 | |
| 166 | Individual Identification State 2 | |
| 105, 162, 165 | Individual Identification Type Code | |
| 106 | Individual Identification Type Code Description | |
| 172 | Individual MRS Used Indicator | |
| 169 | Individual Multiple Firearm Purchase Indicator | |
| 170 | Individual Possible Felon Indicator | |
| DNE | Individual Possible Felon Indicator Description | Does Not Exist |
| 180 | Individual Notes Sequence | |
| 149, 250 | Individual Race Code | |
| 251 | Individual Race Code Description | |
| DNE | Maiden Name Indicator | Does Not Exist |
| 138 | Individual AKA Name Last | All Data withheld (6, 7(A), 7(C)) |
| 139 | Individual AKA Name First | All Data withheld (6, 7(A), 7(C)) |
| 140 | Individual AKA Name Middle | All Data withheld (6, 7(A), 7(C)) |
| 141 | Individual AKA Name Suffix | All Data withheld (6, 7(A), 7(C)) |
| DNE | Individual AKA Apartment Number | Does Not Exist |
| DNE | Individual AKA Route Number | Does Not Exist |
| DNE | Individual AKA Street Direction | Does Not Exist |
| DNE | Individual AKA Street Number | Does Not Exist |
| DNE | Individual AKA Street Name | Does Not Exist |
| DNE | Individual AKA Street Suffix | Does Not Exist |
| DNE | Individual AKA City | Does Not Exist |
| DNE | Individual AKA County | Does Not Exist |
| DNE | Individual AKA State | Does Not Exist |
| DNE | Individual AKA Zip Code | Does Not Exist |

414

| | | |
|---|---|---|
| DNE | Individual AKA Country | Does Not Exist |
| 177 | Individual AKA Date of Birth | |
| DNE | Individual AKA City of Birth | Does Not Exist |
| DNE | Individual AKA State of Birth | Does Not Exist |
| **Part X – Invalid Dealers** | | |
| 186 | Invalid Dealer FFL Identifier | Data withheld for five years (7(A)) |
| 43 | Trace Number | |
| 187 | Invalid Dealer Sequence Number | |
| 210 | Invalid Dealer Notes | All data withheld ( 6, 7(A), 7(C)) |
| 186 | Invalid Dealer Number | Data withheld for five years (7(A)) |
| DNE | Invalid Dealer License Type | Does Not Exist |
| 188 | Invalid Dealer License Name | Data withheld for five years (7(A)) |
| 191 | Invalid Dealer License Direction | Data withheld for five years (7(A)) |
| 192 | Invalid Dealer License Street Name | Data withheld for five years (7(A)) |
| 190 | Invalid Dealer License Street Number | Data withheld for five years (7(A)) |
| 193 | Invalid Dealer License Street Suffix | Data withheld for five years (7(A)) |
| 194 | Invalid Dealer License City | Data withheld for five years (7(A)) |
| DNE | Invalid Dealer License County | Does Not Exist |
| 195 | Invalid Dealer License State | |
| 196 | Invalid Dealer Zip Code | Data withheld for five years (7(A)) |
| 197 | Invalid Dealer Country | |
| 198 | Invalid Dealer Telephone Number | Data withheld for five years (7(A)) |
| **Part XI – Multiple Sales** | | |
| 172 | MRS Used Indicator | Not used in MS Sub-Module |
| 46, 168 | Multiple Purchase Date | Data withheld for five years (7(A)) |
| 513, 514 | Multiple Purchase Dealer Name | |
| 47 | Multiple Purchase Dealer FFL Number | Data withheld for five years (7(A)) |
| 169 | Multiple Purchase Indicator | Not used in MS Sub-Module |
| DNE | Multiple Purchase Indicator Description | Does Not Exist |
| DNE | Multiple Purchase FTS Number assoc. w/ Traced f | Does Not Exist |
| 44, 60, 404, 430 | Multiple Purchase Firearm Sequence Number | |
| DNE | Multiple Purchase Total Firearms Purchased | Does Not Exist |
| 312, 403 | Multiple Purchase FTS Identifier Number | |
| 312, 403 | Multiple Purchase FTS Multiple Purchase Number | |
| 312, 403 | Multiple Purchase FTS Trace Number | |

| A | B | C |
|---|---|---|
| 383 | Multiple Purchase Date Entered into FTS | |
| 406 | Multiple Purchase Manufacturer Code | |
| 44, 60, 404, 430 | Multiple Purchase Sequence Number | |
| 135 | Multiple Purchase Purchaser Name First** | All Data withheld (6, 7(A), 7(C)) |
| 134 | Multiple Purchase Purchaser Name Last** | All Data withheld (6, 7(A), 7(C)) |
| 136 | Multiple Purchase Purchaser.Name Middle** | All Data withheld (6, 7(A), 7(C)) |
| 137 | Multiple Purchase Purchaser Name Suffix** | All Data withheld (6, 7(A), 7(C)) |
| 152 | Multiple Purchase Purchaser Apartment Number** | All Data withheld (6, 7(A), 7(C)) |
| 151 | Multiple Purchase Purchaser Route Number** | All Data withheld (6, 7(A), 7(C)) |
| 154 | Multiple Purchase Purchaser Street Direction** | All Data withheld (6, 7(A), 7(C)) |
| 153 | Multiple Purchase Purchaser Street Number** | All Data withheld (6, 7(A), 7(C)) |
| 155 | Multiple Purchase Purchaser Street Name** | All Data withheld (6, 7(A), 7(C)) |
| 154 | Multiple Purchase Purchaser Street Name Directio | All Data withheld (6, 7(A), 7(C)) |
| 156 | Multiple Purchase Purchaser Street Suffix** | All Data withheld (6, 7(A), 7(C)) |
| 157 | Multiple Purchase Purchaser City | |
| 158 | Multiple Purchase Purchaser County | |
| 159 | Multiple Purchase Purchaser State | |
| 160 | Multiple Purchase Purchaser Zip Code | Data withheld for five years (7(A)) |
| 161 | Multiple Purchase Purchaser Country | |
| 149 | Multiple Purchase Purchaser Race | |
| 150 | Multiple Purchase Purchaser Sex | |
| 147 | Multiple Purchase Purchaser Height | |
| 148 | Multiple Purchase Purchaser Weight | Not used in MS Sub-Module |
| 142 | Multiple Purchase Purchaser Date of Birth | |
| 143 | Multiple Purchase Purchaser Place of Birth City | |
| 144 | Multiple Purchase Purchaser Place of Birth County | |
| 145 | Multiple Purchase Purchaser Place of Birth State | |
| 146 | Multiple Purchase Purchaser Place of Birth Country | |
| 406 | Multiple Purchase Firearm Manufacturer Code | |
| 409 | Multiple Purchase Firearm Caliber | |
| 408 | Multiple Purchase Firearm Model | Not used in MS Sub-Module |
| DNE | Multiple Purchase Firearm Number of Firearms inv | Does Not Exist |
| 405 | Multiple Purchase Firearm Serial Number** | Data withheld for five years (7(A)) |
| 407 | Multiple Purchase Firearm Type | |
| DNE | National Tracing Center Project Code Information | Not used in MS Sub-Module |

Part XII -- Firearm Recovery Location

| | | |
|---|---|---|
| 256 | Recovery Address FTS Identifier | |
| 256 | Recovery Address Trace Number | |
| 268 | Recovery Date | |
| 258 | Recovery Address Apartment Number** | All Data withheld (6, 7(A), 7(C)) |
| 257 | Recovery Address Route Number** | All Data withheld (6, 7(A), 7(C)) |
| 260 | Recovery Address Street Direction** | All Data withheld (6, 7(A), 7(C)) |
| 259 | Recovery Address Street Number** | All Data withheld (6, 7(A), 7(C)) |
| 261 | Recovery Address Street Name** | All Data withheld (6, 7(A), 7(C)) |
| 262 | Recovery Address Street Suffix** | All Data withheld (6, 7(A), 7(C)) |
| 263 | Recovery Address City | |
| 264 | Recovery Address State | |
| 265 | Recovery Address Zip Code** | All Data withheld (6, 7(A), 7(C)) |
| 266 | Recovery Address Country | |
| 267, 273 | Recovery Location Type | |
| 274 | Recovery Location Type Description | |
| 280 | Recovery Operative Flag | |
| 281 | Recovery Operative Time | |
| | | |
| | * Data elements 500 and over refer to responsive data available in the FLS | |
| | ** Withheld data elements at issue in Chicago I | |

| DATA FIELD REFERENCE(S) IN FTS TABLES | INFORMATION CITY HAS REQUESTED (THEFT DATABASE SUB-MODULE) | FOIA EXEMPTIONS CLAIMED FOR DATA WITHHELD FOR MORE THAN ONE YEAR* |
|---|---|---|
| **Part VI – Firearms Stolen from Dealer** | | |
| 22 | Dealer Theft FTS Identifier | |
| 22 | Dealer Theft Trace Number | |
| 29 | Dealer Theft Dealer License Number | Data withheld for five years (7(A)) |
| 31 | Dealer Theft Dealer Name | Data withheld for five years (7(A)) |
| 45 | Dealer Theft Activity Code | Field Contains No Responsive Data |
| DNE | Dealer Theft Activity Code Description | Does not exist |
| 49, 63, 127 | Dealer Theft Type Code | |
| 147 | Dealer Theft Type Code Description | |
| DNE | Dealer Theft Type Indicator | Does not exist – same as Activity Code |
| 47 | Dealer Theft Report Date | |
| 60 | Dealer Theft Case Number | All Data withheld (2) |
| 46 | Dealer Theft ATF Field Division | |
| 43, 44 | Dealer Theft Police Department Incident Number | All Data withheld (2) |
| 42 | Dealer Theft Police Department Name | Data withheld for five years (7(A)) |
| 50 | Dealer Theft Number Injuries | |
| 51 | Dealer Theft Number Killed | |
| 28 | Dealer Theft Caller ATF F3310 Receive Date | |
| DNE | Dealer Theft Call Indicator | Does not exist |
| DNE | Dealer Theft Call Indicator Description | Does not exist |
| 30 | Dealer Theft Caller Dealer Business Name | Data withheld for five years (7(A)) |
| DNE | Dealer Theft Caller Dealer FFL Number | Does not exist |
| DNE | Dealer Theft Caller Dealer License Name | Does not exist |
| 27 | Dealer Theft Caller Position | |
| DNE | Dealer Theft Call Fax Number | Does not exist |
| 49, 63, 127 | Dealer Theft Code | |
| 129 | Dealer Theft MOD Operative Flag | |
| DNE | Dealer Theft MOD Operative Flag Description | Does not exist |
| 130 | Dealer Theft MOD Operative Time | Field Contains No Responsive Data |
| 64, 128 | Dealer Theft MODOP Code | |
| 170 | Dealer Theft Note Sequence | |

| | Field | Note |
|---|---|---|
| 145 | Dealer Theft Operative Flag | |
| DNE | Dealer Theft Operative Flag Description | Does not exist |
| 146 | Dealer Theft Operative Time | |
| 52 | Dealer Theft Estimated Firearms Stolen | |
| 221 | Dealer Theft Firearm Manufacturer Code | |
| 223 | Dealer Theft Firearm Model | |
| 222 | Dealer Theft Firearm Type | |
| 224 | Dealer Theft Firearm Caliber | |
| 220 | Dealer Theft Firearm Serial Number | |
| 219 | Dealer Theft Firearm Sequence Number | |
| 38 | Dealer Theft Location Apartment Number | Data withheld for five years (7(A)) |
| 38 | Dealer Theft Location Route | Data withheld for five years (7(A)) |
| 38 | Dealer Theft Location Street Direction | Data withheld for five years (7(A)) |
| 38 | Dealer Theft Location Street Number | Data withheld for five years (7(A)) |
| 38 | Dealer Theft Location Street Name | Data withheld for five years (7(A)) |
| 38 | Dealer Theft Location Street Suffix | Data withheld for five years (7(A)) |
| 39 | Dealer Theft Location City | |
| 40 | Dealer Theft Location State | |
| 41 | Dealer Theft Location Zip | Data withheld for five years (7(A)) |
| 165 | Dealer Theft Recovery ATF Agent City | |
| 166 | Dealer Theft Recovery ATF Agent State | |
| 167 | Dealer Theft Recovery ATF Agent Telephone Number | |
| DNE | Dealer Theft Other LE Agency Official Name First | Does not exist |
| DNE | Dealer Theft Other LE Agency Official Name Last | Does not exist |
| DNE | Dealer Theft Other LE Agency Street Direction | Does not exist |
| DNE | Dealer Theft Other LE Agency Street Name | Does not exist |
| DNE | Dealer Theft Other LE Agency Street Number | Does not exist |
| DNE | Dealer Theft Other LE Agency Street Suffix | Does not exist |
| DNE | Dealer Theft Other LE Agency City | Does not exist |
| DNE | Dealer Theft Other LE Agency State | Does not exist |
| DNE | Dealer Theft Other LE Agency Country | Does not exist |

| | | |
|---|---|---|
| DNE | Dealer Theft Other LE Agency Telephone | Does not exist |
| DNE | Dealer Theft Other LE Agency Fax Number | Does not exist |
| DNE | Dealer Theft Other LE Agency ORI Email | Does not exist |
| DNE | Dealer Theft Other LE Agency ORI FC | Does not exist |
| DNE | Dealer Theft Other LE Agency ORI Office | Does not exist |
| DNE | Dealer Theft Other LE Agency ORI State | Does not exist |
| DNE | Dealer Theft Individual Name Suffix | Does not exist |
| DNE | Dealer Theft Individual DOB | Does not exist |
| DNE | Dealer Theft Individual Race | Does not exist |
| DNE | Dealer Theft Individual Role | Does not exist |
| 152 | Individual FTS Identifier Number | |
| 153 | Dealer Theft Recovery Firearm Manufacturer Code | |
| 156 | Dealer Theft Recovery Firearm Model | |
| 155 | Dealer Theft Recovery Firearm Type | |
| 157 | Dealer Theft Recovery Firearm Caliber | |
| 154 | Dealer Theft Recovery Firearm Serial Number | |
| 219 | Dealer Theft Recovery Firearm Sequence Number | |
| 213 | Dealer Theft Recovery Note Firearm Manufacturer Code | |
| 216 | Dealer Theft Recovery Note Firearm Model | |
| 215 | Dealer Theft Recovery Note Firearm Type | |
| 217 | Dealer Theft Recovery Note Firearm Caliber | |
| 214 | Dealer Theft Recovery Note Firearm Serial Number | |
| 207 | Dealer Theft Recovery Note Firearm Sequence | |
| 161 | Dealer Theft Recovery NCIC Clear Date | |
| 206 | Dealer Theft Recovery Note FTS Identifier | |
| 180 | Dealer Theft Recovery Other LE Agency City | Data withheld for five years (7(A)) |
| 181 | Dealer Theft Recovery Other LE Agency State | |
| 183 | Dealer Theft Recovery Other LE Agency Country | |

| A | B | C |
|---|---|---|
| 152, 158 | Dealer Theft Recovery Location FTS Identifier | |
| 152, 158 | Trace Number | |
| 160 | Dealer Theft Recovery Recovery Date | |
| 159 | Dealer Theft Recovery Location Type | |
| 139 | Dealer Theft Recovery Location Type Description | |
| 190 | Dealer Theft Recovery Location City | |
| 191 | Dealer Theft Recovery Location State | |
| DNE | Dealer Theft Recovery Location Country | Does not exist |

**Part IX – Firearms Stolen or Lost in Interstate Commerce**

| A | B | C |
|---|---|---|
| 76 | Interstate Theft FTS Identifier | |
| 76 | Trace Number | |
| 109 | Interstate Theft Reporting Date | |
| 103 | Interstate Theft Case Number | |
| 6 | Interstate Theft Carrier Status | |
| DNE | Interstate Theft Carrier County | Does not exist |
| 4 | Interstate Theft Carrier Accounting Class | |
| DNE | Interstate Theft Carrier Accounting Class Description | Does not exist |
| 17 | Interstate Theft Carrier Alpha Sort Key | |
| 5 | Interstate Theft Carrier Classification | |
| 15 | Interstate Theft Carrier Communication Code | |
| 2 | Interstate Theft Carrier Docket Number | |
| 14 | Interstate Theft Carrier SCAC | |
| DNE | Interstate Theft Location Street Direction | Does not exist |
| DNE | Interstate Theft Location Street Name | Does not exist |
| DNE | Interstate Theft Location Street Number | Does not exist |
| DNE | Interstate Theft Location City | Does not exist |
| DNE | Interstate Theft Location State | Does not exist |
| DNE | Interstate Theft Location Zip Code | Does not exist |
| DNE | Interstate Theft Location Country | Does not exist |
| DNE | Interstate Theft Location Telephone Number | Does not exist |
| DNE | Interstate Theft Location Fax Number | Does not exist |

| Code | Field Name | Status |
|---|---|---|
| 160 | Interstate Theft Recovery Date | |
| DNE | Interstate Theft Recovery Location Country | Does not exist |
| DNE | Interstate Theft Recovery Location Telephone Number | Does not exist |
| DNE | Interstate Theft Recovery Location Fax Number | Does not exist |
| 105 | Interstate Theft Type Code | |
| DNE | Interstate Theft Type Code Description | |
| 104 | Interstate Theft ATF Field Division | |
| DNE | Interstate Theft Police Department Incident Number | Does not exist |
| DNE | Interstate Theft Police Department Name | Does not exist |
| 109 | Interstate Theft Caller Receive Date | |
| DNE | Interstate Theft Call Indicator | Does not exist |
| DNE | Interstate Theft Call Indicator Description | Does not exist |
| DNE | Interstate Theft Caller Position | Does not exist |
| 105 | Interstate Theft Code | |
| DNE | Interstate Theft Code Description | Does not exist |
| 129 | Interstate Theft MOD Operative Flag | Field Contains No Responsive Data in Theft Sub-Module |
| DNE | Interstate Theft MOD Operative Flag Description | Does not exist |
| 130 | Interstate Theft MOD Operative Time | Field Contains No Responsive Data in Theft Sub-Module |
| 64 | Interstate Theft MODOP Code | Field Contains No Responsive Data in Theft Sub-Module |
| 145 | Interstate Theft Operative Flag | |
| DNE | Interstate Theft Operative Flag Description | Does not exist |
| 146 | Interstate Theft Operative Time | |
| DNE | Interstate Theft Estimated Firearms Lost | Does not exist |
| 221 | Interstate Theft Firearm Manufacturer Code | |
| 223 | Interstate Theft Firearm Model | |
| 222 | Interstate Theft Firearm Type | |
| 224 | Interstate Theft Firearm Caliber | |
| 220 | Interstate Theft Firearm Serial Number | |
| 219 | Interstate Theft Firearm Sequence Number | |
| 165 | Interstate Theft Recovery ATF Agent City | |
| 166 | Interstate Theft Recovery ATF Agent State | |
| 167 | Interstate Theft Recovery ATF Agent Telephone Number | |

| A | B | C |
|---|---|---|
| DNE | Interstate Theft Other LE Agency Official Last Name | Does not exist |
| DNE | Interstate Theft Other LE Agency Official First Name | Does not exist |
| DNE | Interstate Theft Other LE Agency Street Direction | Does not exist |
| DNE | Interstate Theft Other LE Agency Street Name | Does not exist |
| DNE | Interstate Theft Other LE Agency Street Number | Does not exist |
| DNE | Interstate Theft Other LE Agency Street Suffix | Does not exist |
| DNE | Interstate Theft Other LE Agency City | Does not exist |
| DNE | Interstate Theft Other LE Agency State | Does not exist |
| DNE | Interstate Theft Other LE Agency Country | Does not exist |
| DNE | Interstate Theft Other LE Agency Telephone | Does not exist |
| DNE | Interstate Theft Other LE Agency Case Number | Does not exist |
| DNE | Interstate Theft Other LE Agency Fax | Does not exist |
| DNE | Interstate Theft Other LE Agency ORI Email | Does not exist |
| DNE | Interstate Theft Other LE Agency ORI FC | Does not exist |
| DNE | Interstate Theft Other LE Agency ORI Office | Does not exist |
| DNE | Interstate Theft Other LE Agency ORI State | Does not exist |
| 201 | Interstate Theft Individual DOB | |
| 199 | Interstate Theft Individual Race | |
| DNE | Interstate Theft Individual Role | Does not exist |
| 152 | Individual FTS Identifier Number | |
| 153 | Interstate Theft Recovery Firearm Manufacturer Code | |
| 156 | Interstate Theft Recovery Firearm Model | |
| 155 | Interstate Theft Recovery Firearm Type | |
| 157 | Interstate Theft Recovery Firearm Caliber | |
| 154 | Interstate Theft Recovery Firearm Serial Number | |

| | Field | |
|---|---|---|
| 207 | Interstate Theft Recovery Firearm Sequence Number | |
| 213 | Interstate Theft Recovery Note Firearm Manufacturer Code | |
| 216 | Interstate Theft Recovery Note Firearm Model | |
| 215 | Interstate Theft Recovery Note Firearm Type | |
| 217 | Interstate Theft Recovery Note Firearm Caliber | |
| 214 | Interstate Theft Recovery Note Firearm Serial Number | |
| 207 | Interstate Theft Recovery Note Firearm Sequence | |
| 161 | Interstate Theft Recovery NCIC Clear Date | |
| 206 | Interstate Theft Recovery Note FTS Identifier | |
| 183 | Interstate Theft Recovery Other LE Agency country | |
| 152 | Interstate Theft Recovery Location FTS Identifier | |
| DNE | Interstate Theft Invalid Dealer FFL Number | Does not exist |
| DNE | Interstate Theft Invalid Dealer Business Name | Does not exist |
| DNE | Interstate Theft Invalid Dealer Apartment Number | Does not exist |
| DNE | Interstate Theft Invalid Dealer Route Number | Does not exist |
| DNE | Interstate Theft Invalid Dealer Street Number | Does not exist |
| DNE | Interstate Theft Invalid Dealer Street Direction | Does not exist |
| DNE | Interstate Theft Invalid Dealer Street Suffix | Does not exist |
| DNE | Interstate Theft Invalid Dealer City | Does not exist |
| DNE | Interstate Theft Invalid Dealer State | Does not exist |
| DNE | Interstate Theft Invalid Dealer Zip Code | Does not exist |
| 104 | Interstate Theft Field Division | |

424

| | | Comment C... |
|---|---|---|
| 79 | Interstate Theft Dealer Business Name | All Data withheld (4, 7(A)) |
| 78 | Interstate Theft Dealer FFL Number | All Data withheld (4, 7(A)) |
| 80 | Interstate Theft License Name | All Data withheld (4, 7(A)) |
| 121 | Interstate Theft Note Sequence | |

[1] ATF does not maintain separate data fields for firearms reported as lost or stolen from an FFL. This information is maintained in the FFL Theft data fields listed above. The theft codes identify whether a firearm has been reported as stolen or lost.

[2] Data exists only in connection with recovered firearms, to which response is addressed.

[3] Response assumes that "Dealer" refers to Shipper.

# EXHIBIT 13

**TMcINERNEY@mrweiser.com**

08/14/2002 02:31 PM

To: dandockery@hotmail.com, kaimipono_wenger@nyed.uscourts.gov
cc:
Subject: Draft Special Master Report Regarding BATF Data

Per the instructions contained in the cover letter from Mr. Dockery dated August 13, 2002, this email is to summarize my current position as an expert with respect to specific elements contained in the above cited draft report.

1) Page 29 of the draft report states that Jerry's Sports defendants has not taken a position regarding demand for additional non-FOIA BATF information. In fact, we have taken a position similar to the other defendants, in that we require additional non-FOIA BATF information in the event BATF releases any non-FOIA information.

2) I am currently reviewing the technical information summary contained in the draft report. I have not taken any position with respect to its accuracy and completeness, and reserve the right to make comments and suggestions at a later time.

3) Certain exhibits that are to be part of the final version of the draft report such as the BATF slide presentation outlining the trace process in detail (exhibit 3) and the paper trace request form showing the actual data entry fields (exhibit 4) were requested by me at the conference on July 29th in Washington, and it was agreed that they would be given to all the experts in attendance. As of today, August 14th, I have not received these documents or had the chance to review them in detail, and reserve the right to make additional comments and suggestions based upon receipt and review of them.

Timothy McInerney, DBA, CMC
Principal
Weiser Consulting LLC
135 West 50th Street
New York, NY 10020
212-375-6555
tim@conslt.com

A member firm of Moores Rowland International

# EXHIBIT 14

## SUPPLEMENTARY INFORMATION ON FTS TABLES AND FIELDS

### Table 1: FTS_Administrative

This table is used for Trace and Suspect Guns transactions.

FLD_LABEL and FLD_REMARK are fields in which investigation notes appear. These fields are flexible, and may include a variety of notes provided by the transaction requestor. FLD7_REMARK is sometimes used by BATF to store notes on workflow.

PROJECT_NATIONAL and PROJECT_LOCAL fields are also text fields that contain investigative notes.

### Table 2: FTS_ATFOFFC

This is a decode table.

POD_TPIS is the primary key for this table. All elements in this field contain a six position code associated with a ATF office.

The code is unique to each office, and is also referred to as the "Budget Operating Code" because it identifies the office for budgetary purposes.

The remainder of this table provides contact information for the office.

"POD" in this table is an abbreviation for "Post of Duty"

### Table 3: FTS_CALIBER

This is a decode table.

The BATF is not certain why this table is still in the database or whether any program uses it anymore. Functionally, the table is redundant with Table 68, FTS_WEDITTB.

The CALIBER field contains a list of all valid calibers of firearms.

### Table 4: FTS_CLOSE_HISTORY

This table is used for trace transactions only.

This table was added to the database in its current form June 17, 2002. However, it contains information dating back to 1988.

This table maintains a history of completion codes and remarks associated with a trace. Completion codes are also referred to as closeout codes and status codes.

STAT_CODE is a 2 position field that indicates how a trace was closed. For instance, a closed trace that was successful would receive a different entry in this field than a closed trace that was unsuccessful. The decode table for STAT_CODE is Table 53.

REMARKS_TO_REQSTR is a text field containing remarks that were sent by BATF to the requestor when the trace was closed.

### Table 5: FTS_COOPERATION_REF

This is a decode table containing a list of valid cooperation levels FFLs can exhibit when contacted by ATF personnel. Each valid cooperation level is assigned a one or two letter code.

Currently, there are four valid cooperation levels listed in this table: Cooperative ("C"); Non–Responsive ("NR"); Uncooperative ("U"); and No Records Available ("R").

INACTIVE_IND is a flag that can indicate that a once-valid code has been put out of use.

### Table 8: FTS_DEALTR

This table is used for Demand, Multiple–Sales, Suspect Gun and Trace transactions.

SEQ_NO is a counter that indicates the relative position of the FFL in the trace sequence. For instance, the manufacturer would likely have a 1 in the SEQ_NO field because it would be the first FFL contacted by BATF; the wholesaler that purchased the firearm from the manufacturer would have a 2, and so on.

POC_NAME and POC_FAX refer to the name and fax number of the "Point of Contact", the person at the FFL whom the NTC representative contacted.

It is unclear what INVALID_SEQ contains; BATF personnel believe it may corre-late to the Z_SEQ number for invalid FFLs (see Table 34).

SHIP_TO_FFL is not used by any submodule and is not populated (meaning there are no data in this field).

COOPR is a field that indicates the cooperation level of the FFL; valid cooperation levels are found in Table 5.

FIN_SALE is a flag that can indicate that this was the last FFL which could be identified as having sold the firearm being traced. Presence of a FIN_SALE flag does not mean that the trace was successful.

### Table 9: FTS_DEALTR_NOTES

This table is used for Multiple Sales, Suspect Guns and Trace transactions.

This table contains notes entered by BATF regarding an FFL in connection with a transaction.

### Table 10: FTS_DEMAND_FFL_TYPE

This is a decode table containing a list of valid types of demand letter.

DEMAND_DESC contains the description of the demand letter. DEMAND_TYPE contains a code associated with the demand letter. There are only two types of demand letter presently used by BATF, Demand Letter 1 (coded 001) and Demand Letter 2 (coded 002).

### Table 11: FTS_DEMAND_LETTER

This table contains a list of FFLs that are on demand.

The DEMAND_DATE field contains the date the demand letter became effective.

The DEMAND_TYPE field contains the type of demand letter the FFL received. The decode table for DEMAND_TYPE is Table 10.

REGION and DIVISION refer to the location of the FFL's premise.

The STATUS field contains a one letter code indicating the status of the FFL. "I" denotes inactive status, "A" denotes active status.

### Table 14: FTS_DEMAND_STATUS_CODE

This decode table contains a list of valid status codes that may be associated with a demand letter.

STATUS_DESC contains the description of the status code.

**TABLE 16: FTS_DRILL_SZ_CD**

The DRILL_SIZE_DD field contains a list of two character codes for each valid drill size. The DRILL_SIZE_DESC field contains a description of that code.

**Table 17: FFL_INVST_NOTES**

This is the "Do Not Contact" list.

FFLINVST_FFL is the primary key for this table. It contains the FFL numbers of FFLs that are on "Do Not Contact" status.

NOTE_SEQ is a counter that differentiates successive notes associated with the same "Do Not Contact" FFL. NOTE_TEXT contains the actual text of the note.

**Table 18: FFL_DEMAND**

This table contains FFLs who are currently "on demand". The IND_ fields were established for possible future use but are not presently used.

**Table 19: FLS_THEFT**

CALLER_ fields provide information about the individual who called in the theft report.

ATFF3310_RECV_DATE contains the date that BATF received the report

FFL_ fields contain information about the FFL from which the firearm was stolen.

THEFT_LOC fields contain information about the location of the theft.

POLICE_DEPT fields contain information about the local law enforcement agency investigating the theft.

The THEFT_TYPE_CODE field contains a code describing the nature of the theft. Possible entries include "B" (Burglary); "L" (Larceny); "O" (Other, including inventory loss); and "R" (Robbery).

The FIELD_DIVISION field refers to the BATF Field Division involved with the report.

The NUMBER_INJURIES and NUMBER_KILLED fields refer to the numbers injured or killed during the theft. The EST_WEAPONS_STOLEN field refers to the estimated number of weapons stolen during the theft.

**Table 20: FTS_FFL_THEFT_MODOPS**

This table contains the set of theft and modop codes that can be associated with a reported FFL theft. A full list of theft and modop codes with descriptions is contained in Table 37.

**Table 26: FTS_IMPORTER_LIST**

This table contains a partial list of valid firearm importers.

**Table 27: FTS_INDICATOR**

This decode table no longer exists. When it existed, it was part of FOIA releases (with sensitive indicator codes redacted).

**Table 28: FTS_INDICATOR_XREF**

This decode table no longer exists. When it existed, it was part of FOIA releases (with sensitive indicator codes redacted).

**Table 29 FTS_INDIVIDUAL**

I_SEQ_NO is a counter that distinguishes different individuals associated with the same trace.

DOB refers to Date of Birth. POB refers to Place of Birth.

I_MULT_PUR_IND is a flag that indicates that a person frequently purchased weapons at the reporting FFL. This is a subjective determination volunteered by the contact person for the FFL.

I_POSS_FELON_IND is a flag that indicates that a person is a possible felon. This is a subjective determination volunteered by the contact person for the FFL.

I_MRS_USED_IND is a flag that indicates the Microfilm Retrieval System was used in the process of identifying the individual.

**Table 32: FTS_INTERSTATE_THEFT**

SHIPPER fields contain information about the FFL that consigned the firearms.

CONS fields contain information about the consignee of the shipment.

The THEFT_TYPE_CODE field contains a code describing the nature of the theft. The only code associated with interstate theft is "I."

The FIELD_DIVISION field refers to the BATF Field Division involved with the report.

CARRIER fields contain information about the interstate carrier from which the firearm was stolen.

REPORTING fields contain information about the individual who reported the theft.

### Table 34: FTS_INVALID_FFL

All Z_ fields, except for Z_FFL_ID and Z_SEQ, are information fields. These fields contain the best information available (if the FFL is invalid because it could not be located) or accurate information (if the FFL is invalid because it is purchaser not required to have an FFL).

### Table 36: FTS_MANUF

The MFG_CODE is a identifier associated with each manufacturer. There may be multiple MFG_CODES associated with different MFG_COUNTRY_CODE entries.

### Table 37: FTS_MODOP_CD

This is a decode table containing a list of codes for the modus operandi of a crime, i.e. a characteristic trait associated with the crime.

### Table 38: FTS_ORIOFFC

Some information in this table that used to be released as FOIA material is now withheld by BATF because certain law enforcement agencies complained about the disclosure of their information.

### Table 40: FTS_PROJECT

When this table existed it was released as FOIA material.

### Table 41: FTS_PROJECT_XREF

When this table existed it was released as FOIA material.

### Table 43: FTS_RECOVERY_INFO

The REC_ fields contain information about where the firearm was recovered.

The REC_LOC_TYPE contains a code for a type of location, such as an airport, at which the firearm was recovered. The decode table for REC_LOC_TYPE is Table 45.

### Table 47: FTS_REMOVAL_CD

The REMOVAL_DD field contains a list of two character codes for each valid removal technique. The REMOVAL_DESC field contains description of that code.

### Table 48: FTS_RESTORED_CD

The RESTORED_DD field contains a list of codes for each valid degree of restoration, e.g., "U" for "Unable to Restore."

### Table 49: FTS_SPERSON

The information in this table relates to natural individuals on the suspect persons list.

### Table 53: FTS_STATUS

This is the decode table for closeout codes, also known as status codes and completion codes.

Fields ending in _IND are flags that are set to "Y" when the condition listed in the right-hand column is true. For example, if a particular closeout code means that the trace was successful, then the SUCCESS_IND would be set to "Y".

OBR refers to Out of Business Records (these are the records stored in the Microfilm Retrieval System).

The closeout code that is associated with traces that end with a "Do Not Contact" FFL has not been released through FOIA.

### Table 57: FTS_THEFT_RECOVERY

FTS_ID is the primary key for this table. It refers to the FTS_ID for the FFL Theft or Interstate theft transaction that contains the theft report.

RECOVERY_FTS_ID is not used.

The RECOVERY_TYPE field contains a code that describes how the firearm was recovered. The decode table for RECOVERY_TYPE is Table 46.

ORI_ fields refer to the Originating Requestor Identification for the law enforcement agency involved in the recovery of the firearm. The decode table for ORI is Table 38.

OA_ fields refer to Other Agency.

THEFT_ fields refer to the location where the stolen weapon was recovered.

IND_ fields refer to any individuals associated with the recovery.

### Table 59: FTS_TRACE

The PREV_COMP_CODE field contains information about the previous completion code; this field is used when the trace was closed once but has been reopened.

The TRACE_ORIGIN field contains a code that indicates how the information was entered into the FTS (e.g., by ETSS or by manual entry from fax). The decode table for TRACE_ORIGIN is Table 63.

BOC_NO is the Budget Operating Code of the ATF office that submitted the trace.

SA_ fields refer to the ATF Special Agent associated with the trace.

ORI_ fields refer to the Originating Requestor Identification for the requesting agency submitting the trace information to the ATF. The decode table for ORI is Table 38.

OA_ fields refer to Other Agency.

The TRACE_PROJ field is not used.

GANG_NAME is the name of the gang, if any, associated with the crime out of which the trace arises.

REMARKS_TO_REQSTR is a text field containing notes sent by BATF to the requesting agency.

The CRIME1 field contains the NCIC crime code submitted by the requesting agency.

The IBIS_NUM field contains information about the Integrated Ballistics Identification System; this system uses sophisticated computer technology to match bullets fired from the same weapon. This field is rarely used.

The YCG_IND is a field used to indicate that a youth was involved with the firearm trace.

The FBI_DRUGFIRE_IND is a field used by the FBI for FBI purposes.

NEW_INFO_PRINT_IND is a flag that can indicate that a trace has been changed and a new report was sent to the requesting agency. This flag is rarely used.

REOPEN_DATE is the date a trace was reopened.

RPT_ fields indicate when a report was generated, by whom, and when.

The fields from MFG_IND to the end of the table are used for internal purposes. MFG_ fields indicate whether the manufacturer was contacted. OBR_ fields indicate whether the Out of Business records were used. DAY_13_LTR_ fields indicate a trace took more than 13 days to receive a response from a FFL. RECHECK_ fields indicate some piece of information had to be rechecked. RESEARCH_ fields indicate that the Research unit was used during the trace. CALL_ fields indicate that a call was placed by BATF. LETTER_ fields indicate that a letter was sent out by BATF.

### Table 60: FTS_TRACE_INDICATOR

Prior to June, 2002, there were "indicator" and "project" codes that could be associated with a trace. Because these tables were determined to be redundant, they have been combined into a single "trace indicator" table. This field allows a trace to be identified as connected with an ongoing project or otherwise be associated with a group of traces; gun buyback programs and the Youth Crime Gun Initiative are examples of projects that have trace indicator codes.

### Table 65: FTS_VEHICLE

SEQ_NO is a counter that distinguishes different vehicles for the same trace.

### Table 66: FTS_WEAPONS

SEQ_NO is a counter that distinguishes different weapons for the same transaction.

The ID_MARKS field is a text field containing information about any peculiar identifying markings on the firearm.

FAILED_MS_VAL_IND is a flag that can indicate a weapon that has some non-valid characteristic.

OBLIT_IND is a flag that can indicate that a weapon's serial number has been obliterated.

RESTORED_CODE is a code that indicates to what extent an obliterated serial number has been restored. The decode table for RESTORED_CODE is Table 48.

REMOVAL_CODE is a code that indicates what technique was used to obliterate a serial number. The decode table for REMOVAL_CODE is Table 47.

DRILL_SIZE is a code that indicates the size of drill used to obliterate a serial number. The decode table for DRILL_SIZE is Table 16.

The WEAPON_CLASS field is not used.

The ASSAULT_WEAPON_IND field is not used.

**Table 72: FTS_WPN_CLASS_CD**

This table no longer exists, and was not replaced.

### Appendix B

#### *ORDER OF PROTECTION*

On June 27, 2002 this court issued an order to show cause why it should not direct the Bureau of Alcohol, Tobacco and Firearms ("ATF"), a non-party hereto, to release to the parties in this case the same information ordered released by the United States District Court in *City of Chicago v. United States Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms,* 00CV3417 (GWL) and 01CV2167 (GWL), or its equivalent. After considering the parties' submissions, ATF's submission in opposition, and after oral argument on July 11, 2002, this court issued an amended order and memorandum, dated July 19, 2002, appointing Daniel Dockery as Special Master and directing that he issue a report, after consultation with experts appointed by the parties, regarding the composition of the firearms trace databases maintained by the ATF. In its amended order, this court further stated that a strong protective order may be warranted to ensure that sensitive firearms trace information derived by ATF's databases will not be made public during the course of this proceeding or beyond in a manner that would reveal information about particular individuals or crimes, or used for any purpose other than this proceeding. In its amended order, this court further recognized that some ATF information may be too sensitive to disclose under any conditions. On August 16, 2002, the Special Master filed his final report. On September 9, 2002, this court heard arguments on objections to the final report and any motions filed relating to discovery of data maintained by ATF.

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1. The court finds that certain limited information in ATF's trace databases has not been made publically available pursuant to the Freedom of Information Act and is at issue under the court's amended order, dated July 19, 2002. Upon considering the arguments presented by the parties in support of their respective contentions, and by ATF in support of its contention that the information in the trace database is protected by the law enforcement and privacy privileges, the court finds that the public disclosure of such trace database information, other than that currently released under the Freedom of Information Act, would reasonably be expected to seriously jeopardize criminal investigations and place at risk the physical safety of investigating law enforcement officers, informants, cooperating witnesses, suspects and others. Accordingly, production of such non-public ATF information shall only be made subject to the terms of this Order of Protection which shall not be amended or superseded absent a compelling evidentiary showing by a party, as provided in ¶ 5 below, that the issuance by this court of an amended or new Order of Protection is critical to a fair trial, and that such showing could not have been made or brought to this court's attention by the moving party prior to the date of this order. Any ATF trace database information, not otherwise made public by ATF under the Freedom of Information Act, disclosed pursuant to this order, whether instantly or in subsequent proceedings in this case, shall be governed by the provisions of this order.

2. ATF shall provide to the "Excepted Persons", as that term is defined below, only the information specified in Exhibit A hereto, and only through December 31, 2000 (hereinafter "CONFIDENTIAL INFORMATION"), uniformly formatted in a manner to be determined by ATF, in coordination with the Excepted Persons.

3. ATF shall designate CONFIDENTIAL INFORMATION by placing on material to be produced a CONFIDENTIAL IN-

FORMATION notice or its equivalent. Any CONFIDENTIAL INFORMATION designation which is inadvertently omitted subsequent to the entry of this Order of Protection will not constitute a waiver of confidentiality and may be corrected by written notification to the parties subject hereto. Information that is currently available under the Freedom of Information Act, or that subsequently becomes available, at or before the time of its use, under the Freedom of Information Act, shall not be considered to be CONFIDENTIAL INFORMATION under this order.

4. ATF shall produce and disclose CONFIDENTIAL INFORMATION solely to: (a) one attorney designated by each respective party; and (b) to the expert witnesses who have participated in the proceedings before Special Master Daniel Dockery; *i.e.,* Howard Andrews and Lucy Allen, on behalf of plaintiffs; Gustavo Bamberger, Brian Kush, Tom Dubinin and Nancy Mathiowetz on behalf of all defendants, except for the Jerry's Sport defendants; and Tim McInerney, on behalf of the Jerry's Sport defendants (the persons referenced in (a) and (b) shall be hereinafter referred to as the "Excepted Persons"). Prior to receipt of any CONFIDENTIAL INFORMATION, each Excepted Person shall agree to be bound by the terms hereof, as further provided in paragraph 9 below, and subject to penalties for the violation thereof, as further provided in paragraph 10 below. Each Excepted Person is only authorized to disclose and use such CONFIDENTIAL INFORMATION, including any information or leads derived from such CONFIDENTIAL INFORMATION, solely: (a) for the purposes of this litigation, and for no other purpose; (b) to compile statistics, analyses, extrapolations and other studies—all regarding the distribution of firearms which were the subject of a trace request—intended for publication in this court and in this proceeding, and nowhere else; and (c) to contest the statistics, analyses, extrapolations and studies of other parties hereto, for publication solely in this court in these proceedings and nowhere else. In compiling such statistics, analyses, extrapolations and other studies, the Excepted Persons shall not under any circumstances disclose any CONFIDENTIAL INFORMA-

TION in a manner that could reveal the identity of any persons referenced in the CONFIDENTIAL INFORMATION, or the particulars of any information regarding a criminal investigation referenced in the CONFIDENTIAL INFORMATION.

5. Should any of the parties wish to disclose any information which would reveal the name, address or similar information about any individual in the CONFIDENTIAL INFORMATION, or the particulars of any such criminal investigation, they must first petition the court for a hearing at which they must demonstrate the necessity, as described in paragraph 1, of this court reconsidering further disclosure of ATF trace database information. The moving party or parties shall immediately provide written notice to ATF as discussed more fully in Paragraph 8 of this order. In addition, ATF shall be given a reasonable time period to contact the law enforcement agency that requested the trace information at issue prior to any such hearing if the agency in question has entered into a Memorandum of Understanding (MOU) with ATF pursuant to the Youth Gun Crime Interdiction Initiative (YGCII). These YGCII MOUs, which recognize the law enforcement sensitivity of trace data and the harm to ongoing investigations that could result from its premature disclosure, specifically provide that trace information could not be disclosed by ATF without the review and concurrence of the agency in question. Following execution of this order, ATF can, upon request, provide the parties with a current list of cities that have entered into YGCII MOUs. ATF can also provide updated lists within a reasonable period of time upon any subsequent request from the parties. CONFIDENTIAL INFORMATION may not be disclosed hereunder until two business days after entry and service upon ATF of an order so directing.

6. The Excepted Persons shall not disclose the CONFIDENTIAL INFORMATION to *any* person other than another Excepted Person who has signed a separate notarized statement, as referenced in ¶ 9. The Excepted Persons shall maintain CONFIDENTIAL INFORMATION in a safe and secure place sufficient to prevent access to persons other than the Excepted Persons.

7. No copies of CONFIDENTIAL INFORMATION shall be made, whether redacted or otherwise, whether in writing or other form, except for use by an Excepted Person. Prior to such copying, the recipient of the CONFIDENTIAL INFORMATION shall notify ATF what CONFIDENTIAL INFORMATION is copied and to which Excepted Person such copy is provided. ATF shall hold such notifications in strictest confidence and shall not, without the prior written consent of the notifying party, disclose such notifications to any non-ATF representative. The CONFIDENTIAL INFORMATION and all copies, shall be returned to ATF within sixty days of the conclusion of this proceeding, including any appellate proceedings. All personal notes, lists, memoranda, charts, computer files, appendices or other writings that reveal CONFIDENTIAL INFORMATION shall be destroyed.

8. In the event that any party, or non-party, to this action, whether in this proceeding, or any other proceeding, seeks to compel disclosure of the CONFIDENTIAL INFORMATION under legal process, for example, by subpoena or motion or other application to an appropriate tribunal, the parties shall immediately provide written notice thereof by fax and Federal Express, with a copy of all documents underlying the request, to ATF, at the below addresses:

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
Federal Plaza, 5th Flr.
Central Islip, New York 11722
Attn: VINCENT LIPARI
Assistant U.S. Attorney

Bureau of Alcohol, Tobacco & Firearms
Office of Chief Counsel
650 Massachusetts Ave. N.W.
Suite 6100
Washington, D.C. 20266
ATTN: Associate Chief Counsel
Disclosure and Forfeiture

9. A copy of this Order of Protection shall be delivered to, and acknowledged as binding on the Excepted Persons by a separate certification, in the form attached hereto, as Exhibit B, as a condition of receipt of their respective receipt of CONFIDENTIAL INFORMATION. Before any CONFIDENTIAL INFORMATION may be disclosed to persons described in Paragraph 4 above, each person to whom such CONFIDENTIAL INFORMATION is disclosed shall be provided with a copy of this Order of Protection and shall sign the written certification, which shall state that the Excepted Person:

a. has read the Order of Protection and understands its terms;

b. understands that unauthorized disclosures of CONFIDENTIAL INFORMATION constitute contempt of court; and

c. consents to the exercise of personal jurisdiction by this Court with respect to any dispute concerning an alleged violation of this Order of Protection.

Such written certifications shall be provided to ATF and maintained at the ATF address set forth in ¶ 8 above.

10. This court shall retain jurisdiction indefinitely to monitor and enforce performance of the terms hereof and to remedy and sanction violations hereof. Any person who violates the terms of this order shall be subject to appropriate monetary and penal sanctions, including without limitation, being held in contempt of court, as provided in 18 U.S.C. §§ 401, 402.

# EXHIBIT A

## Firearms Tracing System (FTS)

## Oracle Table & Data Elements
## ATF Will Disclose Under Protective Order

September 12, 2002

Codes used in this document:

X = Requested by Defendant Manufacturers
Π = Requested by Plaintiff
Y = ATF may disclose under agreed upon protective order which would include, among other things, a requirement that neither party will attempt to introduce in the public any trace-specific or individual-specific information since said attempt will trigger law enforcement or privacy concerns

Highlighting used in this document:

Green = Tables or data elements added to the FTS since the most recent Trace FOIA release (February 2002).

NOTE: DATA SUBJECT TO AGREED UPON PROTECTIVE ORDER WILL BE RELEASED FOR TRACES THROUGH DECEMBER 31, 2000.

1. FTS_ADMINISTRATIVE

This table contains data labels and actual data that were provided by a requestor (usually non-ATF) on their trace submission pursuant to an investigation. The ATF National Tracing Center (NTC) also uses this table for internal routine database management.

| Name | Null? | Type | | |
|------|-------|------|---|---|
| ATF_CASE_NO1 | | VARCHAR2(15) | X | Y |
| ATF_CASE_NO2 | | VARCHAR2(15) | X | Y |
| LOCAL_CASE_NO1 | | VARCHAR2(15) | X | Y |
| LOCAL_CASE_NO2 | | VARCHAR2(15) | X | Y |

5. FTS_COOPERATION_REF (New 6-17-2002)

| Name | Null? | Type | | | |
|------|-------|------|---|---|---|
| COOPR | NOT NULL | VARCHAR2(2) | X | Y | ("C", "NR", "U", "R") |
| INACTIVE_IND | NOT NULL | VARCHAR2(1) | X | Y | |

1

### 8. FTS_DEALTR

```
Name Null? Type
------------------------------ -------- ----
FFL_NBR VARCHAR2(8) X Π Y
SHIP_TO_FFL VARCHAR2(8) Π Y (Not used by any Sub-Module)
```

### 9. FTS_DEALTR_NOTES

```
Name Null? Type
------------------------------ -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: M, S, T)
SEQ_NO NOT NULL NUMBER X Y
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

### 10. FTS_DEMAND_FFL_TYPE (Demand Decode)

```
Name Null? Type
------------------------------ -------- ----
DEMAND_TYPE NOT NULL VARCHAR2(3) X Y
DEMAND_DESC VARCHAR2(20) X Y
```

### 11. FTS_DEMAND_LETTER (Demand FFL Data)

```
Name Null? Type
------------------------------ -------- ----
FFL_NBR NOT NULL VARCHAR2(8) X Y
DEMAND_DATE NOT NULL DATE X Y
DEMAND_TYPE NOT NULL VARCHAR2(3) X Y (D1, D2)
REGION VARCHAR2(15) X Y
DIVISION VARCHAR2(25) X Y
STATUS NOT NULL VARCHAR2(1) X Y (I, A)
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

### 12. FTS_DEMAND_LETTER_STATUS (FFL Demand Status Data)

```
Name Null? Type
------------------------------ -------- ----
FFL_NBR NOT NULL VARCHAR2(8) X Y
STATUS_DATE NOT NULL DATE X Y
STATUS_CODE NOT NULL VARCHAR2(3) X Y (001...999) (from FTS_DEMAND_STATUS_CODE)
DEMAND_DATE NOT NULL DATE X Y
DEMAND_TYPE NOT NULL VARCHAR2(3) X Y (D1, D2)
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

### 13. FTS_DEMAND_NOTES (FFL Demand Notes)

```
Name Null? Type
------------------------------ -------- ----
FFL_NBR NOT NULL VARCHAR2(8) X Y
SEQ_NO NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

### 14. FTS_DEMAND_STATUS_CODE (Demand Decode)

```
Name Null? Type
------------------------------- -------- ----
STATUS_CODE NOT NULL VARCHAR2(3) X Y (001..999)
STATUS_DESC VARCHAR2(50) X Y
```

## 18. ▓▓▓▓▓▓▓▓▓▓▓

```
Name Null? Type
------------------------------- -------- ----
FFL_NBR NOT NULL VARCHAR2(8) X Y
TYPE NOT NULL VARCHAR2(1) X Y
```

## 19. FTS_FFL_THEFT (Data begins in 1995)

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: F)
CALLER_POSITION VARCHAR2(20) X Y
ATFF3310_RECV_DATE DATE X Y
FFL_NUMBER VARCHAR2(8) X Y
FFL_BUSINESS_NAME VARCHAR2(50) X Y
FFL_LICENSE_NAME VARCHAR2(50) X Y
FFL_STREET VARCHAR2(50) X Y
FFL_CITY VARCHAR2(20) X Y
FFL_STATE VARCHAR2(2) X Y
FFL_ZIP VARCHAR2(9) X Y
FFL_PHONE VARCHAR2(10) X Y
FFL_FAX VARCHAR2(10) X Y
THEFT_LOC_STREET VARCHAR2(50) X Y
THEFT_LOC_CITY VARCHAR2(20) X Y
THEFT_LOC_STATE VARCHAR2(2) X Y
THEFT_LOC_ZIP VARCHAR2(9) X Y
POLICE_DEPT_NAME VARCHAR2(50) X Y
POLICE_DEPT_INC_NO VARCHAR2(16) X Y
CASE_NUMBER VARCHAR2(13) X Y
FIELD_DIVISION VARCHAR2(15) X Y (from S-S-N Screen)
REPORTED_DATE DATE X Y
THEFT_DATE DATE X Y
THEFT_TYPE_CODE VARCHAR2(2) X Y (B, L, O, R) (O=Other or Inventory Loss)
EST_WEAPONS_STOLEN NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
OWNER_LSTNME VARCHAR2(30) X Y
OWNER_FSTNME VARCHAR2(15) X Y
OWNER_MIDNME VARCHAR2(15) X Y
ATF_CASE_NUMBER VARCHAR2(15) X Y
```

## 20. FTS_FFL_THEFT_MODOPS

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: F, I)
THEFT_CD NOT NULL VARCHAR2(2) X Y (B, I, L, O, R)
MODOP_CD NOT NULL VARCHAR2(3) X Y (About 81 different codes)
```

## 21. FTS_FFL_THEFT_NOTES

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: F)
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

**29. FTS_INDIVIDUAL**

```
Name Null? Type
------------------------------ -------- ----
I_ZIP VARCHAR2(9) X Π Y
I_INVOLVE_DATE DATE X Π Y (If role is "P" or M-S, Date of
 Purchase; If role is "S" or "A", Date
 Seized)
```

The production of the above fields will use a de-identified purchaser identifier to be derived on the basis of purchaser name and birth date.

**30. FTS_INDIVIDUAL_NOTES**

```
Name Null? Type
------------------------------ -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: M, S, T)
I_SEQ_NUMBER NOT NULL NUMBER X Y
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

**31. FTS_INDIVIDUAL_ROLES**

```
Name Null? Type
------------------------------ -------- ----
ROLE_CODE NOT NULL VARCHAR2(1) X Y
ROLE_DESC1 VARCHAR2(25) X Y
ROLE_DESC2 VARCHAR2(25) X Y
```

**32. FTS_INTERSTATE_THEFT** (Data begins in 1995)

```
Name Null? Type
------------------------------ -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: I)
SHIPPED_DATE DATE X Y
SHIPPER_FFL_NUMBER VARCHAR2(8) X Y
SHIPPER_BUS_NAME VARCHAR2(50) X Y
SHIPPER_LIC_NAME VARCHAR2(50) X Y
SHIPPER_STREET VARCHAR2(50) X Y
SHIPPER_CITY VARCHAR2(20) X Y
SHIPPER_STATE VARCHAR2(2) X Y
SHIPPER_ZIP VARCHAR2(9) X Y
SHIPPER_PHONE VARCHAR2(10) X Y
SHIPPER_FAX VARCHAR2(10) X Y
CONS_FFL_NUMBER VARCHAR2(8) X Y
CONS_BUS_NAME VARCHAR2(50) X Y
CONS_LIC_NAME VARCHAR2(50) X Y
CONS_STREET VARCHAR2(50) X Y
CONS_CITY VARCHAR2(20) X Y
CONS_STATE VARCHAR2(2) X Y
CONS_ZIP VARCHAR2(9) X Y
CONS_PHONE VARCHAR2(10) X Y
CONS_FAX VARCHAR2(10) X Y
CASE_NUMBER VARCHAR2(13) X Y
FIELD_DIVISION VARCHAR2(15) X Y
THEFT_TYPE_CODE VARCHAR2(2) X Y ("I")
REPORTED_DATE DATE X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

4

**33. FTS_INTERSTATE_THEFT_NOTES**

| Name | Null? | Type | | |
|------|-------|------|---|---|
| FTS_ID | NOT NULL | VARCHAR2(12) | X Y | (Sub Module: I) |
| NOTE_SEQ | NOT NULL | NUMBER | X Y | |
| ENTERED_TIME | | DATE | X Y | |
| UPDATED_TIME | | DATE | X Y | |

**34. FTS_INVALID_FFL**

| Name | Null? | Type | |
|------|-------|------|---|
| Z_FFL_ID | NOT NULL | VARCHAR2(8) | Π Y |
| Z_SEQ | NOT NULL | NUMBER | Π Y |
| Z_STREET_NO | | VARCHAR2(6) | X Y |
| Z_STREET_DIR | | VARCHAR2(2) | X Y |
| Z_STREET_NME | | VARCHAR2(30) | X Y |
| Z_STREET_SUF | | VARCHAR2(2) | X Y |
| Z_CITY | | VARCHAR2(20) | X Π Y |
| Z_ZIP | | VARCHAR2(9) | X Π Y |
| Z_COUNTRY | | VARCHAR2(2) | X Y |

If possible and in lieu of Π's request for "Z_LIC_NAME, Z_BUS_NAME" an indicator that the weapon was traced to a de-identified law enforcement agency, military organization, or other organization using codes to be determined in consultation with ATF.

**35. FTS_INVALID_FFL_NOTES**

| Name | Null? | Type | |
|------|-------|------|---|
| Z_FFL_ID | NOT NULL | VARCHAR2(8) | X Y |
| Z_SEQ | NOT NULL | NUMBER | X Y |
| NOTE_SEQ | NOT NULL | NUMBER | X Y |
| ENTERED_TIME | | DATE | X Y |
| UPDATED_TIME | | DATE | X Y |

**37. FTS_MODOP_CD**

| Name | Null? | Type | | |
|------|-------|------|---|---|
| THEFT_CD | NOT NULL | VARCHAR2(2) | X Y | (B, I, L, O, R) |
| MODOP_CD | NOT NULL | VARCHAR2(3) | X Y | (90+ codes) |
| MOD_OPERATIVE_FLG | | VARCHAR2(1) | X Y | |
| MOD_OPERATIVE_TIME | | DATE | X Y | |
| MODOP_CD_DESC | | VARCHAR2(60) | X Y | |

**43. FTS_RECOVERY_INFO**

| Name | Null? | Type | |
|------|-------|------|---|
| REC_ZIP | | VARCHAR2(9) | X Π Y |
| REC_COUNTY | | VARCHAR2(20) | Π Y |

**44. FTS_RECOVERY_INFO_NOTES**

| Name | Null? | Type |
|------|-------|------|

5

```
-------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Module: T)
NOTE_SEQ . NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

## 46. FTS_RECOVERY_TYPE (10 rows)

```
Name Null? Type
-------------------------------- -------- ----
RECOV_TYP NOT NULL VARCHAR2(2) X Y (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS)
TYP_OPERATIVE_FLG VARCHAR2(1) X Y
TYP_OPERATIVE_TIME DATE X Y
RECOV_TYP_DESC VARCHAR2(140) X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

## 49. FTS_SPERSON

```
Name Null? Type
-------------------------------- -------- ----
SP_ID_NO NOT NULL NUMBER X Y (ATF number assigned to this suspect person)
SP_INVEST_NO VARCHAR2(20) X Y
SP_DOB DATE X Y
SP_POB_CITY VARCHAR2(20) X Y
SP_POB_COUNTY VARCHAR2(20) X Y
SP_POB_STATE VARCHAR2(2) X Y
SP_POB_COTRY VARCHAR2(15) X Y
SP_HEIGHT VARCHAR2(2) X Y
SP_WEIGHT VARCHAR2(3) X Y
SP_RACE VARCHAR2(1) X Y
SP_SEX VARCHAR2(1) X Y
SP_CITY VARCHAR2(20) X Y
SP_STATE VARCHAR2(2) X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

## 50. FTS_SPERSON_NOTES

```
Name Null? Type
-------------------------------- -------- ----
SP_ID_NO NOT NULL NUMBER X Y
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

## 52. FTS_STATE_REG_REF (New 6-17-2002)

```
Name Null? Type
-------------------------------- -------- ----
STATE_ID NOT NULL VARCHAR2(2) X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

## 56. FTS_THEFT_CD

```
Name Null? Type
-------------------------------- -------- ----
THEFT_CD NOT NULL VARCHAR2(2) X Y (B, R, L, O)
THF_OPERATIVE_FLG VARCHAR2(1) X Y
THF_OPERATIVE_TIME DATE X Y
THEFT_CD_DESC VARCHAR2(60) X Y
```

## 57. FTS_THEFT_RECOVERY

6

```
Name Null? Type
------------------------------- --------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: F, I)
MFG_CODE NOT NULL VARCHAR2(3) X Y
SERIAL_NO NOT NULL VARCHAR2(20) X Y
W_TYPE NOT NULL VARCHAR2(2) X Y
MODEL NOT NULL VARCHAR2(20) X Y
CALIBER NOT NULL VARCHAR2(6) X Y
RECOVERY_FTS_ID VARCHAR2(12) X Y (Null)
RECOVERY_TYPE VARCHAR2(2) X Y (AR,CR,FD,IN,LE,OT,PS,RO,SW,TS,null)
RECOVERY_DATE DATE X Y
NCIC_CLEAR_DATE DATE X Y
FPC_CODE VARCHAR2(6) X Y
AGENT_CITY VARCHAR2(20) X Y
AGENT_STATE VARCHAR2(2) X Y
AGENT_PHONE VARCHAR2(10) X Y
CASE_NUMBER VARCHAR2(15) X Y
OTHER_AGENCY VARCHAR2(30) X Y
OA_STREET_NO VARCHAR2(8) X Y
OA_STREET_DIR VARCHAR2(2) X Y
OA_STREET_NME VARCHAR2(35) X Y
OA_STREET_SUF VARCHAR2(2) X Y
OA_CITY VARCHAR2(20) X Y
OA_STATE VARCHAR2(2) X Y
OA_ZIP VARCHAR2(9) X Y
OA_COUNTRY VARCHAR2(2) X Y
OA_PHONE VARCHAR2(10) X Y
OA_FAX VARCHAR2(10) X Y
THEFT_CITY VARCHAR2(20) X Y
THEFT_STATE VARCHAR2(2) X Y (Actually Recovery State)
THEFT_ZIP VARCHAR2(9) X Y
IND_RACE VARCHAR2(1) X Y
IND_SEX VARCHAR2(1) X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

## 58. FTS_THEFT_RECOVERY_NOTES

```
Name Null? Type
------------------------------- --------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: F, I)
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
MFG_CODE NOT NULL VARCHAR2(3) X Y
SERIAL_NO NOT NULL VARCHAR2(20) X Y
W_TYPE NOT NULL VARCHAR2(2) X Y
MODEL NOT NULL VARCHAR2(20) X Y
CALIBER NOT NULL VARCHAR2(6) X Y
```

## 59. FTS_TRACE

```
Name Null? Type
------------------------------- --------- ----
BOC_NO VARCHAR2(6) X Y (ATF office submitting trace)
OA_AGENCY VARCHAR2(30) X Y
OA_STREET VARCHAR2(30) X Y
OA_CITY VARCHAR2(20) X П Y
OA_ZIPCD VARCHAR2(9) X П Y
OA_PHONE VARCHAR2(10) X Y
OA_FAX VARCHAR2(10) X Y
```

## 60. FTS_TRACE_INDICATOR (new 6-17-2002)

```
Name Null? Type
------------------------------- --------- ----
```

7

```
FTS_ID NOT NULL VARCHAR2(12) X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

**61.** FTS_TRACE_INDICATOR_REF (new 6-17-2002)

```
Name Null? Type
------------------------------- -------- ----
INACTIVE_IND NOT NULL VARCHAR2(1) X Y (Set to "Y" when no longer used)
ENTERED_TIME ' DATE X Y
UPDATED_TIME DATE X Y
```

**62. FTS_TRACE_NOTES**

```
Name Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: D, M, S, T)
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

**63.** FTS_TRACE_ORIGIN_REF (new 6-17-2002)

```
Name Null? Type
------------------------------- -------- ----
TRACE_ORIGIN NOT NULL VARCHAR2(1) X Y (1,2,3,4,5,6,7,B,F,M,N,P)
TRACE_ORIGIN_DESC NOT NULL VARCHAR2(30) X Y
INACTIVE_IND NOT NULL VARCHAR2(1) X Y (Set to "Y" when no longer used)
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

**65. FTS_VEHICLE**

```
Name Null? Type
------------------------------- -------- ----
VEH_TAG_STATE VARCHAR2(2) Π Y
```
**66. FTS_WEAPONS**

```
Name Null? Type
------------------------------- -------- ----
SERIAL_NO VARCHAR2(20) X Π Y
IMPORTER_NAME VARCHAR2(70) X Π Y
IMPORTER_FFL VARCHAR2(8) Π Y (Not populated for Traces prior to 2002)
```

**67. FTS_WEAPON_NOTES**

```
Name ' Null? Type
------------------------------- -------- ----
FTS_ID NOT NULL VARCHAR2(12) X Y (Sub Modules: F, I, S, T)
SEQ_NUMBER NOT NULL NUMBER X Y
NOTE_SEQ NOT NULL NUMBER X Y
ENTERED_TIME DATE X Y
UPDATED_TIME DATE X Y
```

**Table FLS_ADDRESS_HISTORY**

| Column Name | Datatype | Null | Description |
| --- | --- | --- | --- |
| FAH_RDS_KEY | VARCHAR2(8) | NOT NULL | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system (FK) |
| FAH_PREMISE_CITY | VARCHAR2(30) | NULL | City of address |
| FAH_PREMISE_ZIP_CODE | VARCHAR2(9) | NULL | Zip code of the address |
| APP_APPLICATION_ID | VARCHAR2(20) | NOT NULL | Sequence number assigned to each application entered |
| APP_LIC_DIST | VARCHAR2(2) | NULL | District number assigned to the dealer license |
| APP_LIC_TYPE | VARCHAR2(2) | NULL | License type |
| APP_LIC_SEQN | VARCHAR2(5) | NULL | System generated sequence number |
| APP_STATUS_USERID | VARCHAR2(10) | NULL | UserID of the user who entered the status |
| APP_TYPE | VARCHAR2(15) | NULL | Type of license application received [Except curios licensee] |
| APP_LICENSE_NAME | VARCHAR2(50) | NULL | Dealer license name |
| APP_PREMISE_STREET | VARCHAR2(50) | NULL | FFL business street address |
| APP_PREMISE_STATE | VARCHAR2(2) | NULL | FFL business address state |
| APP_COUNTY_CODE | VARCHAR2(3) | NULL | FFL business address county code |
| APP_MAIL_STREET | VARCHAR2(50) | NULL | FFL mailing address |
| APP_MAIL_STATE | VARCHAR2(2) | NULL | FFL mailing address state code |
| APP_VOICE_PHONE | VARCHAR2(10) | NULL | FFL phone number |
| APP_PRINT_IND | VARCHAR2(1) | NULL | Indicates the application has been printed |
| APP_WHOLESALE_IND | VARCHAR2(1) | NULL | Indicates whether the dealer is a wholesaler of firearms |
| APP_RECVD_DATE | DATE | NULL | Date the dealer license application was received |
| APP_PERFECT_DATE | DATE | NULL | Date the application was perfected |

| Table Name | Column Name | ATF Generic System ColumnDatatype | Null Option | PK | FK | Attribute Definition |
|---|---|---|---|---|---|---|
| | APP_RETURN_DATE | DATE | NULL | | | Date the license application was returned |
| | APP_ORGIN_ISSUE_DATE | DATE | NULL | | | Date the license was issued |
| | APP_EXPIRE_DATE | DATE | NULL | | | Date the dealer license will expire |
| | APP_CHNG_DATE | DATE | NULL | | | Date the application record was changed |
| | APP_STORAGE_IND | VARCHAR2(1) | NULL | | | Indicates whether the storage is Mobile, Permanent or Both |
| | APP_INSPTN_DATE | DATE | NULL | | | Date of the dealer inspection |
| | APP_BUSINESS_TYPE | VARCHAR2(1) | NULL | | | Type of business for license issue |
| | APP_CREATE_USERID | VARCHAR2(10) | NULL | | | User Id of the user who created the dealer record |
| | APP_CREATE_DATE | DATE | NULL | | | Date the dealer record was created |
| FLS_APPLICATION_TYPE | AT_APPLICATION_TYPE | VARCHAR2(15) | NOT NULL | (PK) | | License application type (except series license) |
| FLS_BANK_TRANS_XFER | BT_XMIT_DATA | VARCHAR2(80) | NULL | | | TBD |
| | BT_TRANS_AMT | NUMBER(13) | NULL | | | Amount of the bank transfer |
| | BT_GL_DATE | DATE | NULL | | | General Ledger date |
| | BT_TRANS_CODE | VARCHAR2(3) | NULL | | | Transaction code |
| | BT_USER_ID | VARCHAR2(10) | NULL | | | UserID of the individual who entered the bank transfer record |
| FLS_COMMENT | COM_CREATE_DATE | DATE | NULL | | | Date the comments where created |
| | COM_TEXT | VARCHAR2(240) | NULL | | | Comments associated to the dealer |
| FLS_DRUG | DRP_REGION | VARCHAR2(3) | NOT NULL | (PK) | | Region code |
| | DRP_AREA_OFFICE | VARCHAR2(25) | NOT NULL | (PK) | | ATF Field office name |
| | DRP_STATE | VARCHAR2(2) | NOT NULL | (PK) | | State of the division |

ATT Contents System FLS Data Dictionary

| Table Name | Column Name | Column Datatype | Null Indicator | PK | FK | Attribute Definition |
|---|---|---|---|---|---|---|
| | DRP_SPECIAL_ZIP | VARCHAR2(5) | NULL | | | Special zip code assigned to field division |
| | | VARCHAR2(20) | NULL | | | |
| FLS_INCOMING_CORRES | | | | | | |
| | IC_RDS_KEY | VARCHAR2(8) | NOT NULL | | (FK) | number of a dealer assigned by the FLS system / Unique number representing the region, district and sequence |
| | IC_VOL_ID | VARCHAR2(20) | NULL | | | Volume |
| | IC_DOC_TYPE | VARCHAR2(3) | NULL | | | Document type |
| | IC_DOC_NBR | VARCHAR2(20) | NULL | | | Document number |
| | IC_PAGE_NBR | VARCHAR2(4) | NULL | | | Page number |
| | | VARCHAR2(20) | NULL | | | |
| FLS_LIC_FEE_XREF | | | | | | |
| | LFX_TYPE | VARCHAR2(2) | NOT NULL | (PK) | | Type of license requested or issued |
| | | NUMBER | NULL | | | |
| | LFX_RENEWAL_FEE | NUMBER(5) | NULL | | | License renewal fee amount |
| | | VARCHAR2(20) | NULL | | | License description |
| | LFX_EFFECT_DATE | DATE | NULL | | | License fee effective date |
| | | | | | | |
| | LOA_LETTER_DATE | DATE | NULL | | | Date the Letter of Authorization was Issued |
| | LOA_ISSUE_OFFICE | VARCHAR2(5) | NULL | | | Office |
| | LOA_EXPIRE_DATE | DATE | NULL | | | Expiration date |
| | | DATE | NULL | | | |
| | LOA_CREATE_USERID | VARCHAR2(10) | NULL | | | UserID who created the record |
| FLS_MESSAGE | | | | | | |
| | | DATE | NOT NULL | | | |
| | MN_USER_ID | VARCHAR2(10) | NULL | | (FK) | UserID of the FLS user the message is assigned to |
| | MN_MESSAGE | VARCHAR2(200) | NULL | | | Message |
| | MN_ACK_IND | VARCHAR2(1) | NULL | | | Indicates the message has been acknowledged by the user |
| | | VARCHAR2(8) | NOT NULL | | | |
| | MF_REC_CTR | VARCHAR2(14) | NULL | | | TBD |
| | MF_DOC_TYPE | VARCHAR2(3) | NULL | | | |
| | MF_LETTER_DATE | DATE | NULL | | | Date the dealer record was sent to be microfilmed |
| | MF_VOL_NBR | VARCHAR2(6) | NULL | | | Microfilm volume |
| | MF_FRAME_NBR | VARCHAR2(6) | NULL | | | Microfilm frame where dealer record is located |
| | MF_COMMENTS | VARCHAR2(20) | NULL | | | Comments |
| FLS_OUTBUS | | | | | | |
| | OB_RDS_KEY | VARCHAR2(8) | NOT NULL | (PK) | (FK) | number of a dealer assigned by the FLS system / Unique number representing the region, district and sequence |
| | OB_APP_DATE | DATE | NULL | | | TBD |
| | OB_DISPO_CODE | VARCHAR2(1) | NULL | | | Out of business record disposition code |
| | OB_LIST_DATE | DATE | NULL | | | Date the disposition was set on the record |
| | OB_CONDITION | VARCHAR2(1) | NULL | | | Condition code for records received fro dealer |
| | OB_VOLUME | VARCHAR2(20) | NULL | | | Volume |
| | OB_BOUND_FRM_DATE | DATE | NULL | | | TBD |
| | OB_BOUND_TO_DATE | DATE | NULL | | | TBD |
| | OB_F4473_FRM_DATE | DATE | NULL | | | TBD |
| | OB_F4473_TO_DATE | DATE | NULL | | | TBD |

| Column Name | Column Datatype | Null Option | FK | Attribute Definition |
|---|---|---|---|---|
| OB_MISC_FRM_DATE | DATE | NULL | | TBD |
| OB_RECNTR_NBR | VARCHAR2(10) | NULL | | TBD |
| OB_LIC_NBR_PEDR | VARCHAR2(8) | NULL | | TBD |
| OB_REC_ACQR_DATE | DATE | NULL | | Date the successor acquired business |
| OB_LTR1_DATE | DATE | NULL | | TBD |
| OB_CREATE_USERID | VARCHAR2(10) | NULL | | Userid of the individual who created the out of business dealer record |
| OB_MOD_USERID | VARCHAR2(10) | NULL | | Userid of the individual who modified the out of business dealer |
| OC_CORRES_TYPE | VARCHAR2(50) | NULL | | Type of outgoing correspondence sent |
| OC_CREATE_DATE | DATE | NULL | | Date the outgoing correspondence record was created |
| PAY_BANK_CONTROL_NBR | VARCHAR2(13) | NOT NULL | | Control Number of the check used to pay the application fee |
| PAY_POST_DATE | DATE | NULL | | Date the payment was posted |
| PAY_TRANS_CD | VARCHAR2(3) | NULL | | Transaction code |
| PAY_GLACCTG_DTE | DATE | NULL | | General Ledger account date |
| PAY_USER_ID | VARCHAR2(10) | NULL | | UserID of the individual who entered the payment information |
| REF_REFUND_NBR | NUMBER(10) | NOT NULL | (PK) | Refund number |
| REF_RDS_KEY | VARCHAR2(8) | NULL | | Unique number representing the region, district and sequence number of a dealer assigned by the FLS system |
| REF_EXPIRE_CODE | VARCHAR2(2) | NULL | | Expiration code |
| REF_MAILED_RAU_DATE | DATE | NULL | | Date the refund check was mailed |
| REF_SUP_USERID | VARCHAR2(10) | NULL | | Reund supervisor UserID |

| Column Name | Column Datatype | NullOption | PK | Attribute Definition |
|---|---|---|---|---|
| REF_CHECK_NBR | VARCHAR2(20) | NULL | | Refund check number |
| REF_COMMENT | VARCHAR2(100) | NULL | | Refund comments |
| REF_CREATE_USERID | VARCHAR2(10) | NULL | | |
| REF_CREATE_DATE | DATE | NULL | | Date the refund record was created |
| RP_REC_KEY | VARCHAR2(6) | NOT NULL | | |
| RP_SEQN_NBR | VARCHAR2(5) | NOT NULL | (PK) | Sequence number assigned to the responsible person |
| RP_REF_CODE | | NULL | | |
| RP_ADD_DATE | DATE | NULL | | Date the responsible person was added |
| RP_DOB_DATE | DATE | NULL | | Date of Birth for the responsible person |
| RP_SSN | VARCHAR2(9) | NULL | | Social security number of the responsible person |
| RP_LAST_NAME | VARCHAR2(40) | NULL | | Last name of the responsible person |
| RP_MIDDLE_NAME | VARCHAR2(20) | NULL | | Middle name of the responsible person |
| RP_FIRST_NAME | VARCHAR2(20) | NULL | | First name of the responsible person |
| RP_STREET | VARCHAR2(50) | NULL | | Street address of the responsible person |
| RP_CITY | | NULL | | City where the responsible person resides |
| RP_STATE | VARCHAR2(2) | NULL | | State where the responsible person resides |
| RP_ZIP_CODE | VARCHAR2(10) | NULL | | |
| RP_PHONE_NBR | VARCHAR2(10) | NULL | | Phone number of the responsible person |
| RP_BIRTH_STATE | VARCHAR2(2) | NULL | | Indicates this is the primary responsible person for the license issued |
| RP_PRIMARY_IND | VARCHAR2(1) | NULL | | |
| RP_2_STATE | VARCHAR2(2) | NULL | | State code to be used to Criminal History Check |
| RP_3_STATE | VARCHAR2(2) | NULL | | State code to be used to Criminal History Check |
| RP_4_STATE | VARCHAR2(2) | NULL | | State code to be used to Criminal History Check |
| RP_5_STATE | VARCHAR2(2) | NULL | | State code to be used to Criminal History Check |
| RP_CREATE_DATE | DATE | NULL | | |
| RP_RACE | VARCHAR2(1) | NULL | | Race code of the responsible person |
| RP_CREATE_USERID | VARCHAR2(10) | NULL | | |
| RP_SEX | VARCHAR2(1) | NULL | | Sex code of the responsible person |
| RP_MOD_DATE | DATE | NULL | | UserID of the individual who modified the responsible person record |
| RP_MOD_USERID | VARCHAR2(10) | NULL | | |
| RP_COMMENT | VARCHAR2(200) | NULL | | Comments associated to the responsible person |
| SAF_REC_KEY | VARCHAR2(6) | NOT NULL | | |
| SAF_CODE | VARCHAR2(1) | NULL | | Special attention flag code |
| SF_LOOKUP_NBR | VARCHAR2(5) | NOT NULL | | |
| SF_BADGE_NBR | VARCHAR2(15) | NULL | | Badge number of person who is requesting a search |
| SF_LAST_NAME | | NULL | | |

## EXHIBIT B

### *CERTIFICATION OF EXCEPTED PERSON UNDER ORDER OF PROTECTION*

_____, certifies, pursuant to 28 U.S.C. § 1746, that:

1. I am [counsel; expert for _____]. I submit this certification as a condition to my receipt of "CONFIDENTIAL INFORMATION" as an "Excepted Person," as those terms are defined in the attached Order of Protection, signed on September __, 2002 by the Hon. Jack B. Weinstein.

2. I have has read the attached Order of Protection and understand its terms.

3. I understand that unauthorized disclosures of CONFIDENTIAL INFORMATION shall constitute a violation of the terms of the Order of Protection and shall subject me to appropriate monetary and penal sanctions, including without limitation, being held in contempt of court, as provided in 18 U.S.C. §§ 401, 402.

4. I consent to the exercise of personal jurisdiction by this Court with respect to any dispute concerning an alleged violation of this Order of Protection.

5. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

### Appendix C

*SUPPLEMENTAL MEMORANDUM & ORDER*

This order supplements and amends the secrecy and delivery order of September 18, 2002. It is ordered:

1. The scope of "Excepted Persons" in paragraph 4 is changed by striking "(a) one attorney designated by each respective party; and (b) to the expert witnesses who have participated in the proceedings before Special Master Daniel Dockery; i.e., Howard Andrews and Lucy Allen, on behalf of plaintiffs; Gustavo Bamberger, Brian Kush, Tom Dubinin and Nancy Mathiowetz on behalf of all defendants, except for the Jerry's Sport defendants; and Tim McInerney, on behalf of the Jerry's Sport defendants" and substituting "the parties' counsel of record, including necessary staff within the firms of counsel of record, consulting and testifying experts, and party representatives who are actively involved in assisting counsel of record."

2. If a party has learned the identity of or information about any person or entity identified in the confidential information from sources independent of the confidential information and the person or entity is otherwise referred to in the confidential information, a party shall not be precluded from contacting such person or entity or from using such information from other sources in any proceedings in these actions.

3. The following paragraph will replace paragraph 7: Counsel may make copies for internal use of documents supplied by BATF. They shall be numbered and strictly accounted for. The parties shall maintain an internal record of what copies are made and to whom they are distributed, together with a certification at the appropriate time that all those copies have been retrieved. All copies together with the certificate shall be sent to BATF at the conclusion of this litigation.

SO ORDERED.